DECEMBER HOUR OF 2007   12/04/2007
(GREEN DAY loves GARY BROOKS)   #33
(PAGE NUMBER THIRTY THREE OF 34 PAGES)

U.S. DISTRICT COURT — 07-800 —
FOR THE DISTRICT OF DELAWARE.

1.- PLAINTIFF # IVAN MENDEZ     APPLICATION TO PROCEED WITHOUT
2.- CASE NUMBER # 318-2001      PREPAYMENTS OF FEES AND AFFIDAVIT.
3.- DEFENDANTS # MS. ANNETTE WRIGHT.
4.- I am THE PLAINTIFF UNDER 28 USC 1915, I am UNABLE TO PAY THE COSTS OF THIS COMPLAINT.
5.- ARE YOU CURRENTLY INCARCERATED #      YES    NO
6.- IF YES GIVE THE PLACE OF YOU INCARCERATION # S.C.I. IN GEORGETOWN DE.
7.- ARE YOU EMPLOYED AT THE INSTITUTION #      YES    NO
8.- DO YOU RECEIVE ANY PAYMENT FROM THE INSTITUTION #    YES    NO
1.- ARE YOU CURRENTLY EMPLOYED #        YES    NO
0.- NAME AND ADDRESS OF EMPLOYER # MR. SAMMY CONGO, AT CONGO FUNERAL HOME, 2901 W. 2ND ST. WILMINGTON DE. 19805 OR AT PETRUCON, 100 N. CLEVELAND AVE. WILMINGTON DE. 19805.
1.- TOTAL MONTHLY AMMOUNT OF SALARY # $1,600 OR 2000.
2.- DATE LAST EMPLOYED # OCT. OR NOV. OF 2000.
3.- TOTAL AMMOUNT OF SALARY LAST RECEIVED # $1,600 OR 2,000.
4.- HAVE YOU RECEIVED ANY MONEY WITHIN THE LAST 12 MONTHS #
5.- IF YES DESCRIBE EACH SOURCE OF MONEY #
6.- DO YOU HAVE CASH, CHECKINGS OR SAVINGS ACCOUNT #    YES    NO
7.- IF YES STATE THE TOTAL AMMOUNT #
8.- DO YOU OWN ANY VALUABLE PROPERTY #       YES    NO
9.- IF YES DESCRIBE THE PROPERTY AND HIS VALUE #
0.- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # WHAT I HAVE LEFT OF MY FAMILY AND RELATIVES.
1.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
2.- DATE # ▓▓▓▓▓▓▓▓▓▓ 12/04/2007
3.- SIGNATURE # IVAN MENDEZ

FILED
DEC - 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RO scanned

( PLEASE TURN PAGE TO THE OTHER SIDE )

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.

1.- PLAINTIFF # IVAN MENDEZ

2.- CASE NUMBER # 318-2001

3.- DEFENDANTS # MS. ANNETTE WRIGHT.

4.- MOTION TO PROCEED IN FORMA PAUPERIS

5.- COMES NOW THE PLAINTIFF AND RESPECTFULLY REQUESTS THIS HONORABLE COURT TO ALLOW THEM TO PROCEED WITHOUT PREPAYMENTS OF COSTS FOR THE FOLLOWING REASONS # FOR ANOTHER CIVIL RIGHTS COMPLAINT, ~~████████████~~

6.- SIGNATURE # IVAN MENDEZ

7.- PRINTED NAME # IVAN MENDEZ

8.- ADDRESS # D.C.C., (1181 PADDOCK ROAD), SMYRNA DE. 19977.

9.- HOME PHONE NUMBER # 011-52-447-478-3938 OR 011-52-447-478-1501.

10.- BUSSINES PHONE NUMBER # N/A

11.- CERTIFICATE OF SERVICE

2.- I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPAID ON # ███ 12/04/2007

3.- TO # U.S. DISTRICT COURT

4.- NAME # U.S. DISTRICT COURT.

15.- ADDRESS # 844 NORTH, KING STREET, LOCKBOX #18, WILMINGTON DE. 19801.

16.- NAME #

17.- ADDRESS #

18.- SIGNATURE # IVAN MENDEZ

19.- POINTS AND AUTHORITIES

20.- WRITTE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE COURT RULES, LAWS AND CASES IF ANY THAT SUPPORT YOUR REASONS # BECAUSE AS YOUR HONORABLE COURT, KNOW IT TOO, ALL OF THE GROUNDS AND FACTS SINCE WHEN I WAS OVER AT S.C.C.I. IN GEORGE TOWN DE. AND PERHAPS KNOWING ALL ABOUT MY PRESENT SITUATION ALSO MY PAST SITUATION AND EVERYTHING ABOUT IT.

21.- SIGNATURE # IVAN MENDEZ

( PLEASE TURN PAGE TO PAGE NUMBER THIRTY THREE )

DECEMBER HOUR OF 2007    12/04/2007
( HASELHOF NAVID LOVES HILARY RHODAM CLINTON )    #34
PAGE NUMBER THIRTY FOUR OF 34 PAGES    5
U.S. COURTS LAW LIBRARY
FOR THE DISTRICT OF DELAWARE

BLDG. # S.H.U. #18
Cell # BC-3

THIS ARE THE FORMS THAT I NEED FOR THIS CASE HONORABLE MASTER #
(42 USC 1983), ONE CIVIL RIGHTS COMPLAINT FORM.
(148 200) FOUR REQUESTS FOR MEDICAL RECORDS FORMS.
(ONE APPLICATION IN FORMA PAUPERIS FORM).
(ONE APPLICATION WITHOUT PREPAYMENT OF FEES FORM).
(38 1951) ONE POWER OF ATTORNEY FORM.
(3306) ONE JUSTICE OF PEACE, (SMALL CLAIMS FORM).
(0976) ONE MOTION TO WITHDRAW A GUILTY PLEA, ( UNDER RULE 32 FORM)
(ONE MOTION TO LEAVE FOR FILE FORM).

(28 USC 2101) ONE WRIT OF CERTIORARY, WHICH IS JURISDICTIONAL OUT OF THE TIME FORM

NAME # IVAN MENDEZ    S.B.I # 453351    DATE # 12/04/2007
DATE RECEIVED # _____    PASS TO LOG # _____
DATE SENT # _____    STAFF INITIALS # _____

STAFF NOTES # _____

( PLEASE TURN PAGE TO THE OTHER SIDE )

D.C.C.
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT FOR PRIOR SIX MONTHS PERIOD.

TO # MR. JOSEPH HUDSON
SUPPORT SERVICES MANAGER
D.C.C.
SMYRNA DE. 19977

DATE # 12/08/2007

FROM # IVAN MENDIZ                    453351
    INMATE NAME #                    S.B.I. #

— I HEREBY CERTIFY —

PURSUANT TO PRISON LITIGATION REFORM ACT 28 USC 1915, (A),(2), EFFECTIVE APRIL 26, 1996, I AM REQUESTING A CERTIFIED STATEMENT OF MY INSTITUTIONAL TRUST FUND ACCOUNT FOR PREVIOUS SIX MONTHS PERIOD.

IVAN MENDIZ
    SIGNATURE #
28 USC-1746 AND 18 USC 1621

( PAGE NUMBER THIRTY THREE )

