DECEMBER 4DAY 2007

( ANNA NICOLE'S LOVES AC/DC
PAGE NUMBER ONE OF 34 PAGES )

P.S. PAGE NUMBER EIGHT #8
IS A MEXICAN SICK CAN.
" ATENTION "

#1

US. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
FORM TO BE USED BY A PRISONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

- 07 - 800 -

1 - PLAINTIFF # IVAN MENDEZ

2 - CASE NUMBER # 318 - 2001

3 - DEFENDANTS # MS. ANNETTE WRIGHT

4 - JURISDICTION

5 - JURISDICTION IS PROPER IN THIS COURT ACCORDING TO # 42 USC 1983.

6 - PLAINTIFF # IVAN MENDEZ

7 - ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.

8 - PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.

7 - LIST CAPTION AND CASE NUMBER OR YOUR PREVIOUS LAWSUITS # IS THE FIRST LAWSUIT AGAINST THIS
DEFENDANT, MS. ANNETTE WRIGHT.

10 - IS THERE A PRISONER GRIEVANCE #                    YES    NO

1 - HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES #              YES    NO NOT FOR THIS
DEFENDANT MS. ANNETTE WRIGHT.

2 - WHAT STEPS DID YOU TAKE #

13 - WHAT WAS THE RESULT #

4 - NAME OF DEFENDANT # MS. ANNETTE WRIGHT.

FILED
DEC - 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD
Scanned
IFP

15 - EMPLOYED AS A # USED TO WORK AT UTAH COLLEGE, OR LAST TIME I KNOW
IT, OVER IN LOGAN UTAH.

6 - ADDRESS # LAST TIME WAS ON 720 SOUTH, MAIN STREET, APT. #5, IN LOGAN UTAH, 84321.

7 - CAUSE OF ACTION

8 - STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE MASTER, I'M SUING MY EX-WIFE, MS.
ANNETTE WRIGHT, FOR SPOUSAL SUPPORT, AS YOUR HONORABLE COURTS KNOW IT TOO,
ON MY PRIOR LAWSUITS LEGAL FORMS AND LETTERS AGAINST THIS CRIMINAL ORGANIZATI
ON, AND HIS MEMBERS, THAT I HAVE DISABLED, HURTED AND DAMAGED SOME PARTS
OF MY BODY, AS A RESULT OF A HIT AND RUN OF WHICH I HAVE BEEN VICTIM

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

BACK ON THE YEAR OR 1998, WHICH LEFT ME DISABLED, HURTED AND DAMAGED ON SOME PARTS OR MY BODY AND WEARING THIS METTALLIC PINS, SCREWS AND METTALLIC PLATES THAT ARE HOLDING MY BROKEN BONES GROM MY KNEES TO MY LEGS ON BOTH LEGS, AS YOU HONORABLE COURT KNOW IT TOO ALL VERY WELL DETAILED ON ALL OR THE MANY, MANY, MANY BUT MANY LEGAL GORMS AND LETTERS SEND IT TO YOU HONORABLE COURT TOO, AND TO ALL OR THE MEMBERS OR THIS CRIMINAL ORGANIZATION SINCE WHEN I WAS OVER AT (SoCoIo), SUSSEX CORRECTIONAL INSTITUTION, OVER IN GEORGETOWN DE. AS YOU KNOW IT TOO, SAME AS YOU COURT KNOW IT TOO THAT IT HAS BEEN YEARS WAITING GOR THE ANSWERS OR ALL OR THOSE MANY, MANY, BUT MANY LEGAL GORMS AND LETTERS SEND IT TO YOU COURT TOO, AND TO ALL OR THIS CRIMINAL ORGANIZATION SINCE WHEN I WAS OVER AT (SoCoIo), SUSSEX CORRECTIONAL INSTITUTION, OVER IN GEORGETOWN DE, SAME AS YOUR HONORABLE COURT KNOWS THE ADDRESSES, DATES AND NAMES OR THE PLACES AND PEOPLE INVOLUCRATED ON THAT NASTY HIT AND RUN OR WHICH I HAVE BEEN VICTIM BACK ON THE YEAR OR 1998, SAME AS YOUR HONORABLE COURT KNOWS THE ADDRESSES, DATES, PLACES AND NAMES OR PEOPLE INVOLUCRATED ON THE X-RAYS WHERE YOU CAN SEE THE DISABLED, HURTED AND DAMAGED PARTS OR MY BODY AND THIS METTALLIC PINS, SCREWS AND METTALLIC PLATES THAT ARE HOLDING MY BROKEN BONES GROM MY KNEES TO MY ANKLES ON BOTH LEGS, WHICH I'M WEARING THEM RR I NOW SINCE THAT NASTY HIT AND RUN OR WHICH I HAVE BEEN VICTIM, WHICK I WILL WROTTE THEM DOWN ONCE AGAIN GOR YOU. SUCH ARE #

"HIT AND RUN"

THE MCKAYDEE HOSPITAL
4401 HARRISON BLVD.
OGDEN UTAH, 84403,

ON THIS HOSPITAL IN OGDEN UTAH, YOU CAN SEE MY MEDICAL RECORDS, AND ALL OR THE X-RAYS OR ALL OR MY DISABLED, HURTED AND DAMAGED PARTS OR MY BODY, AND OR COURSE BOTH OR MY LEGS, WHERE I'M WEARING THIS METTALLIC PINS, SCREWS AND THIS METTALLIC PLATES THAT ARE HOLDING MY BROKEN BONES GROM MY KNEES TO MY ANKLES ON BOTH LEGS, THIS MCKAYDEE HOSPITAL IS WHERE THEY TOOK MY RIGHT ARTE I THE CAR HIT ME AND RUN AWAY GROM THE SCENE LEAVING ME BEHIND AS ACCOR

(PLEASE TURN PAGE TO THE PAGE NUMBER TWO)

( BEAN COBAIN LOVES BRIAN ADAMS )
( PAGE NUMBER TWO OF 34 PAGES )

JING TO THE DOCTOR AND NURSES DEAD, BUT THEN GAVE ME LIFE AGAIN, AND LEAVING ME BEHIND TOO DISABLED, HURTED AND DAMAGED FOR THE REST OF MY LIFE, AND AS YOU HONORABLE COURT KNOW IT TOO ALL ABOUT IT SINCE THIS MANY, MANY BUT MANY LEGAL FORMS AND LETTERS SENT IT TO YOU SINCE WHEN I WAS OVER AT (SoCoLa) SUSSEX CORRECTIONAL INSTITUTION, OVER IN GEORGETON DE, SAME AS YOU HONORABLE COURT KNOWS SOME OF THE PEOPLE INVOLUCRATED ON THAT NASTY HIT AND RUN OF WHICH I HAVE BEEN VICTIM, WHICH I WILL WRITTE AGAIN SOME OF THOSE PEOPLE, SUCH ARE #

OGDEN CITY POLICE DEPARTMENT
  2186 LINCOLN AVE.
  OGDEN UTAH, 84401

(AND)

OGDEN CITY POLICE DEPARTMENT
  2549 WASHINGTON BLVD.
  OGDEN UTAH, 84401.

AND THIS ARE THE OFFICERS THAT INITIALLY HANDLED THE CALL, AS YOUR HONORABLE COURT KNOW IT TOO, SUCH ARE THE HONORABLES #
OFFICER, MR. ERIC HALTER # 651
OFFICER, MR. ART WELOTH # 596
OFFICER, MR. MIKE SANTOS # 586
OFFICER, MR. JAMES GENT # 628
OFFICER, MR. REID GIELTER # 599
AND SGT. MR. WES PETERSON # 520.

OFFICER MR. ERIC HALTER, IS NO LONGER ON THE POLICE FORCE, AND SGT. MS. WES PETERSON, IS NOW DECEASED AND GOD KEEP HIM ON HIS GLORY, THIS REPORT IS ON THEIR LEGACY SYSTEM, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SAME AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT THE OTHER X-RAYS AND DATES, OR THE X-RAYS, OF BOTH OF MY LEGS, WHERE YOU CAN SEE IT THIS METTALLIC PINS, SCREWS AND METTALLIC PLATES THAT ARE HOLDING MY BROKEN BONES FROM MY KNEES TO MY ANKLES ON BOTH LEGS AS A RESULT OF THAT NASTY HIT AND RUN, WHICH I WILL

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

WRITTE AGAIN OVER AND OVER AND OVER ARE CALLED HONORABLE.

DELAWARE PSYCHIATRIC CENTER.                    ST. FRANCIS HOSPITAL

   1901 N. DUMONT HWY,          AND        7TH AND CLAYTON ST.

NEW CASTLE DE. 19720.                           SUITE # 506

                                           WILMINGTON DE. 19801

AS YOU HONORABLE COURT KNOW IT TOO. HOW THE HONORABLE, DELAWARE PSYCHIATRIC
CENTER, WHILE MR. RICHARD S. SADOWSKY, P.H.D., DEPUTY DIRECTOR, MS. SYLVIA FOSTER, M
., PHYSICIAN ESPECIALIZED IN PSYCHIATRY, MS. DIANNE STACHOWSKY, UNIT DIRECTOR, AND THE OTHER
PEOPLE INVOLUCRATED AND MEMBERS OF THIS CRIMINAL ORGANIZATION, THAT YOU COURT KNOW IT TOO
ALL ABOUT IT, SAME AS ALL THE MEMBERS OF THIS CRIMINAL ORGANIZATION KNOW IT TOO, HOW
DELAWARE PSYCHIATRIC CENTER, SEND ME TO THE ST. FRANCIS HOSPITAL ON (07/14/2004)
JULY FOURTEEN OF 2004, TO TAKE X-RAYS OF BOTH OF MY LEGS, WHICH THEY TOOK
IT AND WHEN THE X-RAYS PHYSICIAN SAW THE X-RAYS OF MY LEGS, AND MY HURTEN
AND DAMAGED FEETS AND TOES, THEY PRESCRIBED SOME PAINKILLERS AND MEDICATIONS,
SO THE DELAWARE PSYCHIATRIC CENTER, GAVE IT TO ME, BUT THEY DON'T GAVE ME NOTHING
AS YOU COURT KNOW IT TOO ALL ABOUT IT, SAME AS ALL OF THE OTHER MEMBERS OF THIS
CRIMINAL ORGANIZATION KNOW IT TOO ALL ABOUT IT, SAME AS YOUR HONORABLE COURT,
AND ALL OF THE MEMBERS OF THIS CRIMINAL ORGANIZATION KNOW IT TOO, HOW THEY
SEND ME OVER TO DELAWARE PSYCHIATRIC CENTER, FROM HERE FROM DELAWARE CORRECTI
ONAL CENTER AS A SET UP, BECAUSE TWO DIFERENT INMATES BROKE TWO DIFERENT TELEVISIONS
THAT WERE ON MY CELL AND POSSESSION ON TWO DIFERENT TIMES, WHICH OF THE SECOND TELEVISION
THEY BROKE THEY CHARGED ME AND WRITTE ME UP, AND SEND ME TO DELAWARE CORRECTIONAL
CENTER, BECAUSE ALL THE EVIDENCE WAS AGAINST THEM, AND I APPEALED THAT CHARGE, BUT THEY
DON'T ACCEPTED THAT APPEAL BECAUSE THE INMATE NOT WANTED TO BE PUT IN TRIAL OR FACE
HIS DAMAGE AND CHARGE, AND AS YOU HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SAME AS
YOU HONORABLE COURT HOW I SEND THOSE ORIGINAL WRITTE UP AND CHARGES COPIES TOO,
ALONG WITH OTHER LEGAL DOCUMENTS, TO MR. BOTHIAN FUTEY, OVER AT US. COURT OF FED
ERAL CLAIMS, OVER IN WASHINGTON D.C., AND AS YOU HONORABLE COURT KNOW IT TOO ALL
ABOUT IT, SAME AS YOUR HONORABLE COURT KNOWS THE OTHER PLACE AND DATE, OF
THE X-RAYS FROM BOTH OF MY LEGS, WHERE YOU CAN SEE IT, THIS METTALLIC PINS

(PLEASE TURN THIS FORM TO PAGE NUMBER THREE)

DECEMBER FOUR
( COURTNEY LOVE, LOVES CINDERELLA )
PAGE NUMBER THREE OF 34 PAGES

#3

SCREWS AND METTALLIC PLATES THAT ARE HOLDING MY BROKEN BONES FROM MY KN
EES TO MY ANKLES ON BOTH LEGS, AND MY HURTED AND DAMAGED HEELS AND TOES,
WHICH IN MATTER OF FACT I WILL WROTTE IT DOWN ONCE AGAIN FOR YOU SUCH AS
THE HONORABLE #

DELAWARE CORRECTIONAL CENTER
 1181 PADDOCK ROAD.
 SMYRNA DE. 19977.

AS YOUR HONORABLE COURT KNOW IT TOO, THAT DELAWARE CORRECTIONAL CENTER TOOK
X-RAYS FROM BOTH OF MY LEGS, ON (04/21/2006), APRIL TWENTY ONE OF TWO
THOUSAND SIX, ONE DAY AFTER I WAS ASSAULTED AGAIN, THIS TIME BY MR. SCOTT
KAROLY, OVER AT THE M.H.U. BUILDING #23, ON (04/20/2006), WHICH IS WHY THEY
MOVED ME OVER HERE ON PROTECTIVE CUSTODY HOUSING, WHERE ANOTHER INMATE, WHOM
WAS ON THE NEXT CELL TO MINE ON CELL LOWER FLOUR, THREW AT ME HIS URINE,
(PEER), WHICH CAUSED BLEEDING WOUNDS, AND INFECTIOUS, THAT I'M STILL HAVING
SOME OF THOSE BLEEDING WOUNDS OPENED ON MY HANDS, THEY ARE SMALL BUT
IT REALLY HURTS, AND AS YOUR HONORABLE COURT KNOWS, JUST LIKE ALL OF THE
OTHER MEMBERS OF THIS CRIMINAL ORGANIZATION KNOW IT TOO ALL ABOUT IT, SAME
AS YOUR HONORABLE COURT AND ALL OF THE MEMBERS OF THIS CRIMINAL ORGANIZATION
KNOW IT TOO, HOW MEDICAL NEVER DOES NOTHING FOR ME AT ALL, NOT OVER HERE
ON DELAWARE CORRECTIONAL CENTER, NOT OVER AT DELAWARE PSYCHIATRIC CENTER, ONLY
NEG AT SUSSEX CORRECTIONAL INSTITUTION, ON GEORGETOWN DE., FROM WHERE I WAS
NOT SUPPOSSED TO BE REMOVED) BECAUSE I'M UNDER PUBLIC DETAINER BY THE INMI
GRATION AND NATURALIZATION SERVICES, (I.N.&S.), OVER ON S.C.I., AS YOU HONO
RABLE COURT KNOW IT TOO ALL ABOUT IT, SAME AS ALL OF THE OTHER MEMBERS OF THIS
CRIMINAL ORGANIZATION KNOW IT TOO ALL ABOUT IT, SINCE WHEN I WAS OVER AT S.C.I.
SUSSEX CORRECTIONAL INSTITUTION, OVER ON GEORGETOWN DE., SAME AS YOUR HONORABLE COURT
KNOW IT TOO, HOW OVER AT S.C.I., SUSSEX CORRECTIONAL INSTITUTION, ONLY THOSE

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

GOOD HEARTED ANGELS FROM GOD, AS I CONSIDER THEM AS FOR CHARMING THINKER BELL (THE HONORABLE, MS. MARY LOU BLADES), AND SAD EYES, (THE HONORABLE NURSE, MS. BARBARA), WHOM USED TO ARGUE ALWAYS WITH OTHER DOCTORS AND NURSES, AND STAFF, IN ORDER TO OBTAIN MEDICAL ATTENTION AN MEDICATION FOR ME, AND ALSO FOR THOSE OLD WHITE COWBOYS, (ALSO CALLED OLD RED NECKS BY EVIL PEOPLE), AS YOUR HONORABLE COURT AND ALL OR THE MEMBERS OR THIS CRIMINAL ORGANIZATION KNOW IT TOO, HOW THE OTHER DOCTORS, NURSES, AND STAFF GAVE PREFERENCE AND PRIORITY TO THEIR OWN PEOPLE AND RACES, AS YOUR HONORABLE COURT AND ALL OR THE MEMBERS OF THIS CRIMINAL ORGANIZATION KNOW IT TOO HOW A CONSEQUENCE OR THAT HATE AGAINST MYSELF, AND AGAINST OF THOSE GOOD HEARTED, ANGELS FROM GOD, THE OLD WHITE COWBOYS, (ALSO CALLED, OLD RED NECKS BY EVIL PEOPLE), MR. ERNIE, (GUNSMOKE), AND MR. MIKE, (RIDER ALONE), PASSED AWAY (DIE), OF A HEART ATTACK, AND AS YOUR HONORABLE COURT AND ALL OR THE MEMBERS OR THIS CRIMINAL ORGANIZATION KNOW IT TOO ALL ABOUT IT VERY WELL DETAILED, SINCE WHEN I WAS OVER AT SUSSEX CORRECTIONAL INSTITUTION OVER ON GEORGETOWN DE, SAME AS YOUR HONORABLE COURT, AND ALL OF THE MEMBERS OR THIS CRIMINAL ORGANIZATION KNOW IT TOO, HOW DELAWARE PSYCHIATRIC CENTER, SEND ME BACK OVER HERE TO DELAWARE CORRECTIONAL CENTER, WITH A PAINKILLERS PRESCRIPTION, NOT THE PRESCRIPTION GAVE IT TO THEM BY THE ST. FRANCIS HOSPITAL, BUT SOME PAINKILLERS PRESCRIPTION, OR WHICH THEY ONLY GAVE IT TO ME THOSE PAINKILLERS FOR THREE DAYS, AND WHEN I'M COMPLAINED TO THE NURSE, SHE TOLD ME LIKE ALL OF THE DOCTORS AND NURSES THAT SOMEBODY AT THE FRONT HAS DISCHARGED ME, AND WHEN I'M ASKING HER WHAT SHE MEAN SHE ANSWERED ME LIKE EVERYBODY ELSE, WROTE TO THE COUNSELOR OR AT THE FRONT BUT ARE NOT WHERE IT IS OR WHAT A HECK IS THE FRONT, AND YOUR HONORABLE COURT, AND ALL OR THE MEMBERS OR THIS CRIMINAL ORGANIZATION KNOW IT TOO ALL VERY WELL DETAILED, WELL AS YOUR HONORABLE COURT KNOW IT TOO HOW MEDICAL NEVER DOES NOTHING FOR ME NEITHER, ALSO FOR THE OLD WHITE COWBOYS, WELL FINALLY ON 11/16/2007), NOVEMBER SIXTEEN OR 2006, THEY BEGUN TO GIVE ME SOME PAINKILLERS FOR MY DISABLED, HURTED AND DAMAGED PARTS OF MY BODY AND FOR THIS NASTY INFLAMATION TOO, ON ALL OR MY DISABLED AND HURTED AND DAMAGED PARTS OF MY BODY

(PLEASE TURN PAGE TO PAGE NUMBER FOUR)

DECEMBER HOUR OF 2007     12/09/2007

(DREW BARRYMORE LOVES, DEAR LENNARA)
(PAGE NUMBER HOUR OF 34 PAGES)

#4

SUCH AS EARLY ON THE MORNING # ONE LP190-500, ONE B-400, TWO GPL-325, AND ON THE AFTERNOON # ONE MLX-123, AND ONE GPL-325, EVEN THAT THE DOCTOR PRESCRIBED TO ME THE SAME MEDICATION FROM THE EARLY MORNING SUCH ARE # ONE LP190-500, ONE B-400, AND TWO, GPL-325, BUT AS YOUR HONORABLE COURT KNOW IT TOO HOW NASTY THEY ARE, BUT AT LEAST THEY GAVE ME SOMETHING TO SLOW DOWN THE PAIN AND INFLAM MATION ON THE DISABLED, HURTED AND DAMAGED PARTS OF MY BODY, I'M JUST WONDER WHEN THEY ARE GOING TO DO AS THEY ALWAYS DOES TO ME, AS YOUR HONORABLE COURT KNOW IT TOO, THAT THEY STOP GIVING IT TO ME, AND WHEN I COMPLAINT THEY SAID THAT SOMEBODY AT THE FRONT HAS DISCHARGED ME, JUST LIKE COUNSELOR AND ALL THE STAFF, OR WHATEVER THAT MEANS, SAME AS YOUR HONORABLE COURT, KNOW IT TOO, HOW IF I 1 BUT GRIEVANCES, THEY NEVER ANSWER THEM NEITHER, JUST LIKE THE REGULAR GRIEVANCES, AS YOU HONORABLE COURT, KNOW IT TOO ALL ABOUT IT, BUT AS YOUR HONORABLE COURT, KN OW IT TOO THAT WHEN I GRIEVE THEM, THE GRIEVANCE CHAIRPERSON DON'T ANSWER MY GRIEVANCES, BUT MEDICAL CHANGE THE MEDICATION AND BEGUN TO GIVE ME PSYCHOTRONIC S, THAT MAKES ME SO NERVOUS UNTIL I THROW UP, AND PRODUCE PAIN ON MY HEART NECK, AND YOUR HONORABLE COURT KNOW IT TOO ALL OF THE SYMPTOMS, SINCE WHEN I WAS OVER AT SoCoLo IN GEORGETOWN, SAME AS YOUR HONORABLE COURT KNOW IT TOO, HOW DELAWARE PSYCHIATRIC CENTER, SEND ME BACK OVER HERE TO DELAWARE CORRECTIONAL CENTER, WITH A PRESCRIPTION OF PAINKILLERS SUPPOSEDLY FOR ONLY DISABLED, HUR TED AND DAMAGED LEGS FEETS AND TOES, WHERE I'M WEARING THIS METTALLIC PINS, SCRE WS AND METTALLIC PLATES THAT ARE HOLDING MY BROKEN BONES FROM MY KNEES TO MY ANKLES ON BOTH LEGS, OF COURSE IT WAS NOT, THE PRESCRIPTION THAT THE ST. FRANCIS HOSPITAL OVER ON WILMINGTON DE. PRESCRIBED FOR ME ON THE DAY THAT DELAWARE PSYCHIATRIC CENTER SEND ME TO TAKE THE X-RAYS FROM MY DISABLED, HURTED AND DAMAGED LEGS ON, (07/14/2004), JULY FOURTEEN OF 2004, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SAME AS YOUR HONORABLE COURT KNOW IT TOO, HOW THEY GAVE ME THOSE PAINKILLERS FOR ONLY THREE DAYS, AND WHEN I COMPLAINED TO

(PLEASE TURN THIS FORM TO THE OTHER SIDE)

THE NURSE, SUE TOLD ME THE TRUTH ABOUT ALL THE DOCTORS AND NURSES ALL ABOUT IT, (A EXCEPTION OR MS. MARY LOU BLADES, AND MS. BARBARA, MS. LISA CARR, AND MS. **DIANNE** O'CONNOR, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT), THAT SOMEBODY AT THE FRONT WAS DISCHARGED ME, (FOR WHATEVER THAT MEANS), AS YOUR HONORABLE COURT KNOW IT TOO, THAT THIS HAPPENED OVER AT THE M.H.U. BUILDING #23, WHERE I WAS ASSAULTED **ONCE AGAIN** THIS TIME BY MR. SCOTT HAROLD, ON (04/20/2006), APRIL TWENTY OR 2006, AND AS YOUR HONORABLE COURT KNOW IT TOO HOW MS. BECKY VLIET, WAS THE NURSE WHOM GAVE ME THE FIRST AID, AND TRY TO PUT STITCHES ON MY **DISABLED** EAR, THE RIGHT EAR WHICH WAS BLEEDING, AND TRY TO PUT STITCHES TOO ON MY SCRATCHED LEGS, AS YOU CAN SEE IT ON THE PICTURES THAT THE HONORABLE LIEUTENANT MR. (JHON DOE) TAKE FROM ME, WITH ANOTHER HONORABLE C/O (MR. JHON DOE), AND AS MS. BECKY VLIET, WHILE SEARCHING MY MEDICAL RECORD TOLD ME THAT I WAS SUPPOSED TO BE RECEIVING MEDICATION AND PAINKILLERS FOR THE X-RAYS FROM MY HEAD AND NECK, AND FROM THE X-RAYS OF MY DISABLED, HURTED AND DAMAGED, LEGS, FEETS AND TOES, AND YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SAME AS YOUR HONORABLE COURT KNOW IT TOO, HOW ON THAT SAME DATE I WAS REMOVED AFTER I SIGNED FOR PROTECTIVE CUSTODY TO THIS BUILDING OF PROTECTIVE CUSTODY, THE S.H.U. #18, AS YOUR HONORABLE COURT KNOW IT TOO, THAT IS WHERE I WAS SUPPOSED TO BE AS MS. MARY LOU BLADES, LISA CARR, AND MS. DIANNE O'JONNOR, TRY TO PUT ME ON PROTECTIVE CUSTODY OVER AT SO.CO.L, IN GEORGETOWN DE., AS ACCORDING TO THE CHARGES THAT THE STATE AND THIS CRIMINAL ORGANIZATION PUT ON ME FOR WHICH I AM INNOCENT, THEY CLASSIFIED ME TO LEVEL 5 FIVE CUSTODY, MANDATORY UNTIL (12/23/**2007**), DECEMBER TWENTY THREE OF 2007, BUT AS FOR THE 01-01-0075, I AM AT SUPERVISION LEVEL 5 FIVE FOR A PERIOD OF 20 YEARS SUSPENDED AFTER SERVING TEN YEARS, FOR TEN YEARS SUPERVISION LEVEL 3, THE FIRST TWO YEARS MANDATORY TERM OF IMPRISONMENT, AND AS TO 01-01-0076, I WAS PLACED AT SUPERVISION LEVEL 5 FIVE FOR A PERIOD OF FIVE YEARS, THIS SENTENCE IS NOT SUBJECT TO THE SUSPENSION, IT SHALL BE SERVED IN ITS ENTIRETY, AS YOUR HONORABLE COURT, AND ALL OF THE OTHER MEMBERS OF THIS CRIMINAL ORGANIZATION KNOW IT TOO ALL ABOUT IT, SINCE WHEN I WAS OVER AT SO.CO.L. IN GEORGETOWN DE, IN AM OR THE MANY, MANY, MANY BUT MANY LEGAL FORMS AND LETTERS SEND IT TO YOUR HONORABLE

( PLEASE TURN THIS FROM TO PAGE NUMBER FIVE )

( ENYA JONES, ERICH BURDON
  PAGE NUMBER FIVE OF 34 PAGES )

COURT TOO, AND TO ALL OF THE MEMBERS OF THIS CRIMINAL ORGANIZATION, AGAINST THIS CRIMINAL ORGANIZATION, SINCE WHEN I WAS OVER AT SOCOLO, OVER IN GEORGETOWN, SAME AS AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SAME AS YOUR HONORABLE COURT KNOW IT TOO HOW NEXT DAY AFTER BEING ASSAULTED BY MR. SCOTT HAROLD, OVER AT THE M.H.U. BLDG. #23, ON 04/21/2006, NEXT DAY AFTER BEING REMOVED TO THIS BUILDING OF THE S.H. U. BLDG. #18, ON 04/21/2006, MEDICAL SEND ME TO CAMPOUND AS TWO C/O's OFFICERS, (MR. JUON DOE) AND (MR. JUON DOE), TOOK ME ON A WHEEL CHAIR TO A VAN, AND DROVE ME TO THE COMPOUND AND TOOK X-RAYS FROM BOTH OF MY LEGS EXACTLY AT 3:30 P.M., WHERE YOU CAN SEE THIS METTALLIC PINS, SCREWS AND METTALLIC PLATES THAT ARE HOLDING MY BROKEN BONES FROM MY KNEES TO MY ANKLES ON BOTH LEGS, AND YOU CAN SEE IT MY HURTED AND DAMAGED FEETS AND TOES TOO, AND THEY PRESCRIBED MEDICATION AND PAINKILLERS TOO, BUT THEY NEVER GAVE ME NONE AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SAME AS YOUR HONORABLE COURT KNOW IT TOO HOW ON, (07/10/2006) JUL Y TEN OF 2006, MEDICAL CALLED ME ON THIS S.H.U. BLDG. #18, WITHOUT EVEN PUT A SICK CALL, SO I WENT AND THE NURSE TOLD ME TO LIFT MY PANTS SO I DID IT, AND AFTER CHECK MY LEGS AND SEE IT HOW INFLAMATED AND SWALLOWED THEY WERE, SHE TOLD ME THAT PIN NUMBER EIGHT (#8), FROM MY RIGHT LEG, AND PIN NUMBER FOURTEEN (#14), FR OM MY LEFT LEG HAS BEEN MOVED OUT OF THEIR ORIGINAL PLACES, WHICH IS THE CAUSE OF THIS NASTY INFLAMATION AND SWALLOWING AND WAS THE CAUSE OF THIS INCREASING NASTY PAIN ON MY LEGS, AND LIKE ALWAYS TRYING TO PROTECT THEIR OWN PEOPLE AND RACES TOLD ME THAT AFTER CHECKED MY X-RAYS FROM MY DISABLED, HURTED AND DAMAGED, LEGS, FEETS AND TOES, THEY FIND OUT THAT THOSE PINS MOVED FROM THEIR ORIGINAL PLACES BY THEMSELVES, AND TOLD ME IF I WANT MEDICATION AND PAINKILLERS IN A REALLY NASTY AND SARCASTIC WAY, SO I TOLD HER THAT IT WILL BE COOL TO GET SOME PAINKILLERS AT LEAST, AND HER AND THE OTHER NUR SES LAUGH, BUT THEY NEVER GAVE ME NOTHING, AND YOUR HONORABLE COURT KNOW IT TOO ALL AB OUT IT, SAME AS YOUR HONORABLE COURT KNOW IT TOO, HOW ON (10/25/2006), OCTOBE R TWENTY FIVE OF 2006, MEDICAL CALLED ME AGAIN WITHOUT EVEN PUTTING A SICK CALL,

( PLEASE TURN PAGE TO THE OTHER SIDE )

AND THE HONORABLE COURT FREE BECAUSE THEY (I) WAS THE ONE SENDING LETTERS AND RELEASE OF INFORMATION AUTHORIZATION FORMS TO MS. BRENDA HOLWERDA, OVER AT THE FIRST CORRECTIONAL MEDICAL, OVER HERE AT DELAWARE CORRECTIONAL CENTER, AND TO THEM AT THE S.H.U. MEDICAL REQUESTING THE X-RAYS REPORTS, AND COPIES OF THE X-RAYS, FROM MY HEAD AND NECK, AND FROM BOTH OF MY LEGS, WHERE YOU CAN SEE THIS METTALLIC PINS, SCREWS AND METTALLIC PLATES THAT ARE HOLDING MY BROKEN BONES FROM MY KNEES TO MY ANKLES ON BOTH LEGS, AND REQUESTING THE ADMISSION REPORTS, THE OPPERATIVE SUMMARY REPORTS, THE MENTAL HEALTH REPORTS, THE PSYCHIATRIC SUMMARY REPORTS, THE DISCHARGE REPORTS AND OTHER REPORTS, AND I TOLD HER THAT I NEED THEM FOR LEGAL PURPOSES AND SHE TOLD ME THAT I NEED TO WRITTE FOR AN APPOINTMENT FOR REVISION OF MEDICAL RECORDS TO CHECK MY X-RAYS REPORTS, AND ALL OF MY MEDICAL RECORTS, BUT THAT THEY AREN'T GOING TO GIVE ME ANY COPIES AND/WAS, AND AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SAME AS YOUR HONORABLE COURT KNOW IT TOO, HOW ANOTHER INMATE ON THIS BUILDING OF PROTECTIVE CUSTODY THROW HIS URINE (PEE) AT MYSELF ON MY WAY BACK TO MY CELL FROM THE DISABLED SHOWER RO JM, THROUGH THE COURTYARD FENCE, WHICH HE/WAS KEEPING ON AN EMPTY SHAMPOO BOTT E, AND WHEN HE WAS ON HIS WAY BACK TO HIS CELL, NEXT DOOR TO MINE ON CELL LOWER FOUR, HE THROW THE REST OF HIS (PEE), URINE UNDER MY DOOR, AND YOU KNOW THE REASON WHY HE DO THAT TO ME, IT SEEMS LIKE THOSE SLUTS WERE VIRGINS OR SOMETHING ELSE, SAME AS YOUR HONORABLE COURT KNOW IT TOO, HOW HIS URINE (PEE) CAUSED BLEEDING INFECTIOUS WOUNDS ON MY SKIN, FEETS, HANDS, ELBOWS, AND/WHEREVER HIS PEE) WAS SOILLED ON ME, AND I'M STILL HAVING SOME OF THOSE BLEEDING WOUNDS, RIGHT NOW, AS RIGHT NOW I HAVE FIVE OF THOSE BLEEDING INFECTIOUS WOUNDS ONLY ON MY HANDS, (FINGERS), AND THEY ARE CLOSING BUT AS YOUR HONORABLE COURT KNOW IT TOO, THAT THIS INFECTIOUS WOUNDS WILL BE REOPENED AND WILL APPEAR AGAIN ON THAT FOR OF TWO OR THREE MONTHS, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, AND AS YOUR HONORABLE COURT KNOW IT TOO, HOW I BEGUN TO LOOSE A LOT OF WEIGHT SO I BEGUN TO TEACH ANOTHER LANGUAGE IN EXCHANGE FOR PENS, ENVELOPES, WRITTING PADS AND SOME LEFT OVERS OF THE CRAP THEY SERVE OVER HERE, BUT THAT MAN OBTAINED A BOOK FROM THAT LANGUAGE SO I STOP TEACHING HIM, AND I HAVE TO KEEP ASKING

( PLEASE TURN PAGE TO PAGE NUMBER SIX )

( HARRA FAWCY LOVES, PAREHOUSE )
    PAGE NUMBER SIX OF 34 PAGES )

#6

TO SOME OF THE C/O'S OFFICERS, AND AS YOUR HONORABLE COURT KNOW IT TOO ALL AB
JUT IT, WELL ONCE AGAIN THIS FROZEN FEELING ON MY DISABLED, HURTED AND DAMAGED
PARTS OF MY BODY BEGUN AGAIN, THIS NASTY PAIN ON MY DISABLED, HURTED AND DAM
AGED PARTS OF MY BODY BEGUN TO INCREASE ONCE AGAIN, THIS BLEEDING **INFECTIOUS** WO
UNDS APPEARED AGAIN, AND I'M BEGUN TO LOOSE WEIGHT, AGAIN, SO I WROTE TO THE
HONORABLE COUNSELOR MR. THOMAS MELLO, REQUESTING (ASKING), HIM TO REQUEST MY MEDICAL
RECORDS AND MEDICAL DOCUMENTATION FROM MEDICAL AND FOR THE FIRST CORRECTIONAL MEDI
TAL, AND AS YOUR **HONORABLE** COURT KNOW IT TOO, HOW HIS RESPONSE ON (06/25/2007)
JUNE TWENTY FIVE OF 2007, WAS ON A LETTER TELLING ME THAT # [" I CANNOT RE
QUEST YOUR MEDICAL DOCUMENTATION, YOU HAVE TO WORK THROUGH MEDICAL FOR THAT "]
AND REALLY SARCASTIC, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SO I KEPT
ISKING THIS HONORABLE COUNSELOR FOR, **PLEASE** REQUEST CLOTHING, SHOES, A PILLOW, MY LEGAL
PAPERWORK AND PERSONAL BELONGINGS, AND OTHERS AS YOUR HONORABLE COURT KNOW IT TOO ALL
ABOUT IT, AND HE ANSWERED ME FINALLY ON (10/29/2007), OCTOBER TWENTY NINE OF
2007, TELLING ME THAT, [IN ORDER FOR ME TO RECEIVE A DIET TRAY I HAVE TO TALK TO MEDICAL,
SO PLEASE PUT A SICK CALL REQUESTING A DIET TRAY] AND OTHER THINGS, SO I BEGUN ONCE
AGAIN TO PUT SICK CALL SLIPS AND FINALLY ON (11/12/2007), MEDICAL CALLED ME AND THE NURSE
SHOWED ME **ONE** OF MY SICK CALLS, AND TOLD ME THAT HOW SHE CAN HELP ME, SO I TOLD HER THAT SOME OF
THE THINGS THAT SHE CAN HELP ME WITH ARE WROTTEN DOWN ON MY SICK CALL SLIPS, AND SHE SAID THAT
SHE CANNOT READ MY **WRITTING** BECAUSE IS TOO SMALL, EVEN SEEING AND KNOWING THAT THE PRINTED
**ORIGINAL** WRITTING OF THE SICK CALL SLIPS IS LIKE A HALF **SIZE** SMALLER THAN MY HANDWRITTING, SO I GUESS
SHE JUST LIKE MANY OTHER STAFF MEMBERS DOESN'T KNOW HOW TO READ ENGLISH, SO I READ IT
O HER ONE OF MY SICK CALL SLIPS, WHERE I'M REQUESTING DIETS TRAYS, PAINKILLERS AND MEDICATION FOR
LL OF MY DISABLED, HURTED AND DAMAGED PARTS OF MY BODY, AND ALL THAT I HAVE REQUESTED ON MY
SICK CALLS, AND SHE TOLD ME TO GO UP TO THE SCALE TO WEIGHT MYSELF, SO I WENT AND I'M ONLY
WEIGHT 134 **POUNDS**, (AS YOUR HONORABLE COURT KNOW IT TOO, HOW MEDICAL OVER ON SO.C.C. IN
GEORGETOWN, OVER AT D.P.C., IN NEW CASTLE AND OVER HERE IN SMYRNA, THEY PLAY

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

WITH MY WEIGHT, AS ONE ONE TIME, I LAND BVEIGH, OVER 127 POUNDS AND FOUR OR SIX DAYS LETTER I'M WEIGHT OVER 187 POUNDS, SIXTY THREE POUNDS (63 LBS.) IN FOUR OR SIX DAYS, SOMETIMES EVEN EIGHTY POUNDS ON SEVEN DAYS; AND AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, AND SHE SAID THAT SHE IS NOT GOING TO GIVE ME NOTHING BECAUSE THE RULE WAS BROKEN, THAT ALSO I NEED TO TALK TO A DOCTOR, SO I KEEP PUTTING SICK CALLS AND ALSO SEND SOME THROUGH THE HONORABLE COUNSELOR MR. THOMAS AIELLO, SINCE BEFORE, CUM ON ON (11/13/2007), NOVEMBER THIRTEEN OF 2007, ANSWERED ME ON A LETTER SAYING THAT [ I AM A LITTLE CONFUSED ABOUT WHAT YOU ARE ASKING, AS FAR MEDICAL GOES ] AND OTHER THINGS THAT HE WROTE TO ME, AND ON, (11/15/2007), NOVEMBER FIFTEEN OF 2007, MEDICAL CALLED ME AGAIN, SO I WENT AND SHE READ AGAIN ONE OF MY SICK CALL SLIPS, AND SHE CHECKED MY RIBS ON BOTH SIDES, AND SHE FELT TOO THOSE TWO BALLS, WHERE MY RIBS WERE FRACTURED, HURTED AND DAMAGED, AND SHE TOLD ME THAT THE PAIN ON MY BACK IT MAY BE SOME DISLOCATED DISCS FROM MY CERVICAL SPINE, WHICH SHE IS AFRAID TO BE SOMETHING CALLED [ SUM CA, SIATICA, SUATICA OR SOMETHING LIKE THAT ], PRODUCED BY THAT NASTY HIT AND RUN OF WHICH I HAVE BEN VICTIM BACK ON 1998, WHICH LEFT ME DISABLED, HURTED AND DAMAGED OF SOME PARTS OF MY BODY, AND WEARING THIS UNCOMFORTABLE, METALLIC PINS, SCREWS, AND METTALLIC PLATES THAT ARE HOLDING MY BROKEN BONES FROM MY KNEES TO MY ANKLES IN BOTH LEGS, AND SHE TOLD ME THAT SHE WILL GIVE ME PAINKILLERS, FOR MY DISABLED, LEGS, EAR, JAM, AND FOR ALL OF MY DISABLED, HURTED AND DAMAGED PARTS OF MY BODY, AND THAT SHE WILL GAVE ME BOOTS TO SUPPORT MY ANKLES, MY DISABLED, HURTED AND DAMAGED, LEGS, FEET, ANKLES, AND TOES, SO I CAN TRY TO BEGUN TO WALK, AS I HAVE EXPLAINED HOW THEY FINALLY GAVE ME A PAIR OF SNEAKERS OF MY SIZE ON (11/04/2007), NOVEMBER FOUR OF 2007, WHICH THE BOTTOMS OF BOTH SHOES ARE COMMING OFF BY THEMSELVES, AS YOUR HONORABLE COURT KNOW IT TOO HOW THEY ALWAYS GAVE ME SNEAKERS BIGGERS THAN MY FEET, AND WITH A LOT OF PRODUCTION DEFECTS, AND DON'T GAVE NOT MORE UNTIL I'M WALKING WITH WHOLES ON MY SOX AND BAREFOOT, WITH MORE THAN A HALF OF THE BOTTOM OF MY SHOES GONE, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT ], AND THIS NEW SNEAKERS THAT THEY JUST GAVE IT TO ME ON (11/04/2007), NOVEMBER FOUR OF 2007, THEY HAVE ALREADY CRACKED ON TWO PIECES AND THE GOD DAMN GLUE CAME OFF AND I HAVE WASHED THEM ONLY THREE TIMES AS ALWAYS ONCE A WEEK I WASHED MY

( PLEASE TURN THIS FORM TO PAGE NUMBER SEVEN )

( GILLIAN ANDERSON LOVES, GRAND PUNK )
( PAGE NUMBER SEVEN OF 34 PAGES )

SHOES OR TWICE WHEN I CAN KEPT THE OLD ONES WITH ME, AS YOU COURT KNOW IT 100
ALL ABOUT IT, AND SHE TOLD ME TOO THAT SHE WILL GAVE ME DIET TRAYS, AFTER SHE
WEIGHT MYSELF ON THE SCALE WHICH SHE SAID IT WAS NOT BROKE, SO THIS TIME I'M
WEIGHT 142 POUNDS, AND THAT SHE WILL GAVE ME AN EXTRA SNACK ALSO WITH THE MEDICATION
TOGETHER FOR THE UPSET STOMACH CAUSED BY THIS STRONGM PAINKILLERS, PRESCRIBED FOR ME
FOR ALL OF MY DISABLED, HURTED AND DAMAGED PARTS OF MY BODY, AS ACCORDING TO
HER THIS PAINKILLERS ARE SO STRONGM THAT WILL TAKE THE PAIN FOR MY NECK, HEAD,
RIBS, BACK, LEGS, ARM, HAND, EAR FEETS, ANKLES, TOES, AND FOR ALL OF MY DISABLED,
HURTED AND DAMAGED PARTS OF MY BODY, AND SHE MADE ME LIFT MY SHIRT AND TOUCH
MY HURTED, FRACTURED AND DAMAGED RIBS, AND FELT THOSE BALLS, ON MY RIBS, AND TOLD ME
THAT SHE WILL REQUEST A X-RAYS FROM MY RIBS AND BACK, AND TOLD ME THAT
SHE IS AFRAID OF SOME DISCS FROM MY CERVICAL SPINE HAD BEEN DISLOCATED, AND
SHE CHECKED MY LEGS AND THE SURGERY SCARS FROM MY KNEES TO MY ANKLES,
AND TOLD ME THAT THE X-RAYS, MAY TAKE A WILE TO GET THEM BUT THAT SHE WILL
FOLLOW UP UNTIL SHE GET THEM, AND SHE TOLD ME THAT MEDICAL OR FIRST CORRECTIONAL ME-
ICAL, AREN'T GOING TO GIVE ME ANY COPIES OF ANY X-RAYS RECORDS, OR ANY OTHER
MEDICAL RECORD, THAT THEY CAN LET ME CHECK THEM BUT THEY ARE NOT GOING TO GIVE
ME NONE, SO I'M ASKED HER IF SHE MAY KNOW WHY, IS THAT AND SHE TOLD ME THAT
SHE DOESN'T KNOW, AND SHE GAVE ME A SMALL PIECE OF PAPER ( A PAMPLET OF SOME MEDICAL
IS CALLED HADIAN, WHICH I'M ATTACHED TO THIS FORM TOO, AND TOLD ME TO WRITTE TO MS.
HATTIE," AND TO BE NICE WITH HER, BECAUSE SHE IS A REALLY NICE LADY, SO THEY BEGUN
TO GAVE ME MY MEDICATION ON (11/16/2007) NOVEMBER SIXTEEN OF 2007, ON THE AFTERNOON,
WHICH WAS #ONE MLX-123 AND ONE GPL-325, WHICH ARE NOT WHICH ONE OF THIS TWO
PILLS PRODUCED THE SAME REACTION LIKE THOSE GOD DAMN PSYCHOTRONICS, GAVE IT TO ME
BEFORE AS YOUR HONORABLE COURT KNOW IT, TOO ALL ABOUT IT, AND EARLY ON THE MOR-
NING LIKE TWO OR THREE ON THE MORNING (2 OR 3:00 AIM), THEY GAVE ME # ONE IPL
10-500, ONE B-400, AND TWO GPL-325, AND I WAS SUPPOSED TO RECEIVE THE SAME

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

AMOUNT AND PRESENTED THE MORNING SAME HOURS AS SHE REFERRED TO ME ON (11/15/2007), NOVEMBER FIRTEEN OF 2007, BUT I CANNOT COMPLAINT OR AS YOUR HONORABLE COURT KNOW IT TOO, WHAT THEY DO TO ME, IF I COMPLAINT, BUT THEY HAVE NOT GAVE ME MY DIET TRAYS OR MY SNACK ALONG WITH THE MEDICATION, NEITHER MY BOOTS, AND AS YOUR HONORABLE COURT KNOW IT TOO HOW I HAVE SENT LETTERS AND ALSO TWO OR THREE LAUNDRY SLIPS TO THE HONORABLE COUNSELOR, MR. THOMAS AIELLO, TOO TRYING TO OBTAIN MY PILLOW, AS IT IS OVER A YEAR, AND A HALF ON THIS BULLONEY AND I HAVE NO PILLOW AND AS HIM, LIKE YOUR HONORABLE COURT KNOW THAT MORE THAN THREE QUARTERS PARTS OF MY NECK, ARE BROKEN, AND AS YOUR HONORABLE COURT KNOW IT TOO ABOUT MY HEAD, AND I CANNOT KEEP USING ONE OF MY BLANKETS AS A PILLOW EVERY DAY, BECAUSE I'M ALWAYS SEND ONE BLANKET TO BE WASHED ON MONDAYS ALONG WITH MY CLOTHES, WHICH RETURN TO ME ON WEDNESDAYS, AND THE OTHER BLANKET I SEND IT TO BE WASHED ON THURSDAY ALONG WITH MY CLOTHES AND ONE SHEET, EVERY WEEK, SO I CANNOT DEAL TO SUFFER COLD MORE THAN THREE DAYS A WEEK, AND DISRESPECT THE C/O, AND THE STAFF BY COVERING THE AIR CONDITIONER WITH MY CLOTHES AND PEN OR TOOTHBRUSH EVERY NIGHT, WHILE I'M SLEEP, TO SUPPORT THE COLD, AS I HAVE REQUESTED MY OTHER SWEATSHIRT, AS THEY ONLY GAVE ME ONE TO ME, BUT EVERYBODY ELSE GOT TWO, AS ALWAYS AND I HAVE REQUESTED MY BOOTS BECAUSE OF MY HURTED, DISABLED AND DAMAGED LEGS, FEETS, ANKLES, AND TOES, BUT THEY DON'T GAVE ME NOTHING, PERHAPS OF THE PUCKY SHOES THEY ALWAYS GAVE ME WITH PRODUCTION DEFECTS AND BIGGER THAN HOW I REQUESTED THEM, AND AS THE LAUNDRY DON'T GAVE ME NOTHING, AND THE LAUNDRY SLIPS THAT I HAVE SEND IT TO MR. THOMAS AIELLO, TWO OR THREE OF THEM, HE ANSWERED ME ON A LETTER ON (10/29/2007), OCTOBER TWENTY NINE OF 2007, WHICH SAYS, [ " I HAVE E-MAILED S/ LT. HAWKINS ABOUT THE CLOTHING ▪ ITEMS AND PILLOW YOU HAVE ASKED ABOUT " ], BUT I'M STILL DON'T GET THEM AND I KEEP WRITTING TO THE COUNSELOR TOO, WHEN I HAVE AN EXTRA ENVELOPE ONCE A MONTH, AS YOU KNOW IT TO I THE MISSERY THEY GAVE ME MONTHLY FOR THE INDINGENT ISSUED ITEMS, ONLY ONE WRITTING PAD, ONE INK PEN, FOUR MAIL STAMPS, SIXTEEN ENVELOPES LEGAL # 10, FOUR ENVELOPES PERSONAL 6 3/4, 4 ENVELOPES LARGE BROWN, BUT THAT'S IT, AND ALSO HONORABLE MASTER I'M SENDING YOU THIS SICK CALL SLIP, AND I'M ASKING YOU IN THE MOST RESPECTFUL, DECENT,

( PLEASE TURN PAGE TO PAGE NUMBER EIGHT )



**KADIAN®**
Morphine Sulfate Extended-Release Capsules
10mg •20mg •30mg •50mg •60mg •80mg •100mg •200mg

*Miss Mattie* 11/15/2007

| 10 mg | 20 mg | 30 mg | 50 mg | 60 mg | 80 mg | 100 mg | 200 mg |

Capsules are not shown at actual size.

Please see accompanying complete Prescribing Information.

FORM#: MED 263 reverse(military flip)

# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **[MEDICAL]** DENTAL MENTAL HEALTH

P.S. ALSO I'M CONCERNED ABOUT THAT ISCIATICA, SCIATICA, OR WHATEVER IS THE RIGHT WAY TO WROTE IT, AS YOU HAVE TOLD ME THAT [illegible] WHICH IS THE CAUSE OF THE PAIN ON MY HURTED FRACTURED AND DAMAGED BACK CERVICAL SPINE AND RIBS.

IVAN MENDEZ — Name (Print)

S.H.U. #18, Cell # BL-3 — Housing Location

12/04/73 — Date of Birth

453351 — SBI Number

11/21/2007 — Date Submitted

Complaint (What type of problem are you having)?

[I']M STILL WAITING FOR MY DIET TRAYS, AND FOR MY BOOTS, AS I HAVE TOLD YOU, I BEGUN TO RECEIVE THE MEDICATION ON 11/16/2007, AS ON THE AFT[ERN]OON, ONE MCK-123 AND ONE GPL-325, AND EARLY ON THE MORNING ONE IP190-ONE B-400, AND TWO GPL-325 EVEN THAT YOU PRESCRIBED THE SAME AM[O]UNT OF MEDICATION ON BOTH TIMES, FOR ALL OF MY DISABLED, [H]URTED AND DAMAGED PARTS OF MY BODY, BUT I REALLY NEED THOSE BOOTS TO SUPPORT MY DISABLED HURTED AND DAMAGED LEGS, FEETS AND TOES, WHERE [I'M] WEARING THIS METALLIC PINS AND METALLIC PLATES THAT ARE HOLDING MY BROKEN BONES FROM MY KNEES TO MY ANKLES ON BOTH[...], AS YOU HAVE SEEN IT ON THE X-RAYS THAT YOU TOOK FROM BOTH OF MY LEGS ON (04/21/2006), ONE DAY AFTER BEING ASSAULTED AGA[IN] [TH]IS TIME BY MR. SCOTT HAROLD, OVER AT THE M.H.U. #23 AND THAT WAY I CAN BEGIN TO GO OUT TO THE COURTYARD TRYING TO WALK[...] YOU KNOW IT TOO, THAT THIS SNEAKERS THAT THEY GAVE ME PINALLY ON 11/04/07 THE BOTTOMS ARE COMING OUT BY THEMSELVES AND I DON'T [...] [TH]EM, I HAVE ONLY WASHED THEM THREE TIMES, AND ALSO I REALLY NEED THAT EXTRA SNACK THAT YOU SAID YOU ARE GOING TO GIVE IT TO ME FO[R] [TH]E UPSET STOMACH CAUSED BY THOSE STRONGH PILLS, AND I HOPE THAT THOSE X-RAYS FROM MY CHEST THAT YOU REQUESTED DON'T TAKE TOO [L]ONGER, AS I'M REALLY CONCERNED ABOUT THE DISCS OF MY CERVICAL SPINE ON PAIN, AND THOSE BALLS THAT YOU TOO HAVE FELT ON MY FRACTURE[D], [HU]RTED AND DAMAGED RIBS, TOO.

IVAN MENDEZ — Inmate Signature

11/21/2007 — Date

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:_____ Pulse: _____ Resp: _____ B/P: _____ WT: _____

A:

P:

E:

______________________ Provider Signature & Title

______________________ Date & Time

3/1/99 DE01

FORM#: MED 263

8#

12/04/2007

(Page Number Eight of 34 pages
Helen Hunt lover, Halloween)
December four of 2007

( I RINA MALINOSHADA LOVES, I RON MAIDEN )
( PAGE NUMBER NINE OR 34 PAGES )

WAS POSSIBLE? CAN YOU PLEASE SEND IT TO MEDICAL TO SEE IF THEY OBEY YOUR
AUTHORITY, OR IS THAT THEY TOO ARE MORE SUPERIOR THEN YOU TOO, AS EVERYBODY ELS
E SEEMS TO BE?, BECAUSE I HAVE ASKED TO TWO C/O'S, TO PLEASE DELIVER THIS
SICK CALL SLIP TO MEDICAL, AND THEY DON'T TAKE IT, THIS TIME THEY SAID GAVE IT
TO THE NURSE KNOWING THAT THE NURSE DON'T TAKE SICK CALLS, BUT AS YOUR HONOR
ABLE COURT KNOW IT TOO, HOW SOME OF THE MEMBERS OF THE STAFF, C/O'S, SGTS.,
LTS., COUNSELORS, TEACHERS, BUSSINESS OFFICE, LAW LIBRARY, AND THE WHOLE INSTITU
TION, THEY ONLY GAVE PRIORITY TO THEIR OWN PEOPLE, ESPECIALLY TO THEIR OWN R
ACES, SAME ON HERE AT DELAWARE CORRECTIONAL CENTER, AT DELAWARE PSYCHIATRIC CEN
TER, OVER AT SUSSEX CORRECTIONAL INSTITUTION, AS YOUR HONORABLE COURT KNOW IT
TOO, LIKE ALL OF THE MEMBERS OF THIS CRIMINAL ORGANIZATION KNOW IT TOO, SINCE
WHEN I WAS OVER AT SUSSEX CORRECTIONAL INSTITUTION, OVER IN GEORGETOWN DELAWA
RE, HOW THIS INSTITUTIONS ONLY GAVE PRIORITY AND HELP TO THEIR OWN PEOPLE A
ND ESPECIALLY TO THEIR OWN RACES, BUT THEY DON'T DO NOTHING FOR ME, OR HELP
ME, ALSO THEY DON'T HELP OR DO NOTHING NEITHER FOR THOSE GOOD HEARTED, ANGELS FR
M GOD, SOME OF THE LAST SAINTS OR JESUS CHRIST, AS I CONSIDER THEM, THOSE
OLD WHITE COWBOYS, (ALSO CALLED OLD WHITE BASTARDS RED NECKS, BAD EVIL PEO
LE), AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SAME AS YOUR HONORABLE
COURT AND ALL OR THE MEMBERS OF THIS CRIMINAL ORGANIZATION KNOW IT TOO ALL VERY WELL
ETAILED HOW THE ONLY PEOPLE WHOM HELPED ME AND HELPED AND VERBALLY ARGUE
WITH THE OTHER STAFF WORKERS FROM OTHER RACES, IN ORDER TO OBTAIN THE HELP THAT
WAS IN NEED AND ALSO TO OBTAIN, THE HELP THAT THOSE OLD WHITE COWBOYS WER
IN NEED, WAS # (HARMING THANATES BEIN), (THE HONORABLE MS. MARAJOU BLADES), SADEN
S, (THE HONORABLE MS. BARBARA), AND THE HONORABLES LADIES, MS. LISA CARR, AN
, MS. DIANNE O'CONNOR, SGT. SAM, SGT. PEPPER, SGT. DUKES, C/O MR. MORGAN, C/O MS.
MORGAN, AND SOME OTHER COUNTED STAFF WORKERS, AS YOUR HONORABLE COURT KNOW
1 TOO ALL ABOUT IT, WELL HONORABLE MASTER, I'M PUT THIS LAWSUIT AGAINST MY

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

EX-WIFE Ms. ANNETTE ENRIGHT EMOTIONAL SUPPORT, BECAUSE FIRST OR ALL EVERYTHING I BEGUN JUST LIKE THIS I WAS LIVING ON PROVO UTAH, OVER AT 750 SOUTH, 650 WEST APT # 256, IN PROVO UTAH, 84601, AND I WAS WORKING AT A COMPANY PUTTING STICKERS TO A COSMETICS PRODUCTS, AND PACKAGING COMPUTER DISCS, AND ON JANUARY 20, OR 1997, I WAS HAVING SOME BEERS AT A FRIEND HOUSE, THEN WE WENT TO A FRIEND OR MINE BAR'S, CALLED MICKY'S BAR, RIGHT ON MAIN STREET IN FRONT OF THE POLICE STATION, OVER IN PROVO UTAH, AND IT WAS MY DAY OFF FROM WORK, SO WE DRINK PLENTY OF JARS OR BEER AND SOME WISKY'S, AND MY FRIEND ASKED ME TO GO WITH HIM TO GAVE A RIDE TO A FRIEND OF HIM SO WE WENT AND TAKE WITH US A TWELVE PACK OF MILLER GENUINE DRAFT BEER, BECAUSE MY FRIEND MICKY RUN OUT OF BUDWEISER, SO WE DROP HIS FRIEND AT HIS HOM ., WHERE HE LIVES, AND MY FRIEND TOLD ME TO GAVE HIM A RIDE TO HIS HOUSE, SO I DROVE HIS CAR, AN 05/A STANDARD CAR, AND WHEN WE WERE IN FRONT OF THE POLICE STATION RIGHT IN FRONT OF MY FRIEND MICKY'S BAR, I HAVE TO MAKE A TURN TO THE RIGHT AN I I WAS TALKING TO MY FRIEND AND LOOKING AT THE BEAUTY OF SOME LADIES COMMING JUT FROM EUCHARIS BAR, ANOTHER BAR RIGHT NEXT TO MY FRIEND BAR, SO I LOOK TO THE FRONT OF ME AND SAW THE CAR IN FRONT OF ME WITH HIS SIGNAL LIGHTS ON AND FROM BEEN TALKING WITH MY FRIEND INTO UNCONCIOUSLY THOUGH THAT WERE MADE MY LIGHTS, SO I MAKE THE TURN AND RIGHT AWAY IN MATTER OF SECONDS TWO HONORABLE POLICE UNITS TURN THEIR LIGHTS ON THEIR ROOFS ON, SO I'M STOP, AND THE OFFICER CAME TO MY WINDOW AND ASKED ME WHY I DON'T PUT MY LIGHTS ON, SO I TOLD HIM HOW IT HAPPENED, AND ALSO I TOLD HIM IS BECAUSE I HAVE HAD TOO MANY BEERS AND WISKYS TOO, AND HE LAUGH, HE DON'T BELIEVE ME RIGHT AWAY, SO HE ASKED ME FOR PERMISSION TO CHECK THE CAR, SO HE CHECKED AND FOUND THE TWELVE PACK OF BEER COMPLETE AND ALSO MY BEER WAS CLOSED, SO HE TOLD ME THAT IF IT WAS OKAY WITH ME TO MA KE ME A TEST SO I AGREE AND I PASSED THE TEST, SO I TOLD HIM THAT I REALLY DRINK A LOT OF BEERS AND WISKY'S, AND HE TOOK ME TO THE COUNTY JAIL TO CHECK MY ALCOHOL LEVEL ON THE BREATHALIZER, AND OF COURSE I DON'T PASSED THE TEST SO HE LOCKED ME DOWN, SO THEY TOOK ME TO COURT, AND GAVE ME A DATE OF CITATION WITH A PROMISE TO APPEAR IN COURT, SO I DON'T APPEARED AND THE HONORABLE MASTER JUDGE MR. RAY HARDING PUT A WARRANT ON ME, AND THEY FOUND ME SHAVING MYSELF SO THEY LOCKED

( PLEASE TURN PAGE TO PAGE NUMBER NINE )

( JAMIE LEE CURTIS LOVES JIM MORRISON )
( PAGE NUMBER TEN OF 34 PAGES

#10

ME AND, TAKE ME TO COURT, SO THE JUDGE ASKED ME WHY I DON'T ADDRESSED TO MY COURT CITATION, SO I TOLD HIM THE TRUTH, BECAUSE I TRIED TO BE MORE SMART THAN THE COURT AND POLICE AND LAUGH AT THE LAW, AND THE HONORABLE MR. RAD HARDING, AND THE PROSECUTOR BEGUN TO LAUGH AT WHAT I SAID, AND TOLD ME THAT FOR BEING AN HONEST MAN, HE WILL BE NOT HARD WITH ME, AND USES THE HONORABLE MASTER MR. RAD HARDING, WASN'T A HARD HEAD WITH ME, AND GAVE ME A BAIL OF $ 1862.00 DOLLARS, WHICH CHANGED FOR COMMUNITY SERVICE, AN SOMETHING CALLED UCANS, FOR ALCOHOL EVALUATIONS, AND TWO DAYS OF JAIL AND 210 HOURS OF COMMUNITY SERVICE ( ACS ), AND SEND ME TO PAD MY COMMUNITY SERVICE TO THE (D.I.) DESERET INDUSTRIES, OUR MORMON SECOND HAND STOR =, AS I ASKED HIM TO PLEASE SEND ME THERE TO PAD MY COMMUNITY SERVICE BECAUSE I USED TO GO TO HELP TO THE BISHOP (MR. JHON DOE), ON FRIDAYS AND WEDNESDAYS AND SATURDAYS, WHERE IS WHEN I MET MY EX-WIFE MS. ANNETTE WRIGHT, ON THE LUNCH TIME, BUT THE HONORABLE MASTER MR. RAD HARDING, DOESN'T KNOW OF THE EXISTENCE OF MY X-WIFE WORKING THERE, SO HE SEND ME TO PAD MY COMMUNITY SERVICE OVER THERE TO THE D.I., SO I WAS DATING MY EX-WIFE AND RESPECTING HER, AS SHE CAME FROM A RESPECTFUL RICH CONSERVATIVE FAMILY FROM AIMGREE IDAHO, TEN MINUTES AWAY FR OM BLACKFOOT IDAHO, AND BESIDES OF HER EDUCATION AND ROOTS, SHE WAS BORN ON HER CHURCH, (C.O.S.), THE CHURCH OF JESUS CHRIST OF LATTER DAYS SAINTS, PERHAPS I'M CAME FROM A POOR FAMILY, BUT WELL EDUCATED, CONSERVATIVE AND WITH VERY GOOD PRINCIPLES AND HONOR, SO I WAS RESPECTING HER FOR LIKE FOUR OR FIVE MONTHS OR SO, BUT HONOR ABLE MASTER, WE ARE FLESH AND BLOOD AND PERHAPS WE BOTH WERE YOUNGER AND SHE'S ███ TWO YEARS OLDER THAN ME ALMOST THREE, SO WE BEGUN TO SLEEP TOGETHER AND BROKE OUR CHURCH RULES, SO SHE INTRODUCED ME WITH HER FAMILY AND WE HAVE GOOD TIMES WITH HER FAMILY; MOVIES, PARKS, TRIPS, BBQ's, AND LOTS OF FUN, SO ONE DAY WE WENT TO LOGAN UTAH AT THE BORDER WITH THE STATE OF IDAHO, TO THE ZOO, AND SHE HAS FAMILY OVER THERE IN LOGAN UTAH, JUST LIKE MYSELF, SO ONE DAY WE WERE HANGING OUT AT A PUBLIC POOL SER IN OREM UTAH, AND JUST WILD, CRAZINES THOUGHS THAT WE BOTH HAVE ON MOVE

( PLEASE TURN THIS FROM TO THE OTHER SIDE )

RIGHT AWAY THE GREENBRIAR OVER IN SMYTHFIELD UTAH, WHICH IS THE LAST TOWN OF UTAH STATE, AND NEXT TOWN IS IDAHO WHERE I HAVE FAMILY TOO IS CALLED PRESTON IDAHO, AS MY FAMILY HAS SOME RANCHES AND SOME BUSSINES, BUT BELONGS TO THEM, SO I WENT TO WORK TO SEATTLE WASHINGTON, TRYING TO GO TO ALASKA TO WORK OVER THERE IN ORDER TO MAKE MONEY TO GET MARRIED AS SHE WANTED TO MARRY ME, ACCORDING TO HER THOSE WERE HER BIGGEST DREAMS, SO I WAS WORKING OVER IN SEATTLE WASHINGTON, AND I CALLED HER AND SHE TOLD ME CRYING THAT SHE WAS FEELING SICK, THAT I NEED TO COME BACK HOME SOON AS POSSIBLE, SO I TAKE THE BUS RIGHT AWAY WORRYING FOR HER WELFARE, AND WHEN I WAS THERE ALL SHE HAS WAS A HEADACHE AND CRAMPS FOR HER ███████ PERIOD, SO DAYS AFTER MONEY WAS GONE AND SHE DON'T WANTED ME TO GO BACK TO SEATTLE WASHINGTON, SHE WANTED ME TO STAY ON UTAH STATE, SO I MOVED TO St GEORGE UTAH, TO WORK OVER THERE, AND ONE DAY THAT I SEND HER MONEY FROM WESTERN UNION, I CALLED HER IN ORDER TO GIVE HER THE NUMBER TO PICK THE MONEY, AND SHE TOLD ME THAT SHE WANTED TO GO TO St. GEORGE UTAH, TO HANG OUT, AND IN THAT SAME DAY SHE WENT TO SEE ME AND NEXT DAY A FRIEND OF MINE FROM CASPER WYOMING INVITED ME TO GO TO WORK OVER IN WYOMING FOR FIFTEEN DOLLARS AN HOUR, SO SHE TOOK US AND DROVE TO CASPER WYOMING, AND SHE SLEEP ONE DAY ON CASPER WYOMING AND COME BACK TO LOGAN UTAH, SO I MOVE TO SEATTLE WASHINGTON BACK, BECAUSE IT WAS MORE MONEY OVER THERE, SO ONE DAY I CALLED HER AND SHE TOLD ME ASKING ME WHERE I WAS SO I TOLD HER THAT I WAS ON SEATTLE WASHINGTON AND SHE BEGUN TO CRY AND TOLD ME TO COME BACK; SO I DON'T ARGUE HER SO I COME BACK, BUT THE BUS DROP ME ON SALT LAKE CITY UTAH, AND I GET THE OTHER BUS TO OGDEN UTAH, AND SHE CAME TO PICK ME UP OVER IN OGDEN UTAH AND TOOKED ME TO LOGAN UTAH, SO WE TALK ABOUT IT AND I TOLD HER THAT I JUST WANTED TO SURPRISE HER WITH A BIG WEDDING RECEPTION, WHICH IS THE REASON WHY I WENT TO SEATTLE WASHINGTON AND SHE UNDERSTAND, SO I KNOW THAT THE TIME FOR ME TO FINISH TO DAY MY COMMUNITY SERVICE WAS OVER, SO I WENT TO THE LOGAN POLICE DEPARTMENT TO TURN MYSELF ON AND I'M EXPLAINED TO THE POLICE OFFICER CLERK, AND I TOLD HIM THAT BY NOW I'M POSSIBLY HAVE A WARRANT FOR MY ARREST FOR NOT FINISHED TO PAY MY COMMUNITY SERVICE, SO THE HONORABLE OFFICER CHECKED ON HIS COMPUTER AND TOLD ME

( PLEASE TURN THIS FORM TO THE PAGE NUMBER TEN )

( KRISTA ALLEN LOVES, KIRK HAMMER )
( PAGE NUMBER ELEVEN OF 34 PAGES )

# 11
___
3

THAT I DON'T HAVE ANY WARRANT, AT LEAST NOT IN THAT COUNTY, SO I EXPLAINED AGAIN TO HIM AND HE TOLD ME, THAT HE CANNOT ARREST ME, SO I GAVE TO HIM MY NEW ADDRESS, AND HE TOLD ME THAT HE WILL CALL TO PROVO UTAH, AND PROBABLY HE WILL ARREST ME, SO I TOLD HIM NOT PROBLEM, SO DAYS AFTER, I CALLED TO THE POLICE STATION, AND I STILL DON'T HAVE A WARRANT YET, ALL I WAS TRYING TO DO WAS TO CLARIFY WHY I DON'T FINISHED TO DAD AND REQUEST FROM THE COURT TO GRANT ME TO FINISH TO DAD THE LAST COMMUNITY SERVICE HOURS OVER IN LOGAN UTAH AT THE D.I., DESERET INDUSTRIES IN LOGAN UTAH, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SO WE WENT TO THE POLICE STATION TRYING TO MODIFIED MY COMMUNITY SERVICE TO BE CHANGED TO LOGAN UTAH, AND IN OUR WAY TO THE POLICE STATION I FOUND A GREEN BAG CONTAINING CAMMERA LENSES AND NEW AND USED FILMS AND OTHER PAPERS INSIDE OF THE BAG SO I GAVE IT TO THE HONORABLE POLICE OFFICER CLERK, AND HE TOOK MY PERSONAL INFORMATION ONCE AGAIN, AND I TOLD HIM ABOUT IF IT WAS POSSIBLE TO MOVE MY COMMUNITY SERVICE FROM PROVO TO **LOGAN** UTAH, BUT HE TOLD ME THAT HE CANNOT DO THAT THAT IT WAS FOR THE COURT TO DECIDE, SO I TOLD HIM THAT I WAS LEAVING TO SEATTLE WASHINGTON FOR WORK AND HE TOLD ME TO GO, AND SOON AS POSSIBLE CALL THE COURTHOUSE AND REQUEST THAT CHANGE OF MY COMMUNITY SERVICE, AND THAT WHEN I COMEBACK CALL THEM, I GUESS TO SEE IF I CHANGED MY COMMUNITY SERVICE, SO MY EX-WIFE DROVE ME OVER TO OGDEN UTAH, IN ORDER TO PICK UP A FRIEND OF MINE TO GO WITH ME TO SEATTLE WASHINGTON TO WORK, AND MY WIFE LEFT ME ON OGDEN CRYING AND SHE COMEBACK TO LOGAN UTAH, AND I BEGUN TO LOOK FOR MY FRIEND, WHICH I FOUND IT ON A CITY PARK RIGHT BEHIND OF THE PUBLIC LIBRARY, CARRYING HIS BACK PACK READY TO GO, SO WE WENT TO PICK IT UP SOME MONEY THAT A FRIEND OWED TO HIM, OVER IN NORTH EAST OGDEN, SO WHEN WE WERE WALKING ON THE STREET THE LIGHT TURNED RED, SO WE **STOP TOGETHER** WITH THE OTHER PEOPLE BEHIND US, SO I WAS PRESSING THE BOTTOM **OFF** THE LIGHT POST, AND AFTER A BIT OF TIME THE LIGHT TURNED GREEN, SO WHEN WE ALL WERE READY TO WALK TO CROSS THE STREET, WE **HEARD** THE NOISE OF A CAR ACELERATING AND WHEN I TURNED MY FACE ALL I SAW WAS A LIGHT ON MY FACE AND

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

THEN I WOKE UP AND OPENED MY EYES AND I SAW THE LIGHT ONCE AGAIN ON MY FACE, IN A MATTER OR SECONDS IT HAPPENED RIGHT BEFORE WE PUT A STEP ON THE STREET, AND WHEN I WOKE UP AGAIN, I WAS ON A BED AND I HEARD SOME OTHER PEOPLE COUGHING SOMEWHERE AROUND BUT I CANNOT SEE THEM BECAUSE MY VISION WAS VERY, VERY BLURRY AND THERE WERE COURTAINS IN FRONT OF ME AND ON BOTH OF MY SIDES, AND I WAS SO, BUT O MUCH DIZZY, (JUST LIKE WHEN I WAS OVER IN PRE-TRIAL OVER AT SoCoLo, AS YOUR HON RABLE COURT KNOW IT TOO ALL ABOUT IT), AND WITH CASTS OF YEAST ON BOTH OF MY EGS FROM MY KNEES TO MY TOES, WHERE I HAVE THIS METTALLIC PINS, SCREWS, AND METTALLIC PLATES THAT ARE HOLDING MY BROKEN BONES FROM MY KNEES TO MY ANKLES ON BOTH LEGS, WITH MY FRACTURED, HURTED AND DAMAGED RIBS, ON RIGHT AND LEFT SIDE, WITH MY INFLAMATED HEAD AND NECK, WITH OVER THREE QUAR ERS PARTS OF MY NECK BROKEN, MY FOREHEAD WEARING GAUZES AND VENDS FOR THIS TWO WOUNDS, MY HEAD ON THE RIGHT SIDE WITH A GAUZE AND A VEND UPON MY RIGHT EAR FOR THAT NASTY WOUND, MY RIGHT EAR WAS GONE, IN PAIN BUT WITH NO AUDIBLE RECEPTION AT ALL (DEAR), MY LEFT EAR ALMOST GONE TOO WITH NO AUDIBLE CAPTION OR HEARD ANYTHING BUT FOR A PERIODS OF TIME AND IN PAIN DROPING TOO LIKE THE RIGHT EAR SOME YELLOW STUFF, WITH BLOOD SOMETIMES, MY BOTH EYES ON PAIN AND CONTAIN I THOSE LITTLE SPOTS NOT SO BIG AT THE TIME AS THEY ARE RIGHT NOW, MY FOREHEAD WOUN ES, MY RIGHT HIP HURTED HURTED DAMAGED AND WOUNDED, WHICH NOW I'M CRIPPLE, MY HANDS ESPECIALLY THE LAST HAND PURPLE, AND DAMAGED DAMAGED AND MY RIGHT ELBOW, HURTED, DAMAG ED ON TWO PIECES AND PURPLE, MY ARMS BOTH PURPLE HURTED AND DAMAGED, MY BACK SO BUT SO HURTED AND DAMAGED THAT I BARELY CAN SIT ON MY BED OR ON MY WHEELCHAIR, MY WEIST HURTED AND DAMAGED, MY LEGS, BOTH PURPLE WITH THESE BALLS BY MY PELVIS, JUST LIKE THIS BALLS BY THE RIBS, AND THE BIG BALL ON MY NECK, MY FEETS AND TOES HURTED AND DAMAGED AND FRACTURED AND PURPLE, MY FINGERS REALLY HURTED AND DAMAGED WITH A COUPLE OF NAILS ALMOST GONE, AND AS YOUR HONORABLE COURT KNOW IT TOO ALL OF THE DISABLED, HURTED AND DAMAGED PARTS OF MY BODY AS MY PRIOR LEGAL FOR MS (LAWSUITS, HABEAS CORDUS AND OTHER LEGAL FORMS), AND LETTERS AGAINST SOME OF THE MEMBE RS OF THIS CRIMINAL ORGANIZATION, AND IN ALL OF MY LEGAL FORMS AND LETTERS AGAINST ALL OF THE MEMBERS OF THE CRIMINAL ORGANIZATION, AND ███ IN ALL OF MY LEGAL FORMS

( PLEASE TURN THIS FORM TO PAGE NUMBER ELEVEN )



( LINDA HAMILTON LOVES LARS ULRICH )
( PAGE NUMBER TWELVE OF 34 PAGES )

AND LETTERS AGAIN THIS CRIMINAL ORGANIZATION, SINCE WHEN I WAS OVER AT SUSSEX CORRECTIONAL INSTITUTION, (SoCoLo), OVER IN GEORGETOWN DELAWARE, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SO WHEN I WOKE UP RIGHT AWAY SOME NURSES CAME TO TALK TO ME AND ASKED ME HOW I WAS FEELING, SO I TOLD THEM IN PAIN REALLY DIZZY AND WANTING TO THROW UP AND I TOLD THEM ALL OF MY SYMPTOMS, AND RIGHT AWAY **TWO** DOCTORS CAME TO SEE ME, DR. MS. REED AND DR. ZHON DOE, ACCOMPANIED BY A HIGHWAY POLICE OFFICER ( PATROLMAN ), AND ASKED ME HOW I WAS FEELING SO I TOLD THEM ALL OF MY PSYMPTOMS, AND THE HONORABLE HIGHWAY PATROL OFFICER ASKED ME IF IT WAS POSSIBLE FOR HIM TO ASK ME SOME QUESTIONS, SO **I TOLD** IM **YES**, AND HIS FIRST QUESTION WAS DID YOU REMEMBER WHAT HAPPENED, SO I TOLD HIM YES, I WAS WAITING WITH MY FRIEND AND OTHER PEOPLE BEHIND US, AND OTHERS IN THE OTHER SIDE OF THE STREET THAT THE LIGHT TURNED GREEN TO WALK ACCROSS TO THE STREET AND SUDDENLY WHILE WAITING FOR THE LIGHT TO TURN GREEN WE HEARD A CAR ACCELARATING AND WHEN I TURNED MY FACE TO SEE IT ALL I REMEMBER WAS A LIGHT ON FRONT OF ME, AND WOKE UP AND SEE THE LIGHT ONCE AGAIN IN FRONT OF ME, AND I EXPLAINED TO HIM WHAT I REMEMBER IN FRONT OF THE NURSES AND DOCTORS AND HE TOLD ME IN FRONT OF THE NURSES AND DOCTORS, YES IS JUST THE WAY YOU ARE SAID, THE DRIVER HIT YOU TWO TIMES AND RUN AWAY FROM THE SCENE, BUT THE WITNESSES TOLD US **WHICH** CAR WAS AND WE PERSECUTED HIM AND CAPTURED IM, SO WE HAVE HIM IN CUSTODY AND **HE** GAVE ME HIS CARD TO CALL HIM FOR WHEN I TAKE HIM TO COURT, THE HONORABLE OFFICER GOT THE NAME OF THE WITNESSES, AND HE ASKED THE NURSES AND TO THE TWO DOCTORS, HOW I WAS AFTER THE **HIT** HIT AND RUN, AND THEY TOLD HIM HE WAS DEAD BUT OUR PARAMEDICS BRING HIM BACK, AND HE IS REALLY BADLY HURTED, SO THE HONORABLE OFFICER REPEATED TO ME YOU DON'T HAVE TO WORRY WE GOT HIM, AND YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT ON ALL OF MY LEGAL FORMS, (HABEAS CORPUS PETITIONS, 1983 CIVIL RIGHTS CO MPLAINTS, FORMA PAUPERIS, RELEASE OF INFORMATION AND IN ALL OF THE LEGAL FORMS **AND** LET

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

[ERS] SICK IT [To] [YOUR] HONORABLE DOCTOR(S) AND LETTER(S), SINCE WHEN I WAS OVER IT SUSSEX CORRECTIONAL INSTITUTION OVER IN GEORGETOWN DE., SO THE MCHANDEE NO MITTAL DOCTORS LET ME CALL MY EX-WIFE, ON THAT YEAR SHE WAS MY GIRLFRIEND, SO I TOLD HER TO CAME AND PICK ME UP, SO ALSO THE GOOD HEARTED DOCTORS CALLED TWO MISSIONARIES FROM MY CHURCH, THE CHURCH OF JESUS CHRIST OF LATTER DAYS SAINTS, SO THEY CAME TO READ WITH ME AND PRAY FOR ME, SO MY EX-WIFE CAME AND CRYING AND EXPLAINED TO HER WHAT HAPPENS, AND SHE TOLD ME THAT SHE WILL CONTACT SOME OF OUR FRIENDS (HER RELATIVES) WHOM WORK AND ALSO HAVE FRIENDS WORKING ON UTAH STATE GOVERNMENT, AND IDAHO STATE GOVERNMENT, IN ORDER TO MAKE THAT DRIVER WHOM ACTUALLY KILLED ME AND LEFT THE SCENE, THANKS TO THOSE GOOD HEARTED ANGELS FROM GOD WHOM SAVED MY LIFE, SO SHE WENT AFTER NO ## TO SEE ME AT THE HOSPITAL WHILE EVERYDAY THE PHYSICAL THERAPIST AND THREE OR SOMETIMES FOUR STRONG NURSES SAT ME ON MY WHEELCHAIR AND DROVE ME BY A WINDOW AND SHE TRIED TO GAVE ME TRAINING WITH SOME LIGHT WEIGHT, BUT I BARELY CAN HOLD THEM IN MY HANDS BECAUSE OF ALL OF MY DISABLED, HURTED AND DAMAGED PARTS OF MY BODY WHICH ON SO MUCH PAIN, JUST AS ALWAYS, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SO I LEFT THE MCHANDEE HOSPITAL ON MY WHEELCHAIR, WITH THE CASTS ON CAST ON BOTH OF MY LEGS AND WITH ALL OF MY DISABLED HURTED AND DAMAGED PARTS OF MY BODY ON PAIN, AS JUST AS ALWAYS, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT SINCE WHEN I WAS OVER AT (S. Co Co.) SUSSEX CORRECTIONAL INSTITUTION, OVER IN GEORGETOWN DELAWARE, SO WE WENT BACK TO LOGAN UTAH TO THE GREENBRIAR APPARTMENTS AND I HAVE TO BEGUN TO DRINK WISKEY ZACKDANIELS IN ORDER TO KILL THE PAIN OF ALL OF THE DISABLED, HURTED AND DAMAGED PARTS OF MY BODY, BECAUSE WE CAN NOT AFFORD NOT EVEN THE MOST CHEAPER OF THE MEDICATIONS PRESCRIBED TO ME BY THE MCHANDEE HOSPITAL WHICH WAS LIKE FOUR OR FIVE HUNDRED DOLLARS FOR THIRTY PILLS, IN ORDER TO TAKE THREE PILLS AT DAY OR MORE DEPENDING ON THE PAIN I SUFFER A CAUSE OF ALL OF MY DISABLED, HURTED AND DAMAGED PARTS OF MY BODY, SO THE ONLY INCOME THAT WE HAVE WAS FROM HER JOB AT THE LOGAN UTAH STATE COLLEGE, SO I BEGUN TO DRINK ALCOHOL IN ORDER TO CONTROL THE GOD DAMN PAIN ON MY DISABLE

(PLEASE TURN THIS FORM TO PAGE NUMBER TWELVE)

( MEG RYAN LOVES MEGADETH
  PAGE NUMBER THIRTEEN OR 34 PAGES )

$\frac{\#13}{3}$

HURTED AND DAMAGED PARTS OF MY BODY, AND SHE USED TO PUSH ME ON MY WHEELCHAIR TO MOVE ME EVEN TO GO USE THE RESTROOM, AND HELPED ME TO PUT GARBAGE BAGS ON BOTH OR MY LEGS FROM MY KNEES TO MY TOES IN ORDER TO PROTECT THE CASTS OF YEAST ON BOTH OF MY LEGS FROM MY KNEES TO MY TO ES, WHILE I TAKE A SHOWER SITTING ON THE DISABLED SHOWER THAT IT WAS ON THAT APARTMENT, SO SHE ALSO HELPED ME BY TAKING ME TO THE MCHARDEE HOSPITAL, TO TAKE X-RAYS FROM BOTH OF MY LEGS AND CHECK ALL OF MY DISABLED, HURT AND DAMAGED PARTS OF MY BODY, AND AS YOU CAN SEE ON THOSE X-RAYS HOW MY BROKEN BONES WERE BROKEN AND SEPARATED LIKE THREE QUARTERS OF AN INCH OR SO, AND WHEN WE COME BACK TO LOGAN UTAH, WHERE WE USED TO LIVE SHE USED TO HELP ME BY PUSHING ME ON MY WHEELCHAIR, AND ONE DAY THE MCHARDEE H SPITAL CUT THE YEAST CASTS OFF FROM MY DISABLED, HURTED AND DAMAGED LEGS, AN , GAVE ME A PAIR OF METTALLIC BOOTS WITH A BOTTOM OF RUBBER, AND SHE WAS STILL HELPING ME TO MOVE ON MY WHEELCHAIR AND AFTER LONG PERIOD OF TIME THE DOCTORS AT THE MCHARDEE HOSPITAL TOLD ME THAT I CAN BEGUN TO TRY TO GIVE ONE OR TWO STEPS AT THE TIME WITH THE HELP OF A METTALLIC WALKER AND THE METTALLIC B OTS THAT I HAVE TO WEAR, SO I USED TO WALK TWO OR THREE STEPS AT THE TIME WITH THE HELP OF THAT WALKER AND WITH THE HELP OF THAT METTALLIC BOOTS, BUT IT WAS A EALLY NASTY PAIN SO I HAVE TO GET BACK TO MY WHEELCHAIR AND SIT, THINKING N WHAT THE DOCTORS TOLD ME THAT I MAY NEVER WILL WALK AGAIN, BECAUSE OF Y HURTED, DAMAGED AND DISABLED LEGS, MY HURTED AND DAMAGED BACK, RIBS, NECK AND ALL OF MY DISABLED, HURTED AND DAMAGED PARTS OF MY BODY, SO MY EX-WIFE S ANNETTE WRIGHT, TOLD ME THAT WE SHALL GET MARRIED, SO I TOLD HER THAT NOW I WILL SUPPORT HER BEING A DISABLED MAN AND SHE TOLD ME THAT DOESN'T MATTER THAT SHE VED ME, AND AS SHE SAID, AND SHE WAS RIGHT ABOUT HOW WE WERE LIVING ON SIN BY LIVING TOGETHER, HAVING SEX AND NOT MARRIED, PLUS THE PRESSURE THAT OUR STAKE PRESIDENT, BISHOP AND THE OTHER MEMBERS OF OUR CHURCH WAS PUTTING ON US

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

As we both are MENBORMONS of the Church of Jesus Christ of latter days saints, so we talked with our stake president whom called us for an appointment with him and he told us that we were living on sin by living together without being married, so my ex-wife told him that I was the one whom doesn't wanted to get married because of my disabilities and all of my hurted and damaged parts of my body and because of this disabilities was a obstacle for me to find a job and support her, so he told me to no to worry that our brothers on Christ will get me a job, so I told him that it wasn't the only problem that, I wanted that our wedding reception will's a awesome something that she never forgett, a big party, good rock and roll, and the best things for her, so he told me that I can do that latter on when I get on my feet or if I never walk again, I was still can make it by working on my wheelchair and keep being gratiful to our lord, so I told her that I will talk to our bishop so he can **give** us the date where him and others of our bishops members of our church of Jesus Christ of latter days saints, were disponible and have time to do so, so after some time, our bishop (Mr. Fausto Ventura), stopped us when we just came out from the devotional service and were in our way to the sunday school, and told us that he wanted to talk to us, after, sunday school, and after, bible study, before we live, so after bible study we went to talk to him, and he told us that for how long we have been living together so we told him, and he asked us if we had sex, so we told him, and he told us that we need to get married so we stop living on sin, because the church, the twelve, the seventy, prophet Hinkley and our mormon plates don't permit us to live like that, so **my** ex-wife told him that I was consenting to get married so he told me that I must be blind if I don't, so he told me to go and get a marriage license in order for him to marry us, so I told him that probably I have a warrant for my arrest because I have a (D.U.I.) driving under the influence over in Provo Utah, and I'm explained to him how it happened and how we met so he told me that as a **member** of the church of Jesus Christ of latter days

( please turn this form to page number thirteen )

DECEMBER

( NATASH KINSKY LOVES, NATALIE AMBRUGLIA )
( PAGE NUMBER FOURTEEN OR 34 PAGES )

S SAINTS I NEED TO FIX THAT PROBLEM BEFORE I GET MARRIED, SO WE WENT BACK HOME AND I TOLD MY EX-WIFE IF SHE WOULD WAIT FOR ME BECAUSE PROBABLY THE JUDGE WILL GAVE ME TIME FOR NOT PAID THE D.U.I. ( DRIVING UNDER THE INFLU ENCE ), COMPLETELY, AND SHE TOLD ME THAT SHE WILL WAIT ONLY IF THE JUDGE LET HER GO TO VISIT ME, SO I TOLD HER I GUESS THEY GAVE YOU VISIT I HAVE NEVER BEING IN JAIL BEFORE, SO I CALLED TO THE COURT ON PROVO UTAH BUT ONLY AN ANSWER MACHINE ANSWERED SO I LEFT THE MESSAGE, BUT THEY NEVER ANSWER, SO I WENT AGAIN TO THE POLICE STATION ON LOGAN UTAH, TO TURN MYSELF ON AND TO ASK THE POLICE IF THEY CAN LOCKED ME IN WITH MY WHEEL CHAIR AND METTALLIC BOOTS, BUT THE POLICE TOLD ME THAT THEY REMEMBER ME AND I'M STILL NOT HAVING A WARRANT ON THAT COUNTY THAT I NEED TO GO TO PROVO UTAH, TO TALK TO THE JUDGE OR TO TURN MYSELF ON BECAUSE OF MY CONDITION THE JUDGE WILL UNDERSTAND AND MADBE GIVE ME A SECOND CHANCE AS THEY SAW ME WEARING THE METTALLIC BOOTS, AND SITTING N MY WHEELCHAIR AND THE WOUNDS ON MY FOREFRONT, AND BRUISED SWALLOWED HANDS AN
AR S AND I SHOWED TO THEM MY NECK AND CHEST AND BACK, SO THEY TOLD ME TO GO TO ALK TO THE HONORABLE JUDGE IN PROVO UTAH, AND THAT HE WILL UNDERSTAND ESPECIALLY ECAUSE I WAS THE VICTIM OF THAT HIT AND RUN, SO WE WENT BACK TO HOME AD AFTER DAYS WE CALLED AGAIN TO PROVO UTAH COURT, BUT AGAIN ONLY THE AN WER MACHINE ANSWERED, SO MY EX-WIFE BEGUN TO FELT UNSECURE AND NON CONFIDENT HAT THE JUDGE WILL GAVE ME ANOTHER CHANCE OR IF THE JUDGE GAVE IT TO ME, THE IN MIGRATION AND NATURALISATION SERVICES, ( I.N.S ), WILL ABORT ME, THAT WE SHALL GET MA EN FIRST THAT WE ALREADY KNOW THAT I HAVE NOT WARRANT ON LOGAN UTAH, THAT I SURELY CAN GET A MARRIAGE LICENSE WITHOUT BEING ARRESTED, SO I TOLD HER THAT OF COU SE WE COULD DO THAT, AND ON SUNDAY AT CHURCH I TALKED TO OUR BISHOP AND HE TOLD S THAT HIS FRIEND OVER IN IDAHO STATE WAS READY TO MARRY US SOON AS WE GET IE MARRIAGE LICENSE, SO I TOLD HIM ABOUT WHAT HAPPENED AT THE COURT AND POLICE TATION, AND I TOLD HIM THAT I WILL GO TO PROVO UTAH TO TURN MYSELF ON,

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

AND HE TOLD ME THAT IT WAS THE BEST THING TO DO, SO I TOLD HIM THAT AS THEY WERE GOING TO MARRY US ON IDAHO STATE THAT I CAN OBTAIN THE MARRIAGE LICENSE OVER IN IDAHO STATE, WHERE I HAVE NOT TROUBLE AND THAT WAY WE STOP LIVING ON SIN A D MY EX-WIFE CAN HAD A VISA TO ME ON PROVO UTAH JAIL, AS MY WIFE AND HE CAN HAVE A MARITAL VISA, WHICH ARE NOT IF IT IS POSSIBLE BECAUSE I HAVE NEVER BEEN IN JAIL BEFORE, SO HE AGREE SO WE WENT TO PRESTON IDAHO, ONLY TEN MINUTES FAR AWAY FROM SMITHFIELD (LOGAN UTAH), WHERE WE WERE LIVING AND WE OBTAINED THE MARRIAGE LICENSE, AND NEXT SUNDAY WE WENT TO OUR REGULAR SERVICE AT CHURCH, AND SOON AS BIBLE SCHOOL FINISHED, OUR BISHOP CALLED US AND TOLD US WHAT WAS GO ING ON WITH THE MARRIAGE LICENSE SO WE TOLD HIM THAT WE ALREADY MARRIT, SO HE TOLD US TO GO GET IT BECAUSE HIS FRIEND WAS WAITING OVER IN IDAHO AT ANOTHER OF OUR LATTER DAYS SAINTS CHURCH FOR US IN ORDER TO GET MARRIED SO WE TOLD HIM THAT IT WAS IN HIS CAR, SO WE WENT TO THIS SMALL TOWN IN IDAHO AND WE GOT MARRI D, IN ONE OF OUR CHURCHES OF JESUS CHRIST OR LATTER DAYS SAINTS, SO I CALLED ONCE AGAIN TO PROVO UTAH COURT, AND THE ANSWER MACHINE ANSWERED AGAIN SO THIS TIME MY EX-WIFE LEFT A MESSAGE BECAUSE OF HER FLUENTLY ENGLISH SPEAKING, BUT FIRST I WILL WRITTE DOWN ███████ THE TOTAL FINES AND ASSESMENTS WHICH ARE #

13/04/97, NOTES: CREATE TRUST A /R #01 RESTITUTION, 150.00.

13/04/97, NOTES: DEF TO PAY FINE AND FEES OF $1862 IN EQUAL MONTHLY PAYTS OF $182.00

13/04/97, BEGINING 04/04/97, AND CONTINUING EACH MONTH THEREAFTER UNTIL PAID.

13/04/97, NOTES: IN FULL ON 02/04/98, DEF. IS TO REPORT TO USCDMS AND COMPLY AND█

13/04/97, NOTES: ALCOHOL EVALUATION WITHIN 10 DAYS, DEF. IS TO COMPLETE AND.

13/04/97, NOTES: RECOMMENDED CLASSES AND PROVIDE PROOF TO THE COURT OF SAME DEF.

13/04/97, NOTES: TO SERVE 2 DAYS JAIL BEGINING NOW, DEF. MAY SERVE 210 HOURS ACS.

13/04/97, NOTES: IN LIEU OF FINE BY 02/04/98, DEF. TO BE GIVEN CREDIT FOR TIME.

13/04/97, NOTES: SERVED SINCE ARREST.

SO THE HONORABLE COURT OVER IN PROVO UTAH, DON'T ANSWERED, SO DAYS AFTER WE CALLED AGAIN ON (09/29/98), SEPTEMBER TWENTY NINE OF NINETEEN NINETY EIGHT, BUT NOT ANSWER SO MY EX-WIFE DROVE ME OVER TO THE HONORABLE COURT IN PROVO UTAH, IN OR DER FOR ME TO TURN MYSELF ON, SO FIRST WE WENT TO PROVO POLICE DEPARTMENT ON THE

(PLEASE TURN THIS FORM TO PAGE NUMBER FOURTEEN)

( O'TOOLE ANNETTE LOVES OZZY OZBOURNE )
( PAGE NUMBER FIRTEEN OF 34 PAGES )

#15
3

MAIN STREET, BUT THEY TOLD ME THAT I DON'T HAVE ANY WARRANT THERE THAT I NEED TO
CALL TO THE COURT, SO THEY GAVE ME THE PHONE NUMBER AND I CALLED THEM AND BECAUS
E WE WENT FROM LOGAN UTAH, THEY MAKE THE APPOINTMENT RIGHT AWAY, SO WE
WENT TO THE COURT AND WHILE WE WERE ON THE COURT BUILDING, WAITING FOR THE
JUDGE TO CALL ME TO HIS PRESENCE, WHILE I WAS SITTING ON MY WHEELCHAIR THE
SAME DETECTIVE WHOM ARRESTED ME, CAME TO ME ASKING ME IF I REMEMBER HIM
SO I TOLD HIM YES I AM REMEMBER YOU AND HE ASKED ME MY COMPLETE NAME ONCE
AGAIN, SO I GAVE IT TO HIM ONCE AGAIN, AND ASKED ME IF I HAVE BEEN IN JAIL ON THE
YEAR BEFORE OF 1997, AND ON THAT SAME YEAR OF 1998, SO I TOLD HIM I DON'T AND
HE OPENED A FOLDER AND SAW A PHOTOLINE UP OF THREE PEOPLE WHOM HAVE A WARRANT
FOR ROBBERY OVER IN PROVO UTAH, AND THERE, WHOM HAVE THE SAME COMPLETE NA
ME, SO HE TOLD ME IF I KNOW THEM OR IF I WAS RELATED TO THEM, AND I TOLD HIM
THAT I'M NOT RELATED TO THEM, BUT I KNOW THEM, AND THAT THEY WERE SOME PEOPLE
WHOM CONSIDER THEMSELVES GANGSTERS, SONS OF MEXICAN PEOPLE BUT BORN IN UNITED
STATES FROM CALIFORNIA, AND HE TOLD ME IF I GAVE MY NAME TO THEM, SO I TOLD HIM
I NEVER EVEN TALKED TO THEM, BUT MY ROOM MATE MS. VERONICA OCHOA, WHICH
WE LIVE TOGETHER AS A ROOM MATES ON 780 SOUTH, 650 WEST, PROVO UTAH, APT# 256, 84601,
GAVE IT MY NAME TO THEM AS WAS ONE OF THEIR CALLED HOMEGIRLS, SO THEY CAN DO
EVIL THINGS AND USE MY NAME, SO THE HONORABLE DETECTIVE ASKED ME IF I KNOW WHERE
THEY WERE AT THE TIME, SO I TOLD HIM, MS. VERONICA OCHOA, GOT INTO A RELATIONSHIP WE
IN ONE OF THEM, AND ALL OF THEM MOVED OVER TO ATLANTA GEORGIA TO WORK FOR MR.
IANUEL OCHOA, ON A PLANT DESIGNATED TO ARM CARS, SO HE TOLD ME THANK'S AND
ASKED ME WHAT HAPPENED TO ME, SO I TOLD HIM THAT I WAS VICTIM OF A HIT AND RUN
AND I EXPLAINED EVERYTHING TO HIM, AND HE TOLD ME THAT THE JUDGE WAS A GOOD
PERSON THAT IT WILL CONSIDER MY DISABLED, HURTED AND DAMAGED PARTS OF MY
BODY AND MY ECONOMIC SITUATION AND TOLD ME THAT I WAS DOING THE RIGHT
THING BY TURNING MYSELF ON, SO THE HONORABLE JUDGE CALLED ME, AND FIRST I

( PLEASE TURN THIS PAGE TO THE OTHER SIDE )

THOUGHT THAT I WILL FIND OUT IF THE HONORABLE JUDGE WAS, BEING WARNING, BUT NOT IT WASN'T HIM, IT WAS A BEAUTIFUL LADY JUDGE, SO I TOLD HER THE REASONS WHY I HAVE TO MOVE TO LOGAN UTAH IN ORDER TO GET MARRIED WITH MY EX-WIFE MS. ANNETTE WRIGHT, BEFORE I WAS VICTIM OF THAT NASTY HIT AND RUN, AND I TOLD HER HOW I WAS TRYING TO GET REMOVED MY COMMUNITY SERVICE HOURS OVER TO LOGAN UTAH AT THE DESERET IND USTRIES, AND SHE SAW MY WHEELCHAIR, AND THE METTALLIC WALKER AND THE METTALLIC BOOTS THAT I WAS WEARING AND TOLD ME HOW IT HAPPENED, SO I TOLD HER HOW I WAS HITTING BY A CAR LEAVING ME BEHIND **DEAD** ACCORDING TO THE DOCTORS AND NURSES AT THE MCHANDLEE HOSPITAL AND DISABLED, HURTED AND DAMAGED OF SOME PARTS OF MY BODY, AND THE DRIVER RUN AWAY FROM THE SCENE BUT THE HONORABLE POLICE FORCE STOPPED HIM, SO SHE TOLD ME THAT FOR BEING HONEST AND FOR TURN MYSELF ON SHE CONSIDER IT AND ALSO FOR BEING JUST MARRIED, SHE TOLD ME THAT SHE WILL GIVE ME ANOTH R CHANCE, THAT THIS TIME I NEED TO PAY $100.00, ONE HUNDRED DOLLARS A MONTH, SO I TOLD HER THAT I HAVE NOT MONEY OR JOB AT THE TIME, AND THAT I CANNOT WORK AT THE TIME DUE TO MY DISABLED, HURTED AND DAMAGED BODY, AND SHE TOLD ME THAT SHE UNDERSTAND, SO I TOLD HER PLEASE LET ME GET OUT OF YOUR OFFICE AND CALL MY EX-WI FE, SO SHE TOLD ME TO GO AHEAD, SO I CALLED MY EX-WIFE AND I TOLD HER THAT I NEED TO MAKE PAYMENTS OF $100.00 ONE HUNDRED DOLLARS, AND THAT WAS THE HON ORABLE JUDGE WILL NOT LOCKED ME UP, SO THE JUDGE TOLD ME THAT I CAN MAKE MOR E **EASY** PAYMENTS DUE TO MY DISABLED, HURTED AND DAMAGED PARTS OF MY BODY, SO I TALKED TO MY EX-WIFE AND WE AGREE TO PAY $100.00, ONE HUNDRED DOLLARS A MONTH, AS MY EX-WIFE TOLD ME THAT WAY WE'LL BE TOGETHER, FOREVERMORE WITHOUT BEING AFRAID TO BE TAKEN AWAY FROM HER, SO I TOLD THE HONORABLE JUDGE THAT ALSO I HAVE COMPLETED SOME HOURS OF COMMUNITY SERVICE, AND THAT BECAUSE OF MY HURTED DISABLED AND DAMAGED PARTS OF MY BODY, AND MY IMPOSSIBILITY OF WORK OR GET A NORMAL JOB, I WAS GIVEN SERVICE ON MY WHEELCHAIR TO ONE OF OUR CHURCHS TO LES OVER IN LOGAN UTAH, AS FOR THE BISHOPS **STOREHOUSE**, SO SHE TOLD ME THAT IT WAS GOOD BUT SHE NEED TO SEE HOW MANY HOURS I HAVE WORKED AND COMPLETED AND I TOLD HER HOW I MET MY EX-WIFE WHILE PASSING MY COMMUNITY SERVICE OVER AT THE DESERET INDUSTRIES STORE, WHERE SHE USED TO WORK, AND HOW WE ENDED

( PLEASE TURN PAGE TO PAGE NUMBER FIFTEEN )

DECEMBER HOUR ON 2007)
( PAULEN PERRET LOVES, PHIL COLLINS )
( PAGE NUMBER SIXTEEN OF 34 PAGES )

12/04/2007

#16

GETTING MARRIED SO THE HONORABLE JUDGE, MAKE AN APPOINTMENT FOR A COLLECTION HEAR
ING ON OCTOBER SIX OF 1998, (10/06/1998), SO WE WENT AND I SHOWED TO HER THE
HOURS THAT I HAVE COMPLETED AND WE AGREE TO PAY $100.600 DOLLARS ; ONE HUNDRED
DOLLARS A MONTH, SO WE LEFT BACK TO LOGAN UTAH, (AND BEFORE I CONTINUE I WILL
WROTTE IT DOWN THE INFORMATION OF THE CHARGES ; WHICH THE HONORABLE COURT OF THE 4TH
FOURTH DISTRICT COURT OVER IN PROVO UTAH, FINALLY SEND IT TO ME ON 01/14/2007, AT 06:
54:17, FOR LEGAL PURPOSES AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT) WHICHS
JES ON PAGE NUMBER SIX #

.0/23/97, NOTE: WARRANT ENTERED ON: OCTOBER 23 1997, WARRANT NUMB, 971004277, CASH B
AIL ONLY, BAIL AMOUNT: $ 1862.00.

0/23/97, WARRANT ISSUED ON: OCTOBER 23, 1997, WARRANT NUMB 971004277, CASH BAIL ON
LY, BAIL AMOUNT : $ 1862.00., JUDGE: RAD HARDING , ISSUE REASON: THE DEFEN
DANT FAILED TO COMPLY WITH THE COURT'S ORDER.

6/23/97, NOTE: ADDED WARRANT FEE TO CHARGE LIST.

5/15/98, JUDGE ASSIGNMENT, ASSIGNED.

05/18/1998, JUDGE, BURNINGHAM ASSIGNED.

09/29/98, NOTE: ANNETTE WRIGHT CALLED FOR DEFENDANT AND I RETURNED THE CALL THIS MOR
NING, NO ANSWER, NO MESSAGE.

09/29/98, NOTE: DEFENDANT MAY HAVE THE WARRANT RECALLED IF HE PAYS $500 AND MAN
AGREES TO PAY $100.00 PER MONTH.

9/29/98, NOTE: DEFENDANT CLAIMS TO HAVE COMPLETED SOME ACS HOURS IF PROOF IS PRE
SENTED, CREDIT THE AMOUNT OR THE FINE, DEFENDANT MAY APPEAR FOR A COLLECTION HEARING IF DESIRED.

9/29/98, REVIEW HEARING SCHEDULED ON OCTOBER 06, 1998 AT 10:00 AM, IN THIRD FLOOR, ROOM
309 WITH JUDGE PROTEM JUDGE.

)/06/98, WARRANT RECALLED ON : OCTOBER 06 1998 , WARRANT NUM: 971004277 RECALL REASON
: WARRANT RECALLED BECAUSE DEFENDANT APPEARED.

)/06/98, NOTE: DEFENDANT PRESENT FOR COLLECTION, HEARING, HE PROVIDED PROOF OF 271 HOURS OF ACS

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

nor credit of $1855.00, balance of $507, due at the rate of $100.00, per month begining, 10/31/98 and continuing by the end of each month until paid in full, so before I continue I will wrote it down to you one of the answers of the honorable fourth district court in provo utah, because as they finally answer is another of my letters, they send me another set of seven pages of the information of my charges on the (02/07/07,) february seven of 2007, at 14:55:07, which is the same information but as you notice now on the fines and assesments on 03/04/97, the honorable 4TH district court requested from me to serve two days in jail and to serve 210 HOURS of ACS, (community service), and as you notice now on the collection yearling they state that I have provided proof of 271 HOURS of ACS, (community service) for credit of $1355, and left a balance of $507,00, which are sixty one more hours of what I was supossed to work, well they send me an answer to my letters where requested to them to please verify my community service hours, because they said that I make sixty one more hours of what I was SUPPOSSED to do, so this s what they said on their response sent it to me on, (02/07/2007), february seven of 2007, Dear Mr. Mendez in response to your letter dated january 17, 2007, I a m enclosing a copy of the fourth district court of utah docket for your case, this docket tracks payments received by this court for your fine, unfortunately I cannot provide any further information, since the case was such a long time ago, I cannot verify your community service hours, due to the time frame of your case, nor can I forward the letter to Ms. Annette Wright, we are not mailing service and I am not authorized to deliver the mail for you, I hope the court docket sufficiently answers your questions regarding fine payments, I apologize that I cannot be of further assistance Best Wishes, Lilly Mott, Law clerk to Judge Anthony W. Schofield □ so on logan utah, we sent the first payment on november second of 1998, and the second payment on november thirty of 1998, of only $50.00 dollares, because money begun then and it was really hard so I talked to our stake president and to our bishop at the time, and they found me a sob at a bacharging meat on smithfield utah, where we used to live is at the exit of logan utah in your way to idaho state is, actually the last town of utah before entering to preston idaho, where we used

( PLEASE TURN THIS FORM TO PAGE NUMBER SIXTEEN )

TO LIVE AT THE GREENBRIER APARTMENTS, BEFORE WE MOVED TO 720 SOUTH, MAIN ST, APT. #5, LOGAN UTAH, 84321, BECAUSE OUR BISHOP OFFERED ME A JOB ON MAINTENANCE AT ONE SCHOOL, BUT AT THE TIME IT WAS SO HARD FOR ME TO EVEN TRY TO GET ON MY FEET, SO I TAKE THE JOB AT THE PACKAGING MEAT WITH ONE COWBOY MEMBER AND BROTHER OF OUR CHURCH OF JESUS CHRIST OF LATTER DAD SAINTS, MR. MONTE LUCHERIN 3, WHERE ALL I HAVE TO DO WAS WRAP MEAT, AND PACH SCRAP IN BAGS, FROM MY WHEELCHAIR OR SITTING ON MY WALKER, BUT I DON'T HAVE TO CARRY HEAVY THINGS OR DO HEAVY JOB, THE ONLY AND MOST HEAVY JOB WAS TO CUT OR SLICE BACON AND WE DRED, ESPECIALLY BECAUSE IT WAS ALMOST TWELVE HOURS A DAD, ON MY WHEELCHAIR OR IN MY WALKER, SITTING AND FOR TIMES ON MY FEET TRYING TO GET ON MY OWN FEET BUT IT WAS SO HARD AND PAINFUL, SO I WORK ONLY FOR TWO OR THREE WEEKS, AND EVERYBODY WAS GETTING READY FOR CHRISTMAS NIGHT, AND THE PAIN ON MY LEGS WAS INCREASING AND THAT NASTY FEELING OF MY LEGS FROSTING LIKE I'M STILL FEELING TODAD, AND ALL OF THO SE NASTY PSYMPTOMS, PAINS, AND INFLAMATIONS, THAT I'M STILL FEELING UNTIL TODAD ON THE SAME LEVEL OR WORST PAIN, AS YOU KNOW IT TOO ALL ABOUT IT SINCE WHEN I WAS OVER AT SUSSEX CORRECTIONAL INSTITUTION OVER IN GEORGETOWN DE, AND AS YOUR HONORABLE COURT KNOW IT TOO, HOW THE ONLY PAINKILLER THAT I CAN AFFORD WAS JACK DANIELS, OR BLACK VELVET, JIM BEAM, SEVEN SEAGRAMS, OR EVEN VODKA, EVEN THAT I DON'T USED TO DRINK THAT KIND OF STRONGH BEVERAGE, AS ALL I USED TO DRINK WERE BUDWIESER BEER JR CARIBE COOLERS, AT THE MOST ONE OR TWO GLASSES OF WISKY EVERY CHRISTMAS, BUT AS YOUR HONORABLE COURT KNOW IT TOO HOW THE BEER PRODUCED WORST FROSTEN FEELING IN MY LEGS AND REALLY NASTY PAIN ON MY BONES, AND REDUCE JUST A LITTLE THIS GO DAMN PAIN, AND CAUSE ME A LOT OF INFLAMATION IN ALL OF MY DISABLED, HURTED AND DAM GED PARTS OF MY BODY, SO ON THE SECOND WEEN OF WORK, I CALLED MY EX-WIFE TO GO FOR IL AT MY JOB AND PICH ME UP, BUT SHE DON'T WENT, SO I BEGUN TO RIDE ON MY WHEEL HAIR AND ONE GOOD HEARTED GENTLEMAN, I ASKED HIM FOR A RIDE AND WITHOUT HESITATION IL PICHED ME UP, AND DROVE ME TO MY HOME, AND SOON AS HE LEFT MY EX-WIFE

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

Home at me while I begun to ride my wheelchair on the entrance to our home that we used to share, so she told me that she fall asleep, so on the next weekend days, when she went to pick me up to my SOB, she told me that a STATE MARRIAGE counselor went to her SOB and talked to them about sexual HARRASSEMENT, so I told her that it was cool, and I'm asked her if anybody molested or bother her and she deny it, she told me that THE instructor of the sexual harrassement name was somebody called LU-ANN, or something like that, so on the next weekend ? on pay day, I called her to go pick me up and again, she don't answered and friends at work offered me a ride back home, so I don't accepted, I told them that I will call her again, so when I was ready to begin to ride my wheelchair she appeared telling me that she came out late from work, as I know it, and that somebody called her from work, and she had to get back and she just covere up, so I told her to give me a ride first to THE liquor store to buy my pay skillss for the weekend a couple paints of wishey or vodka, so we went and buy it and suddenly she begun to complaint to me that she need more money and that I should stop drinking wishey, that I can deal with the pain by my Balls with all the respect that you may deserve it, knowing that she used to buy for me of her money a paint of wishy for the pain on my disabled, hurted and damaged parts of my body, so when we were at home she told me that she is gonna go to the bagels store to get a bagel for herself ▓▓▓▓▓ with an a lot of an imorita upon myself more like an order, and I told her if she wanted me to go with her as we used to do it always, so she told me that not that she need to go by herself, so ▓▓▓ I told her to go that it wasn't a problem and I gave her more money that I have left gro n one week before so she can buy bagels for herself, as I told her just don't get angry at me, as she begun to be lately, when she lately begun to turn really angry at me when on the afternoons she told me that she got to go to her cousent Ms. Cindy Wright to her cousent's spa, so I told her to go, that it wasn't a problem just to go and have fun, so she left and I went outside of our home

( PLEASE TURN THIS FORM TO PAGE NUMBER SEVENTEEN)

DECEMBER FOUR OF 2007    12/04/2007

( ROSIE O'DONELL LOVES, ROY ORBISON )

( PAGE NUMBER EIGHTEEN OF 34 PAGES )

#18 / 3

ON MY WHEELCHAIR TO DROP THE BOX OF SHOES WITH SAND, WHERE OUR KITTEN CAT POOPS, ( DEFECATE ), AND I FOUND A SON OF OUR NEIGHBORS MR. ERNIE AND MS. FRANCES, TWO GOODHEARTED NATIVE AMERICAN PEOPLE FROM THE NAVAJO RESERVATION, AND HE ASKED ME HOW I WAS FEELING AND I TOLD HIM ALL RIGHT, SO I INVITE HIM A COLD BEER, AND HE ACCEPTED ALL I ASKED HIM IS NO TO TELL ANYBODY THAT I DRINK BEERS, TO KILL MY PAIN AND WISKEY TOO, BECAUSE I AM AN LATTER DAYS SAINTS, ( MORMON ) MEMBER, AND HE LAUGHED AND TOLD ME THAT WHAT WAS WRONGH ABOUT IT AND I TOLD HIM THAT THE CHURCH CAN INACTIVATED ME FOR TWO OR THREE WEEKS OR EVEN A MONTH, WITHOUT RECEIVING THE EUCHARISTA, ( THE BODY AND BLOOD OF CHRIST ), AND THAT I JUST GOT INVITED TO RECEIVE A SERVICE ON CHURCH, AS USED TO HELP TOO THE PRESIDENT OF THE QUORUM OF ELDERS, ON THEIR FISHING OR SOULS AND SPIRITS TO HELP PEOPLE AND GAVE THEM THE NEW LIFE THAT IS ON OUR ORD JESUS CHRIST, BY CONVERTING THEM INTO LATTER DAYS SAINTS, ( MORMONS ), SO HE TOLD ME THAT IT WASN'T A PROBLEM THAT HE WILL NOT SAY NOTHING SO HE ASKED ME ABOUT SOME MUSIC TAPES THAT HE HAVE HEARD AND ASKED ME IF HAVE THE LATEST TAPES AT THE TIME OF METTALICA, THE VERBE, MOTLEY CRÜE, BILLY IDOL, NATALIE IMBRUGLIA, CHUCK CHEERS, AND OTHER BANDS OF ROCK AND ROLL, SO WE TURNED THE TELEVISION ON TO WATCH DARIA MONGER DOTTER, AND BEAVIS AND BUTTHEAD, ON MTV CHANNEL, AND HE ASKED ME ABOUT SOME BAGGY CLOTHES THAT I USED TO WEAR AND I SHOWED THAT CLOTHES TO HIM AND GAVE IT TO HIM, SOME SHIRTS, PANTS AND A BELT, THAT A FRIEND GAVE IT TO ME LONG TIME AGO, AS HE KNOWS THAT I WEAR ONLY JEANS AND JACKET LIKE A BIKER AND BLACK SHIRTS ONLY, SO I GAVE IT TO HIM, AND A COUPLE HATS ONE OF GUNS AND ROSES AND ONE OF METTALI A, ( ROCK AND ROLL BANDS ), SO AFTER LIKE TWO HOURS, WHEN OUR NEIGHBOR'S SON WAS READY TO LEAVE MY EX-WIFE COME BACK, AND SUE SAID GOOD EVENI G TO OUR NEIGHBOR, AND I TOLD HER WOW IT SEEMS LIKE YOU WENT TO A DATE

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

AND SHE TOLD ME DID I TAKE YOU SO LONG TO REPLY IT, SO I DIDN'T ANSWER
I THOUGH THAT SHE MAY BE SOCKING, SO OUR NEIGHBOR'S SON LEFT WITH THE
CLOTHES THAT I JUST GAVE IT TO HIM, AND SOME OF THE NEW TAPES THAT I BOY
IT LATELY ON **SEATTLE** WASHINGTON BEFORE I WAS VICTIM OF THAT NASTY
HIT AND RUN, WHICH LEFT ME DISABLED, HURTED AND DAMAGED OF SOME PARTS OF
MY BODY AND WEARING THIS METTALLIC PINS, SCREWS AND METTALLIC PLATES THAT ARE
HOLDING MY BROKEN BONES FROM MY KNEES TO MY ANKLES ON BOTH LEGS, AS
YOUR HONORABLE COURT KNOW IT TOO, SINCE WHEN I WAS OVER AT SUSSEX CORRECT
IONAL INSTITUTION OVER IN GEORGETOWN DE., SO SHE TOOK A SIT ON THE COUCH AND
TOLD ME WHERE DID YOU GET MORE MONEY TO BUY THIS BEERS, AS ON THE NEXT BUIL
DING TO US IT WAS A SEVEN ELEVEN STORE AND FOR THE PAST TWO OR THREE MONTHS
THE LONG NECKS BUDWAISER WERE ON SPECIAL PRICE CHEAPER EVEN THAN CANS, SO
I BOUGHT SOME WITH THE MONEY THAT I WAS HIDING FROM MY EX-WIFE, ONCE
A WEEK LIKE SIXTY OR SEVENTY DOLLARS FOR WORK OVER UNTIL EIGHT A CLOCK
PREACHING BEACONS, AND SHE DOESN'T KNOW ABOUT THAT EXTRA INCOME, AND I WAS
SAVING IT TRYING TO BUY AT LEAST ONE BOX OF 30 PILLS OF THE MOST CHEAPER
PAINKILLERS, WHICH COST LIKE 400 OR 500 DOLLARS, SO I TOLD HER THAT OUR NEIGH
BOR BUDDY, SO SHE ASKED ME WHEN WE BOTH WERE SITTING, WHY YOU INVITED
HIM INTO OUR HOUSE, SO I TOLD HER, WE JUST HAVE A BEER AND I GAVE IT TO HIM TH
AT UGLY CLOTHES THAT ONE OF MY FRIENDS GAVE IT TO ME, WHICH LOOKS LIKE THOSE
YOUNG PEOPLE WHOM CLAIM TO BE GANGSTERS, BAGGY PANTS, SHIRTS, LONG BELTS
WHICH LOOK MORE LIKE AN INDIGENT VAGRANT WAIF OR SOMETHING LIKE THAT TH
AT OLD GUESS OF CLOTHES, SO SHE ASKED ME WHAT DID YOU ASKED ME ABOUT IF
I HAVE A DATE TODAY, SO I BEGAN TO SMILE AT HER AND SHE WAS LAUGHING ON A
WAY MORE OF A PROVOCATION THAN FUNNY, AS SHE DO IT ALWAYS WHEN SHE
WENT OUT WITH SUPPOSEDLY SOME GIRLFRIENDS FOR DINNERS OR WITH SUPPOSEDLY
GO OUT WITH SOME MEMBERS OF HER FAMILY TO A LOCAL RESTAURANTES LIKE MAC
DONALDS, BURGER KING, OLIVE GARDEN, RUBY TUESDAY, SIZZLER AND OTHERS, SO WE SAT
AND SHE WAS STARRING AT ME AND I DON'T PAY MIND TO WHAT SHE SAID AS JUST AS
ALWAYS WHEN SHE WANTED TO HAVE AN ARGUMENT THAT END IT ON MAKING LOVE OR

( PLEASE TURN THIS FORM TO PAGE NUMBER EIGHTEEN )

Just having-sex, so I went to the bathroom and she followed me, and I'm asked her what is going on; and she said Nothing I thought you notice it finally, laughing and with one expression of disapointment because I'm not realize it what she wanted me to realize as she always did at the time, so I asked to her what is going on Annette did you cheat on me with another man and she said finally you realize it, so I'm asked her once again, Annette did you really cheat on me with another man, told me the true BECAUSE I'm not play with that cheatting crap and she said yes, I'm sorry, please forgive me it was only one-time, and I told her what did you do that to me when I have not cheated on you, even that more than plenty of ladies provoked me to cheat on you even in front of you, as you have seen and I'm a painful man, to you and to our marriage and to our Deal and sealing with God, why did you do this to me and she said Because you don't care about me not more you don't buy me more Roses or presents, so I told her because I'm disabled, hurted and damaged of my body, I cannot work the way I used to work, as you know it too the misery that I can only make a week packaging meat, and she told me, looking at me like somebody were telling her what to say, it was not herself, as your honorable court know it too, since when I was ever at Sussex Correctional Institution, over in Georgetown De., so she told me's because you don't carry me not more in your ARMS inside to the stores, theatres, restaurants and wherever we go, all you do is open the doors of wherever we go, but is not the same, so I told her Annette you know it too that I barely can lift my God damn spoon to feed myself, and cook and wash clothes for both of us, gave a bath to Blondie, our terrier mix and to a coca the crazy one a kitten, and I'm asked her how many times did you have cheated on me but be honest, and she said since when we were living over in smithfield soon as we got married, so I told her so more than once

( Please turn this form to the other side )

AND SHE SAID YES, AND I TOLD HER I WORKING CAN THAT WITH ONE MISTAKE BUT NOT WITH A RELATIONSHIP, SO I ASKED HER DID YOU SWEAR TO GOD THAT YOU REALLY CHEAT ON ME AND SHE SAID YES I SWEAR TO GOD, AND I'M SORRY, SO I HIT OUR STEREO SPEAKERS AND TOOK A HAMMER AND HIT THE WALLS OF OUR HOUSE AND SHE CAME REALLY CLOSE TO ME LAUGHING, AND TOLD ME AGAIN YOU DON'T CARE NOT MORE ABOUT ME, AND WE REALLY CARE ABOUT ME, SO I BEGUN TO THROW BEERS ALL AROUND THE HOUSE EMPTY AND FULL AND SHE TOLD ME PLEASE DON'T TRY TO HURT ME AND I TOLD HER YOU KNOW IT THAT I WILL NEVER HURT YOU, BUT GAVE ME PLEASE OUR MARRIAGE LICENSE, AND SHE SAID FOR WHAT, WHY ARE YOU GOING TO DO WITH IT, SO I TOLD HER JUST GAVEIT TO ME, SO SHE SAID I WILL NOT GIVE IT TO YOU, SO I TOOK THE HAMMER AND HIT OUR BED ITO BOX TRYING TO OPEN IT AND GET THE MARRIAGE LICENSE TO DESTROY IT IS IST THE DEAL MAKED TO GOD ON THE FACES OF OUR LATTER DAYS SAINTS BISHOPS WHOM MARRIED US, AND SIGNED GOD'S DEAL WITH US AS A WITNESSES AND A SERVANTS OF GOD, SO I TOLD HER YOU ARE NOTHING BUT A SLUTTY WHORE, AND ON MY ANGER I TOLD HER AND YOU KNOW WHAT I'M GOING TO FUCK YOUR MOM AND YOUR SISTERS AND ALL OF OUR FRIENDS I'M GOING TO STICK MY DICK ON THEIR ASSES, ▓▓ (FORGIVE MY CURSING LANGUAGE HONORABLE MASTER, BUT AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT SINCE WHEN I WAS OVER AT SUSSEX COR ECTIONAL INSTITUTION OVER IN GEORGETOWN DE.) AND SHE TOLD ME PLEASE DON'T SAY THAT ABOUT MY MOM OR MY FAMILY THEY REALLY LOVED YOU, SO I TOLD HER TO HELL WITH LOVE, IT DOESN'T EXISTS, SO I'M ASKED HER CAN YOU PLEASE TA HE ME TO BUTTE MONTANA IN A RIDE, AND SHE SAY YES, AS I HAVE A FRIE ND OVER AT THE WALKERVILLE CROW RESERVATION, WHOM KNOWS MY EX-GIRLFRIEND ANNA, AN NATIVE AMERICAN CROW WOMAN, WHOM WE USED TO BE TOGETHER OVER ON CASPER WYOMING, BUT I DON'T TELL HER THIS, ALL I TOLD HER IS TO TAKE M E TO BUTTE MONTANA TO WILLY BROWN HOUSE, THAT I WILL BE WITH HIM ON HIS HOUSE, AND SHE SAID ALL RIGHT SO I'M ONLY TAKE SOME CLOTHES AND SOME SHOES, MY WALKER, MY CELLUAR, AND I WAS WEARING MY METTALIC BOOTS, SO SHE I JUMP ON THE CAR AS THIS TIME I DON'T OPENED THE DOOR

(PLEASE TURN THIS FORM TO PAGE NUMBER NINETEEN)

DECEMBER HOUR OF 2007    12/09/2007

( TAMMY WARNETTE LOVES TESLA )

( PAGE NUMBER TWENTY OF 34 PAGES )

#20

FOR HER. - SO WHEN WE WERE OUTSIDE OF LOGAN, **WHILE** DRIVING SHE WAS TELLING ME HOW HER LOVER TREAT HER LIKE I USED TO TREAT HER WHEN WE WERE DATING BEFORE WE GOT MARRIED, SO I TOLD HER DON'T WORRY I GUESS I CAN STILL SCREWING UP YOUR MOM IS NOT TOO OLD, AND SHE HAVE A BIG ASS, AND SHE BEGUN TO CRY AND THEN TOLD ME I NEED MONEY FOR **GASOLINE** AND OIL TO DROVE YOU UP ON BUTTE MONTANA, SO I TOLD HER I JUST GAVE YOU TODAY WHAT I MAKE WORKING THIS WEEK, SO SHE TOLD ME WITH WHAT MONEY YOU BUY THOSE BEERS, SO I LIE TO HER AGAIN BY TELLING HER THAT OUR NEIGHBOR WAS INVITED THOSE BEERS, SO SHE TOLD ME THAT **SHE** DON'T HAVE MONEY NOT MORE THAT SHE PAID SOME BILLS, PLUS SHE BUY IT AT THE BAGELS STORE, SO SHE TOLD ME THAT SHE WILL DROVE ME ON A GAS STATION AND THEN I WILL CAN ASK FOR A RIDE TO BUTTE MONTANA, SO I THOUGHT ABOUT IT, BUT I TOLD HER SO IT IS MORE EASY FOR YOU TO PUT **INSIDE** OF MY HOUSE YOUR LOVER, (AND IS LIKE SO IBONDS WAS TELLING HER WHAT TO SAY, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT SINCE WHEN I WAS OVER AT S.C.L, SUSSEX CORRECTIONAL INSTITUTION OVER IN GEORGETOWN DE.), SO **SHE** LAUGHED AND SAID IS MY **HOME TOO**, SO I TOLD HER BRING ME BACK HOME PLEASE NASTY SLUTTY WHORE SO SHE BOUGHT ME BACK HOME. AND I'M ASKED HER TO PLEASE TAKE ME TO THE **CHEVRON** GAS STATION TO BUY SOME COLD BEERS ON THE DRIVE IN, SO SHE TOOK ME AND WE BOUGHT THOSE BEERS, SO WE WENT BACK HOME, AND EVERY BEER THAT I DRINK I THREW IT ON THE FLOOR AND EVERYWHERE, SO SHE TOLD ME I'M SORRY COME ON LETS GO GET TO BED AND SLEEP IN A REALLY COLD BLOOD, SO I TOLD HER YOU GO I'M GO LATTER I'M PROBABLY SLEEP ON THE COUCH TONIGHT, SO SHE WENT ▬▬▬ TO BED AND COME BACK CRYING TOLD ME TO FORGIVE HER, AND I TOLD HER TO GO TO HELL, SO SHE WENT TO BED AND I REMEMBER I WAS WASHING A MOVIE ON T.N.T. CHANNEL AND ON THE COMMERCIALS CHANGED TO **VH1, VH2 AND MTV,** TO WATCH MUSIC VIDEOS, AND FINALLY I WENT TO BED, AND NEXT DAY I WOKE UP AND SHE WASN'T ON

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

bed, so I thought that she was with her lover, but when I was on my way to take a shower I saw her on the couch with Blondie our terrier Max, and covering herself with an sleeping bag, blue, so I told her Ain you sleep here and she said yes, I was afraid of you, so I told her you know better what you have done to me, to our church and to God, you think is something funny, can you please give me a ride by the college where you work, I'm gonna buy a beer, I'm really thirsty, so she said yes so in our way to the college I was listening on the stereo to this tape of Metallica singing a cover of Bob Segar, called Turn the page, a history of a prostitute, stripper and dancer and I told her check it up is your song and she begun to cry and throw my new tape out of the car's window so I don't complained, so we went to the store and I went inside and I told her to wait for me so when I came out without my walker or my wheelchair just wearing my mettallic boots, she left, so I begun to walk and it was winter time on Logan Utah the snow was at the time like three or four pieces deep, so I was walking on pain on all of my disabled, hurted and damaged parts of my body, and with my buttocks wet for sittin' j every twenty or twenty five steps on the snow or frozen places because of the pain, on my disabled hurted and damaged parts of my body, so I turn into the garbage the beer without opener, and two cigarettes that I have on my back left, so after like three or four and a half hours walking I finally makeit home. So when I makeit home our neighbor Mr. Ernie was outside, so he asked me where is your wheelchair or your thing that you use to help you walk, (my walker) and why are you so wet, so I told him what happen en and I asked him if I can borrow from him some money, so he told me of course, so he offered me how much just under one thousand dollars, so I asked him for only twenty dollars so soon as he gave it to me, two police units came to my house and asked us whom was Mr. Ivan Mendez, so I told him is myself, so he told me Ms. Annette Wright, told us that you were acting like crazy last night, so our neighbor Mr. Ernie, asked me if I'll bedall right

( please turn this form to page number twenty )

DECEMBER 4OUR OF 2007

(URSULA PRESLEY LOVES, U2
PAGE NUMBER TWENTY ONE OF 34 PAGES)

SO I TOLD HIM YES, SO HE WENT INSIDE HIS HOME SO THE HONORABLE POLICE OFFIC
ERS ASKED ME WHAT HAPPENED) SO I TOLD THEM THE TRUTH SHE CHEATED ON ME
AND BEGUN TO HAVE A RELATIONSHIP WITH ANOTHER MAN SOON AS WE GOT MARRIED
SO THE POLICE OFFICERS TOLD ME, WE KNOW IT TOO ABOUT IT, SHE TOLD TO HER CO
UNSELOR, SO I'M ASKED THE OFFICER IS THAT A COUNSELOR FROM SCHOOL WHERE SHE
WORKS AND THEY SAID NOT IS A STATE COUNSELOR FOR PROBLEMS LIKE THE ONE
BOTH OF YOU HAVE, AND THEY ASKED ME IF IT WAS POSSIBLE FOR ME TO LET THEM
GO INSIDE OF MY HOUSE AND CHECK THE DISORDER AND DAMAGES CAUSED TO THE
PROPERTY, SO I TOLD THEM GO AHEAD YOU ARE SO WELCOME, SO I OPENED THE
DOOR AND THEY ASKED ME IF IT WAS OKAY FOR ME TO LET THEM TAKE PICTURES
SO I TOLD THEM YOU WELCOME TO DO WHAT YOU NEED TO DO, AND SOON AS
THEY WENT INSIDE THEY BEGAN TO LAUGH BECAUSE OF THE EMPTY BOTTLES OF
BEER EVERY WHERE ON THE HOUSE, AND THEY ASKED ME WE KNOW THAT YOU HA
E HIT THE WALLS SOMEWHERE, SO I SHOWED TO THEM, AND THEY WERE LAUGHI
NG SAYING WHERE ARE THE BIG HOLES ON THE WALLS THAT YOU MAKE IT, SO
I TOLD THEM THIS ARE THE ONLY PLACES I HIT THE WALLS, AND IT WAS WITH A
HAMMER AS YOU CAN SEE IT MY SWOLLEN ARMS AND HANDS WITH BRUISES, SO THEY
TOLD ME THAT IS ALL YOU HIT IT WITH THE HAMMER, SO I SHOWED TO THEM THE
SECURITY BOX AND THEY WERE LAUGHING BECAUSE MY EX-WIFE TOLD THEM THAT
I COMPLETELY DESTROY IT THAT BOX, SO THEY LEFT AND I'M ASKED THEM DID
I AM UNDER ARREST AND THEY TOLD ME NOT YOU DON'T, SO I'M ASKED THEM WHERE
S MY WIFE AND THEY TOLD ME WITH HER COUNSELOR, SHE WILL BE BACK SOON, BESIDES
YOU ARE NOT A TROUBLEMAKER ARE YOU, SO I TOLD THEM NOT I'M NOT, AND THEY ASKED
ME HAVE YOU EVER BEEN IN PRISON, SO I TOLD THEM ONLY FOR A D.W.I AND FOR
OPEN CONTAINERS ONE OR TWO TIMES FOR ONE OR TWO DADS, SO THEY LEFT, AND AS
YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SO MY EX-WIFE CALLED ME FOR
HONE, AS HER COUNSELOR SENT HER TO OUR CHURCH BISHOP HOUSE, SO SHE CALLED ME FROM

(PLEASE TURN THIS FORM TO THE OTHER SIDE)

HIS HOUSE AS I CALLED HIM ON THE PHONE 1-31, LSMONT WAS CALLING AND I WAS FROM OUR BISHOP'S HOUSE, SO I'M ANSWER AND THE TOLD ME THAT IF I WAS OK IS AND I TOLD HIM I GUESS, WHAT IS GOING ON, AND HE TOLD ME WE HAVE A NEW JOB FOR YOU, DON'T GIVE UP, BUT FIRST TELL ME WHAT IS GOING ON WITH YOUR WIFE SO I TOLD HIM, SHE IS NOTHING BUT A HORNY, SLUTTY WHORE, AND HE TOLD ME WHY DID YOU SAID THAT, GOD NOT LIKE YOU TO TREAT ANYONE OF HIS CHILDREN LIKE THAT SO I TOLD HIM SHE CHEAT ON ME WITH ANOTHER MAN, AND SHE IS INTO A RELATIONSHIP WITH HIM SOON AS WE GOT MARRIED, SHE IS NOTHING BUT A HORNY WHORE, SO HE TOLD ME, SHE IS RIGHT HERE WITH A COUNSELOR AND SHE SAID THAT SHE SAID THAT TO YOU BECAUSE YOU WERE TRYING TO HIT HER WITH A HAMMER, AND I TOLD HIM THAT IS A LIE, PERHAPS THE COPS JUST LEFT HERE, THEY TOOK PICTURES OF ALL THIS HOUSE, SO I HEARD HIM TELLING MY EX-WIFE AND HER COUNSELOR, THEY ALREADY WERE HERE, AND I TOLD HIM SHE SAID THAT NOW BECAUSE SHE DON'T WANT TO BE INACTIVATED FROM CHURCH BECAUSE SHE COMMITED SIN (ADULTERY), BUT ASK HER TO TELL YOU HOW SHE SAID THAT HER LOVER TREAT HER LIKE A QUEEN, AND CARRY HER EVERYWHERE AND BUY HER ROSES AND EVERYTHING THAT SHE WANTED AS I USED TO DO AND TREAT HER BEFORE I WAS VICTIM OF THAT NASTY HIT AND RUN WHICH LEFT ME DISABLED, HURT AND DAMAGED OF SOME PARTS OF MY BODY, AND I HEAR MY EX-WIFE BEGUN TO CRY AND HE TOLD ME, SHE SAID THAT SHE KNOW THAT YOU HAVE NOT HEART TO HURT HER, AND I TOLD HIM THAT IS TRUE, BUT HE TOLD ME, BUT SHE IS NOW AFRAID THAT YOU MAY HURT HER, AND I TOLD HIM NOT I DON'T, AND I WILL NEVER TOUCH HER, AND HE TOLD ME SO SHE CAN COME BACK HOME AND EVERYTHING WILL BE THE SAME SO I TOLD HIM NEVER IS GONNA BE THE SAME, SO HE TOLD ME SO YOU ARE NOT GOING TO TRUST HER SO I TOLD HIM NEVER AGAIN, SO HE TOLD ME THEN YOU TWO SHOULD DIVORCE, SO I TOLD HIM IS UP TO HER, SO HE TOLD ME SHE WILL BE BACK TOMORROW WHEN SHE CALM DOWN, SHE WILL BE WITH HER COUNSELOR, AND AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT SINCE WHEN I WAS OVER AT SoCoL, OVER IN GEORGETOWN DE, SO SHE COME BACK NEXT DAY ON THE MORNING AND SHE BEGUN TO CRY AND TOLD ME I'M SORRY FOR WHAT I HAVE SAID, BUT IT WAS SUPERFICIAL TEARS IT WAS NOT HERSELF IT WAS LIKE SHE WERE UNDER COKE, CRANK OR

( PLEASE TURN THIS FORM TO PAGE NUMBER TWENTY ONE )

DECEMBER (OUR OF 2007)
(VANESSA ALLES LOVES VAN HALEN
  PAGE NUMBER TWENTY TWO OR 34 PAGES)

#22

SPEED AS YOUR HONORABLE COURT KNOW IT TOO. ALL ABOUT IT, SO ALL I'M ASKED
HER WAS FOR THE MARRIAGE LICENSE, AND SHE TOLD ME THAT HER COUNSELOR WAS IN ON
HER OFFICE, AND I'M ASKED HER WHO IS THIS COUNSELOR, AND SHE TOLD ME IS
A WHOMAN WHO WENT TO WORK TO TEACH US WHAT TO DO IF SOMEBODY SEXUALLY
HARRASSED US, SHE IS THE INSTRUCTOR OF THAT SEMINARY, AND I'M ASKED HER, SO WHERE
SHE LIVES AND SHE TOLD ME THAT SHE CANNOT TELL ME, AND I'M ASKED HER IS SHE
A WOMAN OR A MAN, AND SHE TOLD ME IS A WOMAN, SO I TOLD HER ARE YOU
SURE OR IS YOUR LOVER AND SHE BEGUN TO CRY AND TOLD ME ALL R-CAN TELLING YOU
S HER NAME, HER NAME IS LU-ANN, OR LOO ANNE, OR SOMETHING LIKE THAT, SO I
TOLD HER SO WHOM IS ZERAGETH OR ZEFFREN, OR WHO IS THAT NAME THAT YOU GA
HE ME TELLING ME THAT IS YOUR NEW BOYFRIEND, SO SHE TOLD ME IS A FRIEND AT W
RK, WHOM WORK IN MAINTENANCE TOO, AT THE COLLEGE WHERE I WORK, SO SHE TOLD
IS WHAT DO YOU WANT ME TO DO SO YOU CAN BELIEVE ME, SO I TOLD HER LETS GO
O ONE OF OUR CHURCHES OF JESUS CHRIST OF LATTER DAYS SAINTS AND SWEAR
TO GOD THAT YOU HAVE JUST MADE UP THAT THINGS, SO WE WENT TO TWO
R THREE BUT THERE WERE CLOSED, SO WE CALLED OUR BISHOP BUT HE WAS AT WOR
, SO SHE TOLD ME LET'S GO TO THE CATHOLIC CHURCH AND I SWEAR TO GOD IN
THERE, AND I TOLD HER IS WORTHLESS, YOU DON'T BELIEVE ON CATHOLICISM, AND
I WAS LIKE SOMEBODY WAS TELLING HER WHAT TO SAY, AS YOUR HONORABLE
COURT KNOW IT TOO ALL ABOUT IT, SO I TOLD HER IF YOU THINK THAT HELP THEN LETS
GO SO WE WENT AND SHE SWEAR TO GOD, BUT I WAS NOT SATISFIED AS SHE
SWEAR TO GOD MORE THAN ONE TIME, EVEN FROM HER MOTHER'S LIFE AND FROM OUR
NEWBORN NIECE MICHAYLA, THAT SHE WAS INTO A RELATIONSHIP, WITH THAT MAN
MR. ZACHARY OR MR. ZEFFREN, AS YOUR HONORABLE COURT KNOW IT TOO HIS NAME
SINCE WHEN I WAS OVER AT SoCoL, IN GEORGETOWN DEO, SO WE WENT BACK HOM
AND SHE HAVE TO GO BACK TO HER COUNSELOR AND SLEEP ON A MOTEL, SO I TOLD
HER SO YOU HAVE MONEY AND SHE TOLD ME NOT BUT MY COUNSELOR PAID FOR
(PLEASE TURN THIS FORM TO THE OTHER SIDE)

1, SO I DON'T COMPLAINS, AND SHE CALLED OUR BISHOP WHOM TOLD ME THAT I WAS TRUE THAT SHE HAVE TO SPENT THE NIGHT ON A MOTEL, SO I TOLD HIM OUR ?, SO HE TOLD ME SOON AS THE PACKAGING WORK ENDIT I HAVE A NEW JOB FOR YOU ON YOUR WHEELCHAIR, IS A GOOD MONEY, SO I TELL HIM I WANT YOU SO SHE LEFT CRYING AND COME BACK NEXT DAY EARLY ON THE MORNING TO BOUGHT ME TO WORK AT THE PACKAGING WORK THAT I WAS WORKING OVER AT SMITHFIELD STAR, WITH MR. MONTE (VARDONA), SO BEFORE FRIDAY SHE WAS HOME AGAIN AND WAS DRINKING EVERYDAY A HALF PINT OF WISKY TO CONTROL A LITTLE BIT THE PAIN IN MY DISABLED, HURTED AND DAMAGED PARTS OF MY BODY, SO I GOT PAID AND I GIVE MONEY TO MY EX-WIFE AND BOUGHT A PAINT OF JACK DANIELS, AS IT WAS THE ONLY DRINK THAT CONTROLL MOST OF THE OTHER DRINKS A LITTLE OF MY PHYSICAL, EMOTIONAL SO PAIN, SO WE WENT HOME, AND IT WAS ONE OF THOSE ESPECIAL DAYS BECAUSE MY EX-WIFE COOK THAT TIME, WHILE I WENT OUTSIDE OF OUR HOME AND WASH HER CAR, AND I REMEMBER HOW OUR NEIGHBOR MR. ERNIE CAME TO ME AND TOLD ME THAT IF I WAS OKAY, AND I TOLD HIM YES, AND HE TOLD ME NOT TO WORRY, BECAUSE IT WAS ONE BEAUTIFUL LADY WORKING AS A CLERK AT A GAS STATION THAT WANTED TO MET ME, WHEN HE TOLD HER WHAT MY EX-WIFE DO TO ME, AND SHE WAS VICTIM OF HER EX-BOYFRIEND DO TO HER THE SAME, SO I TOLD HIM IF SHE WAS AN INDIAN NAVAJO PERSON, AND HE TOLD ME NOT IS A BEAUTIFUL COWGIRL, SO I KEPT WASHING MY EX-WIFE'S CAR, AND I WAS LISTENING TO THE STEREO NOT REALLY LOUD A TAPE OF METTALLICA, CALLED MASTER OF PUPPETS, WHICH MY NEIGHBOR'S SON LOVE THAT TAPE AND I WASN'T WEARING SHOES OR SHIRT, BECAUSE MY FEETS, TOES AND LEGS ARE DISABLED, HURTED AND DAMAGED, AND MY BAREFOOT FEET IF FELT MORE COMFORTABLE ON A SHOWER SHOES OR BAREFOOT, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, WHEN SUDDENLY TWO POLICE UNITS CAME FROM BEHIND AND I KEPT WASHING MY EX-WIFE'S CAR SO I THOUGHT THAT THE POLICE WERE TO MY NEIGHBOR'S HOUSE TO DEAL WITH HIM OR SOMETHING OR SOMEBODY WITH A WARRANT ON HIS HOUSE, BUT WHAT A BIG SURPRISE THAT THE POLICE CAME TO ARREST ME FOR WASHING MY EX-WIFE'S CAR, SO THE OFFICERS CALL ME DOWN AND TELL ME HELLO, SO I SAID HELLO BACK, AND ASKED ME WHAT ARE YOU DOING SO I TOLD THEM WASHING MY WIFE'S CAR, SO THEY TOLD ME ARE YOU DRINKING

( PLEASE TURN THIS FORM TO PAGE NUMBER TWENTY TWO )

DECEMBER FOUR OF 2007
( WALLA HAMILTON LOVES WHAM )
( PAGE NUMBER TWENTY THREE OF 34 PAGES )

#23
3

so I REPLIED YES, SO I TOLD THEM EXCUSE ME IF IS POSSIBLE FOR ME TO PUT MY HAND ON MY BACK POCKET, AND ONE OFFICER SAID YES, BUT THE OTHER FROM THE SECOND UNIT TOLD ME NOT, WAIT I NEED TO PUT THE HANDCUFFS ON YOU FOR PROTECTION FOR US, DID U IN MIND SR. SO I TOLD THEM OF COURSE NOT, SO I TURNED MYSELF AND PUT MY HANDS BEHIND IN MY BACK AND I TOLD THEM DO YOUR JOB, AND THEY BEGUN TO LAUGH AND SAID HE IS COOPERATING, SO AFTER HE PUT THE HANDCUFFS ON ME, HE ASKED ME WHAT IS WHAT YOU WANT FROM YOUR BACK POCKET, SO I TOLD HIM, I WAS TRYING TO GET A PINT OF JACK DANIELS FROM MY BACK POCKET, SO THEY ALL CAME NEAR TO SEE THE JACK DANIELS PA NT, AND LAUGHING THEY SAID WE DON'T SAW IT, SO WHERE ARE THE BEERS, SO I TOLD THEM, I DON'T DRINK BEERS, BECAUSE AFFECTS AND CAUSE PAIN TO ALL OF MY DISABLED, HUR EN AND DAMAGED PARTS OF MY BODY, SO I EXPLAINED TO THEM THAT I HAD BEEN VICTIM OF A HIT AND RUN, AND I SHOWED TO THEM THE SCARS, AND THEY BEGUN TO BE MORE CONSIDERATE, AND ASKED ME IF THE HANDCUFFS WEREN'T TOO TIGHT, AND I TOLD THEM THEY RE ALL RIGHT, SO I'm ASKED THEM SO WHAT IS THE PROBLEM OFFICERS AND THEY TOLD IT SOMEBODY REPORTED YOU THAT YOU WERE CAUSING TROUBLE OVER HERE WITH THE MUS = ALL LOUD AND DRINKING BEERS, SO I TOLD THEM EXCUSE ME OFFICER BUT IT SOUND TO OU A LOUD MUSIC, AND HE SAID I'm BARELY CAN HEARD IT, WHOM IS PLAYING SO TOLD HIM METALLICA, IS MASTER OF PUPPETS TAPE ARE NOT IF YOU HAVE HEARD IT BEF RE, AND THE OFFICER TOLD ME, NOT ONLY I HAVE HEARD IT I'm ALSO HAVE IT, SO I'm ASK HIM SO CAN YOU PLEASE TELL ME WHO REPORTED ME, AND THEY SAID WE CANNOT TELL OU, PERHAPS THE MUSIC IS NOT LOUD, AND YOU ARE NOT DRINKING BEERS OR CAUSING AN TROUBLE, BUT WE FOUND YOU ▪▪▪ CARRYING THIS WISHA, SO WE HAVE TO TAKE YOU J JAIL FOR THREE OR FOUR HOURS AND YOU'LL BE OUT, SO I TOLD THEM SO WHEN CAN GET OUT TONIGHT AND THEY SAID YES, AND YOU ALSO GOING TO HAVE THE CHANCE TO ACE YOUR ACCUSSOR, SO I TOLD THEM, WELL OFFICERS THEN LET'S GO, SO THEY ASKED I IF I NEED MY WHEELCHAIR TO MAKE IT TO THEIR POLICE UNIT SO I TOLD THEM NOT I I NEED IS SOMEBODY HOLD MY BY MY SHOULDER, SO TWO OF THEM HELPED ME AND
( PLEASE TURN THIS FORM TO THE OTHER SIDE )

-Told Them Also I Need my Boots and A shirt, so the Honorable Officer Told me no to worry, that he will take my Boots and my shirt for me, so they locked it on a small cell and took me out and take my fingerprints and Information and gave me a paper to present myself in court, so then locked me up again in that small cell, so I take a nap, and when it was already four hours I asked them, what time they were going to let me get out, so they told me to it soon, so they let me get out like two or three o'clock early on the morning, so I'm asked for my shoes and for my shirt and they told me that the officer don't bought nothing, so I asked that Beautiful officer, excuse me lady, there is no way or it is possible that one police officer may give me a ride to my home, Because I'm Disabled, hurted and damaged or some of its of my body, and I she told me I know it, But right now there are not units over here that can take you, or cover me if not I will take you to your home myself, you don't cause any trouble, so I told her, I appreciate your consideration, and I know that is too much abuse from my part but it is possible that you may let me make a local phone call, in order for me to tell my wife to come and pick me up, and that Beautiful lady told me, of course, Besides is not an abuse you have the right, so she told me can you please give me your phone number, so I gave it to her, But my ex-wife don't answered, so I told her thanks, I will try to walk even if it take me four or five hours to make it home, and that Beautiful lady told me I'm sorry that I cannot help, so I told her Don't worry, you don't have to apologize, my wife do this to me last week, so she told me to present myself in court, so I left walking barefoot, on the snow, and without shirt, and it was snowing, I was frozen myself, so I have to stop where I can cover myself from the snow to sitt Because of the nasty pain on all of my Disabled, hurted and damaged parts of my body, and it was so hard to be walking on the god damn snow supporting myself on the walls for my Disabled, hurted and damaged legs, and Back, it was so nasty, as your Honorable court know it too since when I was over at SoCal in Georgetown DC, so when

(Please Turn this form to page number Twenty three)

DECEMBER HOUR OF 2004
(X-LADIES LOVES   X-MAN
  PAGE NUMBER TWENTY FOUR OR 34 PAGES )

I FINALLY MADE IT **HOME**, I KNOCK AT MY DOOR, BECAUSE MY WALLET AND MY KEYS HOLDER WERE LEFT INSIDE WHEN THE POLICE TOOK ME INTO CUSTODY, BUT NOBODY ANSWER, SO I KEPT KNOCKING AND STILL NOT ANSWER, SO AS I WAS ON MY PROPERTY I OPENED ONE OF MY WINDOWS USING A METAL BAR FROM **THE** GARBAGE, SO FINALLY I OPENED THE WINDOW AND I BEGUN TO WATCH TELEVISION, AS MY EX-WIFE WAS GONNE, SO IT WAS LIKE 9:00 OR 10:00 A:M, WHEN MY EX-WIFE COME BACK AND SHE DON'T EXPECTED TO FIND ME INSIDE OF MY HOUSE, AS SHE PUT SOME NAILS AND WOOD STICKS ON WINDOWS AND DOORS, SO I CANNOT COME INSIDE, SO SHE BEGUN TO CRY, AND I TOLD HER, WHERE DID YOU HAVE BEEN, SO SHE TOLD ME AT MY MOTHER'S HOUSE, SO I TOLD HER TELL ME THE TRUTH, YOU WERE AT YOUR LOVER'S HOUSE AND SHE SAID NOT I'M NOT, I KNOW THAT YOU AREN'T GOING TO BELIEVE ME, SO I'M ASKED HER DID YOU TOLD YOUR MOTHER, (MS NANCY REEVES), ABOUT OUR PROBLEMS AND SHE TOLD **ME** NOT I'M NOT, SO I'M ASKED HER SO WHY DID YOU PUT NAILS AND PIECES OF WOOD ON DOORS AND WINDOWS, KNOWING THAT MY KEYS WERE INSIDE AND KNOWING THAT I WILL COME BACK FROM JAIL AND I HAVE TO GO INSIDE OUR HOUSE, IF WE HAVE WENT TO OTHER PLACES AND WE NEVER CLOSED THE DOORS AND WINDOWS LIKE THAT, PERHAPS WHOM HELPED YOU TO NAIL AND CUT THIS PIECES OF WOOD, AND SHE TOLD ME MY MOM DID IT, AND WHY DID YOU DON'T BROUGHT MY BOOTS AND SHIRT TO THE POLICE STATION, AND **MY** WHEELCHAIR, AND SHE TOLD ME MY MOM DON'T LET ME DO THAT, SO I TOLD HER SO YOU REALLY TOLD TO YOUR MOM OF THIS TROUBLE AND SHE SAID YES, AND I'M ASKED HER WHAT TIME SHE CAME ALL THE WAY FROM PINKESE IDAHO, AND SHE TOLD ME SOON AS THE POLICE TOOK YOU TO JAIL, SO I'M ASKED HER, DOES SHE CAME WITH YOUR STEPFATHER MR. JAIM REEVES, AND SHE SAID YES, AND ALSO SHE BROUGHT FOR YOU MY MOTHER TWO PIECES OF BREAD, ONE BANANA BREAD, AND ONE ZUCCHINI BREAD, SO SHE SHOWED TO ME, SO SHE STAY WITH ME UNTIL THE AFTERNOON, LIKE NOTHING EVER HAPPENED, AND LIKE FOUR OR FOUR THIRTY ON THE AFTERNOON, SHE TOLD ME THAT SHE HAVE TO GET

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

BACK TO A PLACE TO MEET WITH HER COUNSELOR, MS. LU-NANN, OR (MRS. JANE DOE) SO I TOLD HER WHAT, AND SHE SAID I HAVE TO GO, SO I TOLD HER WILL YOU COME BACK TOMORROW AND SHE SAID YES, SO **SHE STAY** LIKE THAT FOR SOME DAYS AND ONE DAY SHE TOLD ME MY COUNSELOR SAID THAT I HAVE TO GO TO SLEEP OUT OF HERE AGAIN SO I TOLD HER GO, AND NEXT DAY SHE SAID TODAY I DON'T HAVE TO GO I GONNA STAY HOME NORMAL, SO I TOLD HER OKAY, SO THAT **MORNING** I ASKED HER SO WHERE YOU WENT TO SLEEP AND SHE TOLD ME AT A HOUSE OF ONE OF OUR CHURCH BISHOPS, AND SHE GAVE ME HIS NAME (MR. JOHN DOE) SO **SHE** TOLD ME DID YOU WANT TO TALK TO HIM AND ASK THAT I WAS **THERE** SO I TOLD HER NOT I TRUST ON YOU, SO WE WERE ON BED WHEN SUDDENLY SOMEBODY CALLED AND I'M ANSWER THE PHONE AND IT WAS HER MOM ASKING HER HOW SHE WAS DOING AND ASKING HER WHAT TIME SHE COME BACK HOME FROM WORK AND SHE SAID I JUST COME BACK, AND **MS. NANCY** REEVES, ASKED HER WHAT **YOU WERE** DOING LAST NIGHT AND SHE SAID I WAS AT A MOTEL, SO AFTER **SHE** FINISHED TALKING WITH HER MOM, I TOLD HER SO ONCE AGAIN YOU LIED TO ME YOU HAVE BEEN GOING TO FUCK WITH THAT SON OF A BITCH ALL THIS TIME (FORGIVE MY BAD LANGUAGE HONORABLE MASTER, BUT AS YOUR HONORABLE COURT KNOW IT TOO ALL OF THIS SINCE WHEN I WAS OVER AT SOCAL IN GEORGETOWN **DE.**), SO SHE TOLD ME NOT I DON'T AND BEGUN TO CRY, AND I TOLD HER, I'M LEAVING YOU I LOVE YOU, BUT I'M NOT AN STUPID, SO SHE BEGUN TO **BEG** ME PLEASE DON'T LIVE ME, SO I TOLD HER AND WHAT NE WITH A WHORE FOR THE REST OF MY LIFE AND SHE TOLD ME IVAN I CANNOT TELL YOU WHAT IS GOING ON, MY MOM DON'T LET ME DO THAT, SO I TOLD HER SO EV IN YOUR MOM OVER PROTECT YOU AS A WHORE, HOW HIPOCRIT BITCH, HOW WHEN WE GO TO VISIT HER OVER AT DINGREE IDAHO, SHE AND ALL OF YOUR FAMILY TREAT ME SO COOL AND EVERYTHING IS FAKE, SO SHE KEPT CRYING AND TOLD ME I'M SORRY BUT I **CAN** NOT TELL YOU WHAT IS GOING ON OR MY MOM IS GONNA GET MAD AT ME, SO I TOLD HER YOU AND MS. NANCY CAN GO TO HELL, SO SUDDENLY SOMEBODY CALLED AT THE PHONE SO SHE ANSWERED AND BEGUN TO TALK TO HER **FOR** PHONE, AND MY EX-WIFE TOLD TO THAT PERSON THAT I WAS READY TO **LEAVE**, SO SHE TOLD ME IS MY COUNSELOR (**JANE DOE**) MS. LU-ANN, OR SOMETHING LIKE THAT

( PLEASE TURN THIS FORM TO PAGE NUMBER TWENTY FOUR )

DECEMBER FOUR OF 2007
YIN YANG LOVES YES
PAGE NUMBER TWENTY FIVE OF 34 PAGES

#25

AND SHE WANTED TO TALK TO YOU, SO I TALK TO SUCH WOMAN, AND SHE ASKED ME WHY I WANTED TO LEAVE MY EX-WIFE AND I TOLD HER BECAUSE SHE IS CHEATING ON ME WITH ANOTHER MAN, SO YOU PLEASE STOP COVERING HER UP, AND SHE TOLD ME I DON'T COVERING HER UP, BUT IF YOU DON'T BELIEVE ON HER YOU BOTH SHOULD GET DIVORCE, SO I TOLD HER IS UP TO HER, AND YOU PLEASE STAY AWAY FROM OUR LIVES, AND SHE TOLD ME WHY ARE YOU LEAVING HER RIGHT NOW, SO I TOLD HER BECAUSE SHE TOLD ME THAT SHE HAS BEEN THIS PAST DAYS WITH YOU, UNTIL YESTERDAY, AND THAT TODAY SHE DON'T NEED TO GO BACK WITH YOU, SO MY EX-WIFE TRY TO STOP ME FOR KEEP TALKING WITH HER COUNSELOR, SO I WALKED OUT OF MY HOUSE AND HER COUNSELOR SAID YES SHE HAS BEEN WITH ME ALL THIS DAYS, SO I TOLD HER YESTERDAY TOO AND SHE SAID YES AND ALL OF THIS PAST DAYS SINCE YOU TWO ARE IN TROUBLE, SO I TOLD HER YOU SEE WHY I'M LEAVING HER BECAUSE YOU OVERPROTECT HER WHORE THING, AS SHE JUST TOLD ME THAT SHE OVERNIGHT AT A HOUSE OF ONE OF OUR BISHOPS FROM OUR CHURCHES (LATTER DAYS SAINTS), AND MS. NANCY REEVES, JUST CALLED AND ASKED HER WHERE SHE STAY LAST NIGHT AND SHE TOLD HER AT A MOTEL, SO AS YOU TOO SAME LIKE HER MOTHER OVERPROTECT HER GOD DAMN WHORE ASS, AND I TOLD HER PLEASE STAY AWAY FROM OUR LIVES, SO I GRABE THE PHONE TO MY EX-WIFE AND SHE TOLD HER SOME OTHER THINGS AND HANG THE PHONE WHILE I WAS SITTING AT MY BED, AND SHE CAME AND TOLD ME IVAN I'M SORRY BUT I CAN'T TELL YOU WHAT IS GOING ON, BUT PLEASE DON'T LEAVE ME, BECAUSE IF I LEAVE YOU MOM IS GONNA GET REALLY MAD, SO I TOLD HER ARE NOT WHY I DON'T GREW UP YOUR SISTER ▓ LORRAINE, (MS. LORRAINE WRIGHT), AS AT LEAST I CAN HAVE A FAMILY WITH HER, SO I BEGUN TO PUT SOME CLOTHES ON A BACK PACK AND SHE WAS CRYING TELLING ME NOT TO LEAVE HER, THAT SHE PROMISED HER MOM TO KEEP THE SECRET, SO I TOLD HER TELL MS. NANCY THAT I SAID GO TO HELL, AND THAT NOW I KNOW THE TRUTH WHY YOUR FATHER, (MR. FERRES WRIGHT) LEFT YOUR MOTHER, I'M PRETTY SURE THAT SHE DID IT THE SAME TO HIM, AS YOU HAVE

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

DONE TO ME, SO SHE TOLD ME WHAT DO YOU WANT ME TO DO SO YOU CAN BELIEVE ME, SO I TOLD HER KILL YOURSELF AND GET LOST, SO SHE WENT TO THE KITCHEN, AND WHE i I WAS PACKING SOME CLOTHES AND MY ZACKET, SHE CAME TO ME WITH HER WRIST SCRA CHED AND TRYING TO CUT HER VEINS, SO I TOLD HER   WHAT **DO YOU DO**, AND SHE SAID I'M KILLING MYSELF SO YOU BELIEVE ME, SO I TOLD HER ZUST TELL ME THE TRUTH WHAT IS GOING ON **BETWEEN** YOU AND MS. NANCY, **WHAT** IS THAT CHEATING SECRET, AND SHE TOLD ME I'M SORRY, BUT I CANNOT TELL YOU, **IF** I TELL YOU MOM IS GONNA GET REMAD, BE MAD MAD AND PROBABLY HURT ME, SO I TOLD HER THEN GO TO HELL AND WHILE SHE WENT TO THE BATHROOM, I TOOK MY BACK PACK AND ON MY WAY OUT I HAVE TO PASS IN FRONT OF THE BATHROOM, AND I SAW HER EMPTYING SOME BOTTLES OF PILLS, SO I TOOK THEM FROM HER, AND SUDDENLY THE PHONE RANG AGAIN, SO i GAVE IT TO HER AND I TOLD HER I DON'T WANT TO TALK TO THAT BITCH OF YOUR COUNSELOR AND IF IS FOR ME TELL THEM THAT I'M NOT **LIVING** HERE NOT MORE, SO SHE ANSWERED AND SHE WAS CRYING AND I PICK MY WALLET AND GAVE IT TO HER MY KEY OF THE HOUSE AND MY KEY OF HER CAR, AND SHE TOLD ME WAS MY MOM SHE IS COMMING TO SEE US, SO I TOLD HER I DON'T WANT TO SEE THAT GOD DAMN HIPOCRIT AND LIAR OF YOUR MOTHER, AND SHE CLAIM TO BE A FAITHFUL MEMBER OF THE LATTER DAY SAINTS CHURCH, AND IS WHAT SHE MAKE **PEOPLE** BELIEVE **ABOUT HER** OVER IN PINGREE IDAHO, SHE IS NOTHING BUT ONE HORNOY SLUT ZUST LIKE YOU, SO SHE KE P CRYING MORE HARDER TELLING ME I WANT TO DIE, SO I TOLD HER GO AHEAD, AND SHE TOLD ME WHERE DO YOU GO PLEASE DON'T LEAVE ME, STAY, SO I TOLD HER ALL RIGHT I'M STA D BUT GO WITH ME TO AT LEAST THE CATHOLIC CHURCH BEFORE YOUR MOTHER MAKE IT OVER HERE IS GONNA TAKE TWO OR TWO HOURS AND A HALF FOR HER TO MAKE IT OVER HERE FROM PINGREE IDAHO, SO SHE SAID I'M GOING TO SWEAR TO GOD **IF** I **DO** WHAT YOU WANT SO I TOLD HER IS NOT A BAD IDEA LET'S GO, SO **SHE** WENT **TO** GET HER CAR KEYS AND SHE WAS TALKING BY HERSELF, ZUST LIKE BEFORE, WHICH FREAK ME OUT AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT SINCE WHEN I WAS OVER AT SOCO L. N GEORGETOWN DEO, SO SHE COME **BACK** STILL TALKING BY HER OWN SAYING THAT NOT BELIEVE ME HE IS NOT GOING TO LEAVE ME, ALL RIGHT MOM I WILL **DON'T** SAID IT NO MORE, AND AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SO WE WENT

( PLEASE TURN THIS FORM TO PAGE NUMBER TWENTY FIVE )

DECEMBER FOUR 4, 2007

ZURY BLADEZ LOVES ZZ-TOP

PAGE NUMBER TWENTY SIX OF 34 PAGES

#26

TO THE CATHOLIC CHURCH, TELLING ME A LOT OF THINGS AND PROMISES, AND AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SO WHEN WE WERE IN FRONT OR THE CHURCH I TOLD HER GO TO HELL YOU AND MS. NANCY, EVIL MONSTER, AND SHE TOLD ME YOU ARE A DRUNKEN, SO I TOLD HER ME, MYSELF I HAVE EXCUSE BECAUSE OF MY DISABLED, HURTED AND DAMAGED PARTS OF MY BODY ARE ON PAIN, AND I CAN NOT AFFORD THE MEDICATION AS YOU KNOW IT, BUT WHAT EXCUSE DID YOU HAVE FOR BEING A WHORE, AND SHE TOLD ME I'M SORRY FOR WHAT HAVE CALLED YOU, BUT PLEASE DON'T LEAVE ME, SO I TOLD HER GO TO HELL AND I GET OUT FROM HER CAR, SO SHE BEGUN TO FOLLOW ME, AND I WENT INTO THE PARKING LOT OF THE CATHOLIC PRIEST HOUSE HINDING MYSELF FROM HER UNTIL SHE LEFT, SO IT TOOK ME TO WALK ALL OR THE WAY TO SMITH'S STORE WHERE I FOUND ONE GOOD HEARTED WHITE GENTLEMAN, AND I ASKED HIM FOR A RIDE TO THE SOCCER FIELD IN LOGAN UTAH, SO I'M EXPLAINED TO HIM WHAT HAPPENED AND HE DON'T GAVE ME A RIDE BUT GAVE ME SOME MONEY, AS IN LOGAN UTAH ALL THE BUSSES FARE IS FREE, SO FINALLY I MAKE IT TO THE SOCCER FIELD, AND I WAS LOOKING FOR A FRIEND WHEN I FOUND SOME OTHER AGRUDATION OR WHITE PEOPLE WHOM ASK ME IF I WAS ALL RIGHT BECAUSE OF MY PHYSICAL DAMAGES, AS THEY SAW ME WALKING REALLY SLOWLY AND IN PAIN AND LIKE FOUR OR FIVE STEPS AND STOP, SO I TOLD THEM WHAT HAPPENED AND THOSE GOOD HEARTED GENTLEMANS GAVE ME MORE MONEY AND ONE OF THEM GAVE ME A RIDE TO SALT LAKE CITY UTAH, WHEN I TOLD THEM THAT I NEED IT TO GO TO PROVO UTAH, SO SOON AS WE WERE IN SALT LAKE CITY, BEFORE THEY DROP ME, THEY GAVE ME MORE MONEY AND BOUGHT ME SOME MEXICAN FOOD AND SOME SODAS, SO I BEGUN TO WALK TO THE CENTER OR SALT LAKE, AND ANOTHER GOOD HEARTED WHITE MAN WAS EATTING AT THE MEXICAN RESTAURANT AND SOON AS HE SAW ME WALKING AND MY PHYSICAL CONDITION, HE OFFERED ME A RIDE, TELLING ME THAT HE CANNOT TAKE ME ALL THE WAY TO PROVO UTAH, BUT HE CAN TO THE BUS STATION, SO HE DROVE ME THERE AND GAVE ME MORE MONEY, SO I WAS WAITING FOR THE BUS AND I'M ASKED TO THIS BEAUTIFUL WHITE LADY THIS IS THE BUS STOP TO PROVO UTAH, BECAUSE THE MAN WHO DROVE ME HERE WASN'T REALLY SECURE IF THIS IS, AND THAT BEAUTIFUL LADY TOLD ME NOT IS NOT IS THE ONE ACCROSS THE STREET LIKE TWO BLOCKS BACK, SO SHE ASKED ME WHAT HAPPENED TO ME, SO I TOLD HER ABOUT BEING VICTIM OF A HIT AND RUN AND ABOUT MY EX-

(PLEASE TURN THIS FORM TO THE OTHER SIDE)

wife and that beautiful loving cheer me up, and confirm that I was looking for an

ian, and that I can find a beautiful lady for me not an slut, and she gave me some

more money, so finally I make it to the bus stop, and I took it to Provo Utah

in the local buses of the salt lake city, as it was more cheaper than the greyhound

so I fell asleep, and when I woke up I'm asked to a one spanish person if we

were already in Provo Utah, and she said yes, so I went out from the bus and the

us left me in Orem Utah, not in Provo Utah, so I walk like for hour or five

hours by the main street and by Provo River, because I have to make a lot of stops be

use of my physical condition, so finally I make it to my destination, which I make

I late as it was a birthday which I'm planned with my ex-wife to atend, like two

months before, so I see some people that I know and they seen me and we have some

beers, and I was so heart broken because of what my ex-wife did it to me, that I get de

ink and gave my mormon scriptures to one old friend, and I told them what happened

to my marriage and I was so in pain, physically, and heart broken that I shoot some

heroin on my veins, and next day as I slept with this people on their house (the

Ruoas family) next day I shoot some cocaine and more heroin, and drink beers,

nd visit old friends, smoke weed, and finally it was three days left for me to present

myself to the courts in Logan Utah, and I have not money to come back, so I went

to the Deseret Industries to talk with the bishop from another latter day saints churc

, and I'm confessed to him all my sins and what they were as using drugs, drinking

not only for the pain but trying to forget what my ex-wife did it to me, so he

told me why I don't went to talk to my bishop before I begun to drink the first si

t of whiskey, so the church can pay my medication, perhaps I was volunteering at the

bishop's storehouse in Logan on my wheelchair, and I told him, they helped me with some

food and they offered me also a job soon as I get rehabilitated and if I can walk again

strong enough to work and drive, and I felt that it was more then enough for me to ask

or those expensive painkillers and medication, and he told me that is more important and

s pricy the life of one of us members of the latter days saints church, and as your

honorable court know it too all about it since when I was over at SoCoLo in Georgi

own Deo, so I volunteer on the donations room, and he pay me my bus fare

back to Logan Utah, we do our prayer of comfort and strength, and he gave me new

DECEMBER FOUR OF 2007

AEROSMITH LOVES ZZ-TOP

#27

PAGE NUMBER TWENTY SEVEN OR 34 PAGES

SCRIPTURES ← (MORMON), SO NEXT DAY I WENT BACK TO LOGAN UTAH, AND I CALLED MY EX WIFE FROM THE FAIRGROUNDS PARK BEHIND THE ZOO ON LOGAN UTAH, SO SHE CAME AND I ASKED HER IF I CAN GO HOME AND TAKE A SHOWER, SO SHE TOLD ME CRYING OF COURSE, WHERE YOU HAVE BEEN, SO I TOLD HER OVER IN PROVO UTAH, I WISH THINGS WERE DIFFERENT AND I DON'T WANT TO LOOSE YOU, BUT IS BETTER FOR BOTH OF US TO SPLIT, SO SHE TOLD ME YOU HAVE ALREADY LOOSE IT ME, SO I WENT I TAKE A SHOWER, WE HAVE SEX, AND SHE TOLD ME TO STAY AND WATCH WITH HER A MOVIE WE WERE PLANING TO WATCH BEFORE OUR PROBLEM CA OF THE TEN COMMANDMENTS, SO WE WATCHED, I OVERNIGHT THERE, AND NEXT DAY, EARLY IN THE MORNING HER COUNSELOR CALLED HER AND ASKED HER IF I WAS THERE AND SHE SAID NOTHI S NOT HERE, AND SHE BEGUN TALKING BY THE PHONE AND ANSWERING TO THE BATHROOM DOOR ME SOMEONE WERE INSIDE OF THE BATHROOM AT THE SAME TIME, SO I WENT TO CHECK BUT NO I WAS NOT PEOPLE INSIDE, SO MY EX-WIFE TOLD ME YOU DON'T UNDERSTAND AND KEPT CRYING AND TOLD ME I GOT TO GO, MY COUNSELOR WANT ME TO STAY THE HELL OUT FROM YOU, AND YOU BETTER LEAVE BECAUSE SHE IS CALLING THE COPS AND THEY PROBABLY ARE ON THIS WAY, SO I ASKED HER FOR HER SLEEPING BAG, AND I LEFT, SO I WENT TO SLEEP AT THE FAIRGROUNDS, A YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SO FINALLY MY COURT HEARING CAME AND I WENT TO PRESENT MYSELF, AND SUDDENLY MY EX-WIFE CAME, AND TOLD ME THAT SHE WILL WANT OR ME AS LONG AS IT TAKES, SO I TOLD HER SO WE CAN HAVE A THREESOME, SO SHE LEFT AND IN THE COURT, THEY GAVE ME THE 80 OR 85 HOURS OF COMMUNITY SERVICE, FOR THE CRIME THAT MY EX-WIFE CHEAT IT ON ME, WHICH AS YOUR HONORABLE COURT KNOW IT TOO THAT I TRIED TOO TO FIGHT THAT CASE BUT AS YOUR COURT KNOW IT TOO, HOW THAT COURT DOESN'T ANSWERED ME NOTHING AND IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS TOO, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SAME AS YOUR HONO ABLE COURT KNOW IT TOO, HOW WHEN I WAS OVER AT SUSSEX CORRECTIONAL INSTITUTION OVER IN GEORG ETOWN DE., I HAVE EVEN WROTTE TO MY FAMILY TELLING THEM NOT TO GAVE ANY INFORMATION TO MY EX-WIFE ABOUT ANYTHING OR ANYBODY MEMBER OF MY FAMILY BECAUSE SHE CAN USE IT AGAINST MYSELF, WHICH I HAVE NOTHING TO HIDE BUT SHE IS EVIL, AS YOUR HONORABLE COURT KNOW IT TOO, THAT I TOLD TO MY FAMILY THAT MY EX-WIFE WAS USING THIS CRIMINAL ORGANIZATION AS

( PLEASE TURN THE PAGE TO THE OTHER SIDE )

DO ABOUT THE CONSPIRACY OF KIDNAPPING MY LITTLE ONE SINCE WHEN I WAS ON S.C.L. ONE
IS GEORGETOWN, DC, AND I WAS SO AFRAID THAT THEY MAY KIDNAPED HER AS WAS THE PIANO
SOME MEMBERS OF THIS CRIMINAL ORGANIZATION, SAME AS YOUR HONORABLE COURT KNOW IT TOO
HOW I HAVE TO CHANGE MY MIND ABOUT MY EX-WIFE MELODY, THIS CRIMINAL ORGANIZATION, WITH
SOME OTHER MEMBERS OF THIS CRIMINAL ORGANIZATION WERE TRYING TO KIDNAP MY EX-WIFE, AND I
HAVE TO TELL EVEN TO THE MEMBERS, OF MY CHURCH AND TO SOME OTHER LATTER DAYS SAIN
TO PROTECT MY EX-WIFE AND MY RELATIVES, AND AS YOUR HONORABLE COURT KNOW IT TOO AL
BOUT IT, SAME AS YOUR HONORABLE COURT KNOW IT TOO HOW ON THE FIRST YEAR AND A HALF
OR SO I HAVE TRIED TO COMMUNICATE WITH MY EX-WIFE REQUESTING FROM HER SOME LEGAL
DOCUMENTS, AND OTHER IMPORTANT DOCUMENTS, AND LATELY THEY BEGUN TO RETURN SOME
OF THE LETTERS SENT IT TO HER, SAYING THAT NOT DELIVERABLE AS ADDRESSED, AS YOU KNOW
I TOO ALL ABOUT IT, SAME AS YOUR HONORABLE COURT KNOW IT TOO, THAT THE COURT SENT ME TO
DO THAT COMMUNITY SERVICE HOURS OVER TO THE HIGH SCHOOL, ON LOGAN UTAH, AROUND 80
WEST AND 200 SOUTH, AND AS YOUR HONORABLE COURT KNOW IT TOO, HOW THE SUPERVISOR OF
MAINTENANCE, A GOOD HEARTED WHITE GENTLEMAN LET ME ONLY WORK LIKE A HALF OF THE TIME
IMPOSSED BY THE COURT WHEN HE SAW MY PHYSICAL CONDITION, AND BRUISED BODY, AND THE SCAN
TIES THAT I WAS GOING THROUGH WHILE DOING WHAT HE ORDER ME TO DO, AS YOUR HONORABLE
COURT KNOW IT TOO ALL ABOUT IT, SAME AS YOUR HONORABLE COURT KNOW IT TOO HOW I WEN
TO SEE ANOTHER BISHOP OF ANOTHER L.D.S. CHURCH AND THEY SEND ME TO LIVE AT THE MOTEL
(MOTEL JUAN DOE), IN LOGAN UTAH, AND I HAVE TO GO TO COURT FOR WHAT MY EX-WI
'E WAS PRESSING CHARGES ON ME, SO I WENT, AND THE HONORABLE JUDGE, TOLD ME THAT
MY EX-WIFE PUT A PROTECTIVE ORDER AGAINST MYSELF, SO I CANNOT CAME NEAR TO
MY HOME FOR ABOUT (500) FIVE HUNDRED FEETS, AND A PROTECTIVE ORDER FOR ME
TO KEPT AWAY FROM BLONDIE, OUR DOG, AND FROM OUR CAT THE PLAZA ONE, AND AS
YOUR HONORABLE COURT KNOW IT TOO THAT MY EX-WIFE WASN'T PRESENT AT THE COURT, IT W
, ONLY ONE WOMAN TELLING THE JUDGE, AND AS YOUR HONORABLE COURT KNOW IT TOO HOW
THAT COUNSELOR OF MY EX-WIFE CALLED ME OVER TO THE SCHOOL WHERE I WAS
DOING MY COMMUNITY SERVICE HOURS, AND I'M REQUESTED FROM HER MY CLOTHING MY RO
(AND ROLL TAPES, MY LEGAL DOCUMENTS, MY LEGAL DOCUMENTS FROM THE L.D.S., AND MA
MARRIAGE LICENSE, AS SHE ASKED ME FOR WHAT REASON I NEED THE MARRIAGE LICENSE SO I TOL
( PLEASE TURN THIS FORM TO PAGE NUMBER TWENTY SEVEN )

BS2'S LOVES BART SIMPSON
PAGE NUMBER TWENTY EIGHT OF 34 PAGES

HER BECAUSE I'M READY TO GET MARRIED ONCE AGAIN, BUT I NEED ALSO THE DIVORCE PAPERS TO SIGN THEM, AND HER COUNSELOR TOLD ME THAT I CAN NOT GET MARRIED UNTIL NEXT MONDAY OR THE NEXT WEEK AT THE TIME, AND THAT I DON'T NEED TO SIGN ANY PAPERS OF DIVORCE BECAUSE I LOST MY DIVORCE BY DEFAULT, (WHATEVER THAT MEANS), AS YOUR HONORABLE COURT KNOW IT TOO, HOW SHE ASKED ME WHO IT WAS MY NEW FIANCE, SO TOLD HER IS AN OLD GOOD FRIEND, HER NAME IS SHERRY FROM PROVO UTAH, AND SHE TOLD ME THAT I HAVE TO WAIT UNTIL NEXT MONDAY, TO GET MARRIED AND THAT I D N'T NEED MY MARRIAGE LICENSE IN ORDER TO GET MARRIED AGAIN, AND THE DIVORCE PAP RS WILL BE OUT IN ALL AMERICA, SO WHEREVER I WANTED TO GET MARRIED IN OTHER STATE, TO , FEEL FREE TO DO SO, BUT I HAVE TO WAIT UNTIL MONDAY, AND AS YOUR HONORAB : COURT KNOW IT TOO HOW MY EX-WIFE COUNSELOR CALLED ME NEXT MONDAY AND TOLD IL TO GO PICK IT UP MY CLOTHING AND PERSONAL BELONGINGS TO THE CATHOLIC CHURCH N T DAY AT 9:00 AM, OR 10:00 AM, AND THAT I WAS SINGLE AGAIN, AND I CAN GET MARRIED ANYTIME, THAT THE DIVORCE PAPERS WERE OUT ON THE COMPUTERS IN ALL THIS COUN RY, SO I CAN GET MARRIED AND THAT I'M LOST FOR DEFAULT (WHATEVER THAT MEANS) ND SHE TOLD ME THAT I HAVE AN UGLY ATITUDE SO I TOLD HER SO WHAT DO YOU EXPECT, WHEN YOUR WIFE IS CHEATING ON YOU WITH ANOTHER MAN, AND AS YOUR HONORABLE COUR KNOW IT TOO, HOW UNTIL THEN MY EX-WIFE COUNSELOR ADMITTED THAT MY EX-WIFE WAS HAVING AN EXTRA MARITAL RELATIONSHIP WITH ANOTHER MAN, AND HOW SHE BROKE O THAT RELATIONSHIP, SAME AS YOUR HONORABLE COURT KNOW IT TOO THAT I'M STILL WAIT G FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM THAT COURT FOR HAT PROTECTIVE ORDER, AND FOR KICK ME OUT OF MY HOUSE WHILE I WAS DYING ON PAIN ISABLED HURTED AND DAMAGED OF SOME PARTS OF MY BODY, AND AS YOUR HONORABLE COUR NOW IT TOO ALL ABOUT IT SINCE WHEN I WAS OVER AT So.Co.L o. OVER IN GEORGETOWN DE. AME AS YOUR HONORABLE COURT KNOW IT TOO, HOW WHILE I WAS LIVING AT THE MOTEL LL I WAS DOING WAS PRAYING ALL DAY AND READING MY SCRIPTURES AND IT WAS THE SEASON (HARVEST) OF THE RASPBERRY, SO I WENT TO GARDEN CITY UTAH TO WORK PICKING BERRIES AS IT WAS AN EASY JOB, AND I CAN SIT ANYTIME THAT

(PLEASE TURN THIS FORM TO THE OTHER SIDE)

WHITE MAN, TOOK ME TO HIS LAND TO TAKE CARE OF HIS HARVEST OF RASBERRIES, AND AFTER THE HARVEST WAS DONE, I MET FOR FIRST TIME OVER IN GARDEN CITY UTAH, SOME FIRST COUSENS THAT WE DON'T KNOW EACH OTHER, AND I FOUND MY AUNTS AND SOME UNCLES, MY NEPHEWS AND NIECES, ALL BORN IN IDAHO STATE, UTAH STATE, WYOMING STATE, AND LIVING IN IDAHO AND UTAH STATE, WHERE THEY WORK, STUDY, HAVE THEIR HOUSES, PROPERTIES, RANCHES, RESTAURANTS, BUSI JESS, AND I DON'T SEE MOST OF THEM SINCE WHEN I WAS A LITTLE YOUNG MAN, SAME AS YOUR HONORABLE COURT KNOW IT TOO, THAT I MOVED TO LIVE AT 82 WEST AND 800 SOUTH IN LOGAN UTAH, WITH ONE OF MY COUSENS AS ALL OF MY FAMILY TRY TO TAKE CARE OF ME BECAUSE OF MY DISABLED, HURTED AND DAMA GED PARTS OF MY BODY, AND BECAUSE OF MY UNFAITHFUL WIFE THEY TRIED TO TAKE ME TO LIVE ON THEIR HOUSES OF MY AUNTS AND UNCLES, TO SALT LAKE CITY TO OGDEN UTAH, TO PRESTON IDAHO, EVEN TO ARKANSA STATE, TO HELP ME TO FORGET MY EX-WIFE'S BETRADAL, AS THEY SAW ME THAT I'M STOPED GOING TO MY L.D.S. CH CH AND BEGUN TO DRINK EXCESSIVELY BECAUSE OF MY BROKEN HEART AND I DON'T ACCEPTED, AND AS YOUR HONORABLE COURT KNOW IT TOO, HOW MY EX-WIFE WAS HARRA SING ME, ON PLACES WHERE I USED TO HIDE AND I'M STILL DON'T UNDERSTAND HOW SHE FOUND ME THERE HIDDING DRINKING AND SNIFFING GLUE, AND AS YOUR HONORABLE COURT KNOW IT TOO HOW ON ONE OF THOSE TIMES WHEN SHE HARRASSED ME, AS ACCORDING TO HER TRYING TO WORK THINGS OUT, WHILE SHE WAS DATING HER LOVER, HOW SHE TOLD ME THAT THE FOURTH DISTRICT COURT OVER IN PROVO UTAH, SEND HER THE RECEIPT OF THE LAST PAYME NT FOR MY D.Vo.I., WHICH BEFORE WE SPLIT IT WAS THE LAST PAYMENT OF $97.00, OR YRS, AND AS YOUR HONORABLE COURT KNOW IT TOO HOW I'M ASKED HER IF SHE PAYED THE LAST PAYMENT OR IF NOT SO I CAN SEND THE PAYMENT, AND SHE SAID I HAVE ALREADY PAYED I'M ONLY WAITING FOR THE RECEIPT, SO SHE TOLD ME TIMES AFTER THAT SHE WILL GIVE ME THE RECEIPT OF THAT LAST PAYMENT, AND NOW THE HONORABLE FOURTH DISTRICT COURT PUT A WARRANT ON ME FOR NOT MAKE THAT PAYMENT, AS YOU KNOW IT TOO, SAME AS YOUR HONORABLE COURT KNOW IT TOO, THAT I WENT TO VISIT AN OLD FRIEND OVER IN SOUTH DAKOTA, MR. WILLY BROWN, OVER AT 211 SOUTH, WILSON STREET, APT# 242, IN FLANDREAU

▰▰▰▰▰▰ SOUTH DAKOTA, 57028, WHICH IS A COUNSELOR ON THE INDIAN RIVER
( PLEASE TURN THIS FORM TO PAGE NUMBER TWENTY EIGHT )

(CRANBERRIES LOVES CRANK
PAGE NUMBER TWENTY NAME OF 34 PAGES)

# 29

SCHOOL, IN PLANBREAD SOUTH DAKOTA, ON THE SANTEE SIOUX RESERVATION, WHERE I'M WENT TO THE TEMPORARY SERVICES OFFICE, AND APPLY FOR A JOB, WHICH I'M EXPLAINED TO THE GOOD HEARTED NATIVE AMERICAN SECRETARY OF MY DISABLED, HURTED AND DAMAGED PARTS OF MY BODY, AND SHOWED TO HER MY STILL BRUISED AND SWALLOWED BODY AND SCARS, AND SHE CONSIDER MY PHYSICAL CONDITION, AND WHEN I TOLD HER ABOUT JUST BE IN DIVORCED, SHE TOLD ME I WILL SEND YOU TO WORK ON A JOB WHERE YOU HAVE TO WO SITTING AND PACKING POKEMON CARDS ALL THE SHIFT, AND YOU'LL BE AROUND LOTS OF PRETTY LADIES, YOU MAY GET MARRIED AGAIN, AS THE PLACE WHERE I'M APPLIED ON THE SANTEE SIOUX RESERVATION, IS CALLED TWO HAWKS, AND I'M APPLIED UNDER THE NAME OF TONY RENE DIAZ, AND I HAVE TO STOP WORKING JUST LIKE ON THE RASBERRY S WHICH THANKS GOD AND HIS STRENGHT AND LOVE I FINISHED THE HARVEST WITH THE HELP OF OTHER PEOPLE WHOM PICKED RASPBERRIES FOR ME, AS YOUR HONORABLE COURT KNOW I TOO ALL ABOUT IT SINCE WHEN I WAS OVER AT S. CO. IN GEORGETOWN DE, SO I HAVE TO STOP WORKING BECAUSE OF THE PAIN AND UNCOMFORTABLE, DISABLED, HURTED AND DAM GED PARTS OF MY BODY, AND IT HAPPENED ALSO THAT I CALLED TO CHICAGO ILLINOIS TO A FRIEND WHOM I GROW UP TOGETHER WITH AND I TOLD HIM MY SITUATION, AND HE OFFERED ME A EASY JOB ON CHICAGO ILLINOIS AND A PLACE TO LIVE, SO I WENT BUT THE JOB WAS IN CONSTRUCTION, AND WHEN HE SAW MY PHYSICAL CONDITION, HE TOLD ME THAT IT WAS IMPOSSIBLE FOR ME TO WORK ON THAT CIRCUMSTANCES, TO NO TO WORRY THAT I CAN STAY ON HIS PLACE AS LONG AS I WANT, BUT I DON'T LIKE TO FEEL LIKE LATTER EVES OF MY DISABLED, HURTED AND DAMAGED PARTS OF MY BODY, SO I WAS LOOKING ON THE NEWSPA RS AND MY FRIEND TOOK ME TO PUT APPLICATIONS IN DIFERENT COMPANIES, BUT THEY DON'T CALLED ME BECAUSE OF MY PHYSICAL CONDITION I GUESS, SO FINALLY ONE PLACE CALLED ME, SO I WENT IT WAS ON A CHINESE RESTAURANT, SO I SHOWED THEM THAT I WAS CAPABLE TO DO THE JOB EVEN OF MY IMPAIRED AND DISABLED, HURTED AND DAMAGED BODY, SO THEY SEND ME OVER TO WINTERSET IOWA, TO WORK AT A RESTAURANT CALLED WINNY'S RESTAURANT OF A CHINESE LADY, WHOM DON'T DISAGREE TO LET ME DRINK WISKY AS A PAINKILLER SOON AS SHE SAW MY DISABLED, HURTED AND DAMAGED PARTS OF MY BODY,

(PLEASE TURN THIS FORM TO THE OTHER SIDE)

...AND SHE TOLD ME THAT SHE KNOWS OF PERSON WHOM WORK AT A PHARMACY BY WHOM CAN HELP ME WITH SOME PAINKILLERS, SO I AGREE TO MEET HER AS THIS NASTY PAIN WAS KILLING ME SO I MET HER AND WE BEGUN TO DATE, AND AS YOUR HONORABLE COURT KNOWS, TOO ALL ABOUT IT SINCE I WAS OVER AT SOCOL IN GEORGETOWN DC. SO I HAVE TO GET BACK TO UTAH TO MY FAMILY AND JANE THE NURSE TOLD ME THAT SHE WILL GO AFTER ME, SO I TOLD HER I GOT TO GO FIRST TO CHICAGO, TO SEE ONE OF MY FRIENDS WHO OWES ME SOME MONEY, SO SHE DROVE ME TO THE GREYHOUND BUS STATION, AND I WENT TO CHICAGO, AS MY FRIEND PICK ME FROM THE BUS STATION, AND I WENT TO SEE MY FRIEND WHOM YES I FOUND HIM BUT IT WAS BROKE SO ONCE AGAIN, I WENT TO THE SAME CHINESE RESTAURANT, TRYING TO GET BACK TO WINTERSET IOWA, AND THEY TOLD ME THAT THEY FILL IT UP MY PLACE WITH SOMEBODY ELSE, SO I TOLD THEM TO SEND ME TO WORK IN UTAH, BUT THEY DON'T HAVE OPENINGS THERE SO THEY SEND ME TO THIS CHINESE BUFFETTE OVER IN WEST VIRGINIA, AS I WAS STILL IN CONTACT WITH MY FRIEND JANE FOR PHONE OVER IN WINTERSET IOWA, TRYING TO MAKE MONEY FOR MY BUS TRAVEL TO GO BACK TO UTAH FOR A VISIT TO THE MCURABEE HOSPITAL, AND AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SAME AS YOUR HONORABLE COURT, NOW I HAVE TO QUIT THAT JOB BECAUSE OF THIS NASTY PAIN IN ALL OF MY DISABLED, HURTED, AND DAMAGED PARTS OF MY BODY, SO THE MAN THAT THEY SEND WITH ME FROM CHICAGO ILLINOIS QUIT THE JOB TOO, AND INVITE ME TO READING PENSYLVANIA WITH HIS FAMILY, TO LIVE AND WORK OUT THERE, SO I HAVE NO MONEY OR PLACE TO STAY, SO I WENT WITH (VICENTE DOE) TO READING PENSYLVANIA, AND NEXT DAY WE WENT TO A MUSHROOM PLANT, WHICH BY LONG TIME I HAVE TO QUIT THE JOB BECAUSE I HAVE TO MAKE CRUTCHES TO CUT ON THE MEDIUM AND LOWER TABLE ON THE LINES, SO WE WENT BACK TO HIS HOME, AND ONE OF HIS FAMILY MEMBERS TOOK US TO A TEMPORARY OFFICE FOR EMPLOYMENT, SO WE APPLY AND THEY CALLED US NEXT DAY TO GO TO WORK AT A CHOCOLATE FACTORY OUTSIDE FROM READING PENSYLVANIA, BUT THEY GAVE US A RIDE TO WORK AND RIDE BACK HOME, SO I MET THIS BEAUTIFUL LADY WHOM GAVE ME SOME PAINKILLERS AT WORK AS A FRIEND, SO I MET SOME OTHER LADIES, AND ONE OF THEM ONE DAY SHE WENT TO WHERE I WAS LIVING WITH A FRIEND AND WE TALK AND SUDDENLY SHE TOOK HER CLOTHES OFF, AND WE HAVE SEX, AND SHE LIED TO ME NEXT DAY ON THE MORNING SHE TOLD ME HER REAL NAME WAS CARMELA, WHICH EVERYBODY CALLED HER CHINA, FROM LEBANON PENSYLVANIA, SO WE KEPT WORKING AND ONE DAY SHE INVITED ME TO HER HOUSE IN LEBANON PENSYLVANIA SO WE WENT AND WHEN

( PLEASE FIRST PLACE TO THIS PAGE NUMBER TWENTY NINE )

( DECEMBER YOUR, THE 2007

( DEEP PURPLE LOVES DIXIE CHICKS
( PAGE NUMBER THIRDS OF 34 PAGES

#30

WE WERE AT. THE FRONT OF HER HOUSE SHE INTRODUCED ME TO SOME FRIENDS, AND AS YOU
HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SO BECAUSE OF MY DISABLED, HURTED AND DA
MAGED PARTS OF MY BODY I HAVE TO QUIT THE JOBS, SO I MOVED TO YORK PENSYLVANIA
WHERE I'M APPLIED TO SOME TEMPORARY OFFICES FOR EMPLOYMENT, AND THEY SEND M
NCE AGAIN TO WORK IN PRODUCTION PACKAGING COMPUTER ▓ CD's, AND THEY STOPP:
MY FRIEND WHO GAVE ME THE RIDES TO WORK AND A PLACE TO STAY AND ARRESTED HIM FOR
A D.U.I. AND A WARRANT THAT HE HAD, SO I DON'T HAVE PLACE TO LIVE OR RIDE TO GO TO
WORK, AND ON THE MISSIONS IS JUST LIKE EVERYWHERE IN THIS COUNTRY, JUST LIKE OVER
AT THE CRISIS HOUSE IN GEORGETOWN DE, OR LIKE THOSE NASTY MISSIONS IN WILMINGTON DE
IS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SO I MOVE AND ENDED UP IN WILMING
I DE., WHERE I STAY AT THE MISSION FOR SOME DAYS AND ▓▓▓ APPLY TO SOME TEMPOR
RY SERVICES OFFICE FOR EMPLOYMENT, BUT I HAVE NOT RIDE TO GO THERE SO I BEGUN TO WORK
FOR MR. SAMMY CONGO, IN CONSTRUCTION, THE OWNER OF CONGO FUNERAL HOME, AT 2901 W
M ST. WILMINGTON DE. 1980S, AND THE ASSOCIATED OF INTERCON, AT 100 NORTH, CLEVELAND AVE., WILMIN
ON DE. 1980S, WHICH I HAVE TO QUIT BECAUSE OF THE PAIN ON MY DISABLED, HURTED AND DAMAGED
PARTS OF MY BODY, WHICH MR. SAMMY CONGO, WHEN I LEFT I GAVE HIM HIS KEY OF HIS
HOUSE WHERE I WAS STAYING AND HE OFFERED ME MY JOB BACK ANYTIME I COME BACK T
DELAWARE, SO I ENDED UP IN NEWARK, AND I APPLY AGAIN FOR PRODUCTION JOBS AT
A TEMPORARY SERVICES OFFICES, SO I MET A MEN WHOM DROVE ME TO WILMINGTON AND
AY ME A BUS TICKET TO DOVER DELAWARE, AND ONCE AT DOVER DE., I WENT TO SOME M
SIONS BUT THEY ASKED ME IF I WAS A WHITE MAN AND I'M ASKED THEM WHY DID YOU
ASKED ME THIS QUESTIONS TOO, AND THEY TOLD ME, PERHAPS THE HOUSE IS FULL SO I WENT TO
THE SALVATION ARMY AND THEY DROVE ME TO A PLACE CALLED UNITED HOMES IN DOVER
O STAY THAT NIGHT, SO I TAKE A SHOWER AND NEXT DAY, I WAS LOOKING FOR A JOB
AND FOUND THIS COWBOY FIXING HIS TRUCK, AND I OFFERED MY HELP, SO WE FIXED HIS TRUCK AND
HE DROVE ME TO ONE OF HIS CONTRACTS AND OFFERED ME A JOB, SOON AS I HEALED FROM MY
DISABLED, HURTED AND DAMAGED PARTS OF MY BODY, AS HE TOLD ME THAT HIS WIFE WAS A
MEMBER OF THE LATTER DAYS SAINTS CHURCH TOO, BUT AROUND WILMINGTON, SO HE DROVE

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

ME TO GEORGETOWN DE., HYPED ABOUT MS. DUANE TO RAPE FEED 12/03/08 Page 25 of 28 OF AL OF AL
OF ALL DISABLED, HURTED AND DAMAGED PARTS OF MY BODY AND GAVE ME $140.00 DOLLARS,
ONE HUNDRED AND FORTY DOLLARS TO EAT SOMETHING, AND TOLD ME WHERE THE CRISIS HOUSE
WAS SO I WENT, AND AS YOUR HONORABLE COURT KNOW IT TOO AH ABOUT IT TOO, SO
WHEN I WAS OVER AT SUSSEX CORRECTIONAL INSTITUTION OVER IN GEORGETOWN DELAWARE, SO
HONORABLE MASTER I'M PUT THIS LAWSUIT (LEGAL FORM) AGAINST MY EX-WIFE MS. ANNETT
WRIGHT, FOR SPOUSAL SUPPORT FOR THE FOLLOWING REASONS, WHICH ARE #

1o- BECAUSE WITH THE HELP OF HER COUNSELOR MS. ZANE DOE, AND OUR LATTER DAYS SAI
TS CHURCH BISHOP, MR. GAUSTO VENTURA SHE DUMP ME ON THE STREET, WHILE I WAS SO
BUT SO BADLY IN PAIN, OF MY HURTED, DISABLED AND DAMAGED PARTS OF MY BODY, AS A
RESULT OF THAT NASTY HIT AND RUN OF WHICH I HAVE BEEN VICTIM BACK ON THE SAME YEAR
OF 1998, WHICH LEFT ME DISABLED, HURTED AND DAMAGED OF SOME PARTS OF MY BODY,
AND WEARING THIS METTALLIC PINS, SCREWS AND METTALLIC PLATES THAT ARE HOLDING M
BROKEN BONES FROM MY IKNEES TO MY ANKLES ON BOTH LEGS, ALL IN ORDER TO PROTE
AND COVER UP AN EXTRAMARITAL RELATIONSHIP OF MY EX-WIFE WITH MR. ZERDNA DOE, WH
WE STILL MARRIED, AS I SEEN HER WITH ONE MAN, AS BY HER OWN STATEMENT, AND AS BY HER
COUNSELOR'S MS. ZANE DOE, STATEMENT, AS YOUR HONORABLE COURT KNOWIT TOO ALL ABOUT IT, SI
NCE WHEN I WAS OVER AT S.C.I. IN GEORGETOWN DE.

2o- FOR CALL THE COPS ON MYSELF WHILE I WAS WASHING HER CAR ON OUR HOUSE PARKIN
G LOT; AND LOCKED ME OVER EIGHT HOURS JUST BECAUSE THEY FOUND ME A CLOSED B
THE OF WISKY ZACK DANIELS ON MY BACK POCKET, AND LET ME GET OUT UNTIL 2
:00A:M OR 3:00 A:M, SNOWING, BAREFOOT AND WITHOUT SHIRT HALF OF MY
BODY NAKED, AND HAVE TO WALK FROM THE POLICE STATION IN LOGAN UTAH, TO
MY HOUSE ON 720 S. MAIN St APT#5, IN LOGAN UTAH, 84321, AND CALLED HER FOR
PHONE AND SHE WAS NOT AT HOME, AND CAME HOME WHEN FINALLY I MAKE IT ALL
WET AND FROSTING WALKING LIKE TWO OR THREE HOURS OR SO, AND FIND MY HOUS
LOCKED, WITH NAILS AND WOOD STIKS ON WINDOWS AND DOORS AND I HAVE TO OPEN ON
OF MY WINDOWS TO MAKE IT INSIDE SO I DON'T DIE FROZEN FOR THE SNOW, AND
SHE CAME UNTIL NEXT DAY ON THE MORNING AND BLAMED MS. FRANCES AND MR. ERNEST
AT THEY WERE THE PEOPLE WHOM CALLED THE POLICE ON MYSELF (OUR NEIGHBORS), AN
THE POLICE MAKE ME PAY, LIKE 80 OR 85 HOURS OF COMMUNITY SERVICE FOR WASHING
(PLEASE TURN THE FORM TO PAGE NUMBER THREE)

( ENIGMA LOVES ELTHAN EVAN
  PAGE NUMBER THIRTY ONE OR 34 PAGES )

#81

MY EX-WIFE'S CAR ON MY OWN PROPERTY WHILE I WAS IN A REALLY, REALLY PAIN FOR IT IN ALL OF MY DISABLED, HURTED AND DAMAGED PARTS OF MY BODY, WHICH AS YOUR HONORABLE COURT KNOW IT TOO, THAT THE MAINTENANCE SUPERVISER AT THE HIGH SCHOOL WHERE I WAS DOING MY COMMUNITY SERVICE ONLY LET ME DO LIKE HALF OF THE TIME LIKE 40 OR 45 HOURS, DUE TO MY PHYSICAL CONDITION AND HE WROTE IT THAT I HAVE PAIN IN ALL MY COMMUNITY SERVICE, AND BECAUSE OF THAT DAY WALKING FROM THE POLICE STATION TO MY HOUSE THE FEELING OF NUMBNESS AND PAIN IN SOME PARTS OF MY FEET HASNOT DISSAPPEAR YET, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SINCE WHEN I WAS OVER AT SoCoLo IN GEORGETOWN DC.

3o- FOR NOT BEING PRESENT INSIDE OF THE COURT THE DAY ████ SHE PUT THE PROTECTIVE ORDER AGAINST MYSELF, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SINCE WHEN I WAS OVER AT SoCoLo

1o- FOR LIE TO ME AND TELL ME THAT SHE SENT THE RECEIPT AND THE MONEY, ON MY LAST PAYMENT TO THE FOURTH DISTRICT COURT IN PROVO UTAH, FOR MY (D.U.I), DRIVING UNDER THE INFLUENCE, AND I HAVE A WARRANT ON MYSELF FOR THAT (D.U.I), DRIVEN UNDER THE INFLUENCE, BECAUSE SHE DON'T SENT THE LAST PAYMENT NEITHER THE RECEIPT OF PAYMENT, ███ AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT SINCE WHEN I WAS OVER AT SoCoLo IN GEORGETOWN DC.

3o- FOR LIE TO ME TELLING ME THAT SHE WILL GAVE ME THE RECEIPT AND THE PAPERS THAT THE COURT SENT IT TO HER FOR THE COMPLETITION OF ALL OF MY PAYMENTS TO THE COURT, AND SHE NEVER GAVE IT TO ME, PERHAPS I HAVE A D.U.I WARRANT IN PROVO UTAH, AS SHE WANTED ME TO GO TO JAIL AND BE DEPORTED BACK TO MY TOO, BECAUSE OF MY RESIDENT STATUS, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT SINCE WHEN I WAS OVER AT SoCoLo IN GEORGETOWN DC.

- FOR DON'T GAVE ME MY PAPERS OF THE I.N.S.S, FOR AN WHILE LEGALIZING MY STATUS ON THIS COUNTRY AND NOT EVEN UNTIL TODAY'S DATE 12/04/2007, EVEN THAT I HAVE WRITTEN TO HER REQUESTING THEM SINCE THE YEAR 2000, AND LATELY SHE MOVED TO ANOTHER PLACE, AS THE MAIL BEGUN TO RETURNED TO ME SOME OF THE LETTERS SENT IT TO

( PLEASE TURN THE FORM TO THE OTHER SIDE )

1st LATELY AS CASE 1:07-cv-00800- "LETTERS DESTROY"! BETWEEN 10 OR MORE ATTEMPS OF- "NOT-KNOWN, UNABLE TO FORWARD"), AND FOR DON'T SEND ME OTHER LEGAL DOCUMENTS THAT I NEED, IT RIGHT NOW.

•- FOR DON'T GAVE ME THE DIVORCE PAPERS, WHILE I WAS TRYING TO GET MARRIED ONCE AGAIN WITH MS. SHERRY, OVER IN PROVO UTAH, AS HER COUNSELOR MS. JANE DOE, TOLD ME FOR PHONE WHILE I WAS WORKING PAYING MY COMMUNITY SERVICE AT THE HIGH SCHOOL, WHEN SHE CALLED ME THAT I HAVE TO WAIT UNTIL NEXT MONDAY OF THAT MONTH AND YEAR IN COURSE, IN ORDER TO GET MARRIED THAT I DON'T NEED TO SEEN THE DIVORCE PAPERS THAT I LOOSE BY DEFAULT (WHATEVER THAT MEANS) AND ONLY GAVE ME SOME OF MY CLOTHING BACK, AND AFTER THAT OVER AT THE SOFTBALL PARK GAVE ME MY BIRTH CERTIFICATE ONLY, BUT NEITHER HER OR HER COUNSELOR GAVE ME THE DIVORCE PAPERS, AND WHEN I ASKED HER FOR THE LONG, INMIGRATION AND NATURALISATION PAPERS, SHE TOLD ME THAT SHE HAVE THEM ON A BOX ON THE BANK, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT SINCE WHEN I WAS OVER AT S.C.L.o

•- FOR THIS AND FOR ALL OF THE CHARGES AGAINST HER, THAT I MAY FORGET IT RIGHT NOW, AS A CAUSE OF THIS NASTY PAIN, ABUSES AND DAMAGES, THAT ALL OF THIS CRIMINAL ORGAN-IZATION HAS DONE AND STILL DOING IT TO ME (AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT.), CHARGES THAT YOUR HONORABLE COURT KNOW IT TOO SINCE WHEN I WAS OVER AT (S.C.L.) SUSSEX CORRECTIONAL INSTITUTION, OVER IN GEORGETOWN DE, AND THAT CAN BE USED AGAINST HER, HER COUNSELOR, (MS. JANE DOE) AND OUR LATTER DAYS SAINTS BISHOP, MR. FAUSTO VENTURA, LIVING NOW ON ORLANDO FLORIDA SOMEWHERE, IN ORDER FOR ME TO RECEIVE AN SPOUSAL SUPPORT, AS YOUR HONORABLE COURT KNOW IT TOO, THAT I HAVE REQUESTED FROM HER TOO, THE DIVORCE PAPERS SINCE S.C.L., AND LATELY SHE MOVED TO A DIFFERENT ADDRESS, AND I NEED MONEY TO BUY FOOD, AS YOUR HONORABLE COURT KNOW IT TOO, THAT ONE OF THE ABUSES OF THIS CRIMINAL ORGANIZATION, IS THAT I'M STARVING TO DEATH I HAVE LOOSED OVER 80 LBS., AS I THINK I'M NOT SURE THAT THEY MAY PUT SOMETHING ON THE FOOD OR DRINK THAT MAKES ME LOOSE OVERWEIGHT REALLY FAST AS THEY FEED ME THREE TIMES A DAY, AS YOUR HONORABLE COURT KNOW IT TOO, THAT I HAVE TO ASK FOR THE LEFTOVERS OF SOME OF THE FOOD THAT OTHER INMATES DON'T EAT AND AS YOU KNOW IT TOO THAT AROUND HERE IS NOT TOO MUCH HYGIENE ON PEOPLE, AND ALSO I

(PLEASE TURN THIS FORM TO PAGE NUMBER THIRTY OUT)

( DECEMBER 04, 06, 2007 )

( FRAMPTON LOVES FREDIE MERCURY )
( PAGE NUMBER TWENTY TWO OF 34 PAGES )

SEED MONEY TO BUY MEDICATION, AS YOUR HONORABLE COURT KNOW IT TOO HOW AND WHAT IS GOIN WITH MEDICAL OVER HERE TOO. JUST LIKE EVERYWHERE, EVEN THAT THEY BEGUN TO GAVE ME PAIN KILLER SINCE 11/16/2007, ONE OR TWO, SOMETIMES THREE TIMES, THEY GAVE ME SOME MEDICATION THAT PRODUCE THE SAME PSYMTOMS AS OVER AT SoCoCo. OVER IN GEORGETOWN DE. BUT IS JUST AS ALWAYS IS ONLY THOSE PEOPLE AND RACES MENTIONED TO YOUR HONORABLE COURT SINCE WHEN I WAS OVER AT SoCoL, IN GEORGETOWN DE., AS YOU KNOW IT TOO NOW THEY HATE TOO, THOSE OLD WHITE GOOD HEARTED COWBOYS, (ALSO CALLED OLD REDN THKS BY EVIL PEOPLE), AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, ON MY PRIOR LEGAL FORMS AND LETTERS SEND IT TO YOUR HONORABLE COURT TOO, SINCE WHEN I WAS OVER AT SoCoL. IN GEORGETOWN DE.,

1.- FOR ALL OF THE GROUNDS AND FACTS, THAT CAN BE USED AGAINST MY EX-WIFE, HER COUNSELOR, (MR. JANE DOE), AND OUR BISHOP MR. FAUSTO VENTURA, (LIVING SOMEWHERE OVER IN ORLANDO FLORIDA, AND CAN BE USED AS A CHARGES AGAINST THEM, FOR PROTECT AND COVER MY EX-WIFE'S, EXTRA MARITAL RELATIONSHIP WHILE WE WERE STILL JUST MARRIED AND DUMP ME ON THE STREET, SO SHE CAN DREULD CONTINUE HER RELATIONSHIP WITH MR. J. SECOND DOE (JHON DOE), WHILE WE WERE GOT JUST MARRIED AND WHILE I WAS IN REHABILITATION FOR ALL OF MY DISABLED, HURTED AND DAMAGED PARTS OF MY BODY, AND IN A NASTY PAIN AS A CAUSE AND AS A RESULT OF THAT NASTY HIT AND RUN OF WHICH I HAVE BEEN VICTIM BACK ON THE SAME YEAR OF 1998, WHICH LEFT ME DISABLED, HURTED AND DAMAGED OF SOME PARTS OF MY BODY, AND WEARING THIS METTALLIC PINS, SCREWS AND METTALLIC PLATES THAT ARE JOINING MY BROKEN BONES FROM MY KNEES TO MY ANKLES ON BOTH LEGS, WHICH I'M STILL HAVING THAT NASTY PAIN, AND UNTIL TODAY NOT RECOVERED, ▆ AS YOUR HONORABLE COURT KNOW IT TOO.

2.- FOR ALL OF THE GROUNDS AND FACTS MENTIONED BEFORE, AND FOR ALL OF THE GROUNDS AND FACTS THAT YOUR HONORABLE COURT KNOW IT TOO, SINCE WHEN I WAS OVER AT SUSSEX CORRECTIONAL INSTITUTION (SoCoL), OVER IN GEORGETOWN DE. AND THAT I MAY HAVE FORGOTTEN RIGHT NOW A CAUSE OF ALL OF THIS NASTY PHYSICAL PAIN, ON MY DISABLED
( PLEASE TURN THIS FORM TO THE OTHER SIDE )

(URTED) AND DAMAGES CAUSED TO ME BY THIS CRIMINAL ORGANIZATION, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT.

SO PLEASE HONORABLE MASTER, AS I HAVE TOLD YOU ON MY PRIOR LETTERS, THANKS FOR MAN THE EXEMTION AND SEND ME SOME COPIES OF SOME LEGAL FORMS, BUT I'M SENDING YOU ANOTHER GENERAL REQUEST FORM, AS YOUR HONORABLE COURT KNOW IT TOO, WHAT IS GOING ON WITH THIS LAW LIBRARY TOO, AND ALSO I'M SENDING YOU ANOTHER INMA : REQUEST FOR INMATE ACCOUNT STATEMENT, SO YOU CAN REQUEST IT FROM THE SUPPOR SERVICES OFFICE, AS YOU KNOW IT TOO WHAT IS GOING ON WITH THEN TOO, SO PLEASE HONORABLE MASTER I WILL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE, I WISH AN WRITTE MORE BUT I DON'T HAVE PAPER OR A PEN UNTIL THE EIGTH OF THIS MONTH, AS YOUR HONO RABLE COURT KNOW IT TOO, WHAT IS GOING ON WITH THIS COMMISSARY TOO.

9.- INJURY

0.- HOW HAVE BEEN INJURED BY THE ACTION OF THE DEFENDANTS # EMOTIONALLY, PHYSICA LLY, PSYCHOLOGICALLY, AND IN OTHER WAYS THAT CAN APPLY TO MY SITUATION THAT I WAS ON AT THE TIME OF HER ADULTERY AND DUMPING ME ON THE STREET, AND AT THE TIME THAT SHE CAUSED THIS A D O THER WAYS OF DAMAGES THAT CAN APPLY TO THAT SITUATION THAT I WAS ON, THAT I HAVE BEEN THROUGH, AND THAT I AM ON RIGHT NOW.

1.- REQUEST FOR RELIEF.

2.- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # TO MAKE MY EX-WIFE PAY TO ME SPOUSAL SUPPORT SINCE WHEN SHE DUMP ME ON THE STREET UNTIL TODAY'S DATE, AND PAY FOR THE DAMAGES CAUSED TO MYSELF, AND JUSTICE FOR ME SO THE COURTS MAKE MY EX WIFE'S COUNSELOR AND WHOSOEVER HELPED HER COVERING MY EX-WIFE ADULTERY, WHILE WE III STILL JUST MARRIED AND PAY FOR THE DAMAGES CAUSED TO MYSELF, ALONG WITH T E PEOPLE INVOLUCRATED WITH HER IN CAUSED ME THIS DAMAGES LISTED BEFORE AND OTHER DAMAGES THAT CAN APPLY TO MY SITUATION ON THE PAST AND PRESENT, BUT BECAUSE OF MY EX TING POOR KNOWLEDGE OF THE LAW I CANNOT NAME IT.

3.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

24.- DATE # 12/04/2007

25.- SIGNATURE # IVAN MENDEZ