IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IVAN L. MENDEZ, | : |
| Plaintiff, | : |
| v. | : Civ. No. 07-800-JJF |
| MS. ANNETTE WRIGHT, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on December 28, 2007, the Court entered an Order denying leave to proceed *in forma pauperis* because Plaintiff had three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant Complaint does not allege an imminent threat of physical injury (D.I. 4);

WHEREAS, to date, payment has not been received from Plaintiff;

THEREFORE, at Wilmington this 21 day of February, 2008, IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

*[signature]*
UNITED STATES DISTRICT JUDGE