**UNITED STATES COURT OF APPEALS**
**TENTH CIRCUIT**
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                   Douglas E. Cressler
Clerk of Court                                                          Chief Deputy Clerk

June 3, 2008

Office of the Clerk
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Bldg.
844 N. King Street
Wilmington, DE 19801

**Re: Misdirected Pro Se Notice of Appeal**

    Please find enclosed a *pro se* "Notice of Appeal" received in this court from Ivan Mendez on "May 27, 2008." *See* Fed. R. App. P. 4(d). The notice of appeal, which refers to D. Delaware No. 1:07-CV-800, was attached to several documents received from Mr. Mendez.

    Please contact this office if you have any questions.

```
F I L E D

JUN - 9 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

Very truly yours,
Elisabeth A. Shumaker, Clerk

*Kathleen T. Clifford*

Kathleen T. Clifford
Attorney - Deputy Clerk

cc: Ivan L. Mendez, SBI # 453351
    Delaware Correctional Center
    1181 Paddock Road
    Symrna, DE 19977