MAY TWENTY THREE OF 2008

{ VAN WALEN LOVES LITTLE MARSHMALLOW }

{ PAGE NUMBER [ FIVE ] OF [ SIX ] PAGES } 05/23/2008 #5V

U.S. COURT OF APPEALS FOR THE TENTH CIRCUIT.

NOTICE OF APPEAL.

PLAINTIFF # IVAN MENDEZ _____

DEFENDANTS # MS. ANNETTE CURGHT. _____

CIRCUIT COURT, DOCKET NUMBER # _____

DISTRICT COURT NAME # U.S. DISTRICT COURT OF DELAWARE.

DISTRICT COURT DOCKET NUMBER # 1:07-CV-800

DISTRICT COURT JUDGE # DR. JOSEPHS FARNAN.

NOTICE IS HEREBY GIVEN THAT # IVAN MENDEZ APPEALS TO THE U.S. COURT OF APPEALS FOR THE TEN TH CIRCUIT FROM # ( ) JUDGMENT, ( ) ORDER, ( ) ANSWER, ( ) OTHER

SPECIFY # _____

I declare under penalty of perjury that the above information is true and correct.

APPELLANT'S NAME # IVAN MENDEZ

S.B.I. NUMBER # 453351

ADDRESS # DELAWARE CORRECTIONAL CENTER, 1181 PADDOCK ROAD, SMYRNA DE, 19977.

DATE # 05/23/2008

(PLEASE TURN THIS FORM TO THE OTHER SIDE)

MAY TWENTY-THREE OH 2008
22-TOM LOVES CHAIRMAN THUNDER BELL
PAGE NUMBER ONE OF SIX PAGES
HONORABLE U.S. COURT OF APPEALS FOR THE TENTH CIRCUIT.
HONORABLE MASTER, I'M WRITING TO YOU ONCE AGAIN, NOT MEANING TO DISTURB A BIT OF YOUR TIME, BUT I'M SENDING YOU SOME OTHER LEGAL FORMS, THIS TIME I'M SENDING YOU FOUR NOTICE OF APPEAL FORMS, SUCH ARE #
- IVAN MENDEZ VS. MS. ANNETTE WRIGHT, 2008-CV-65, JUDGE MS. TENA CAMPBELL, U.S. DIS- TRICT COURT OF UTAH.
- IVAN MENDEZ VS. MR. ZHON DOE AND THIS CRIMINAL ORGANIZATION, 2:07-CV-200, JUDGE, MR. SAMUEL ALBA, U.S. DISTRICT COURT OF UTAH.
- IVAN MENDEZ VS. MR. ZHON DOE AND THIS CRIMINAL ORGANIZATION, 2:07-CV-201, JUDGE MR. SAMUEL ALBA, U.S. DISTRICT COURT OF UTAH.
- IVAN MENDEZ VS. MS. ANNETTE WRIGHT, 1:07-CV-800, JUDGE, MR. JOSEPH J. FARNAN, U.S. DISTRICT COURT OF DELAWARE.

PLEASE HONORABLE MASTER, DON'T SEND THEM TO THE HONORABLE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA, OR TO THE HONORABLE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT OVER IN PENNSYLVANIA, OR TO ANYBODY ON THE STATE OF PENNSYLVANIA, PLEASE HONORABLE MASTER BECAUSE THEY ARE MEMBERS OF THIS CRIMINAL ORGANIZATION TOO, WHOM HAVE SENDED PEOPLE TO GET ME TOO, ALONG WITH SOME OTHER PARTIES, AS THE LAST TIME THEY SEND SOMEBODY WAS IN THIS SAME VICE LOUSER LAW ON PROTECTIVE CUSTODY, ON THIS SAME CELL WHERE I AM ALSO AS IN THE YEAR OF 2006, THEY SEND ALONG WITH SOME OTHER PARTIES ANOTHER INMATE WHOM THE OFFICERS LET HIS WINDOW OPEN DURING THE LUNCH TIME AND HE THROW HIS TWICE INTO MY DOOR AND WINDOW, AND IN THE AFTERNOON WHILE I WAS ON THE SHOWER FOR DISABLED COURSES THEY THIS PAGE TO THE OTHER SIDE

MAY TWENTY THREE OH 2008                                    05/23/2008

US ROCKS AND LOVES CUARENTA                                    # 24

PAGE NUMBER  [TWO]  OF  [SIX]  PAGES

DON'T SEND ME NOTHING AT ALL, AND I REALLY NEED THE ADDRESSES AND ZIP CODES OR THE POLICE STATIONS AND COURTS OVER IN READING PENNSYLVANIA, FOR LEGAL PURPOSES, AND HONORABLE MASTER CAN YOU PLEASE HELP ME TO OBTAIN THE ADDRESS AND ZIP CODE OR THE IMMIGRATION AND NATURALIZATION SERVICES (I.N.S.) OVER IN LINCOLN NEBRASKA, BECAUSE MY MANDATORY TIME WAS DUE LAST YEAR ON 12/23/2007, DECEMBER TWENTY THREE OF 2007, AND I WAS NOT SUPPOSED TO BE REMOVED FROM SUSSEX CORRECTIONAL INSTITUTION OVER IN GEORGETOWN DELAWARE, BECAUSE I AM UNDER PUBLIC DETAINER BY THE IMMIGRATION AND NATURALIZATION SERVICES (I.N.S.) BUT THIS CRIMINAL ORGANIZATION IN ORDER TO ACCOMPLISHED THIS NASTY SET UP CONSPIRACY AND WITCHY SPREAD IT PLOT TO KILL ME, THIS TIME I AM OVER HERE ON DELAWARE CORRECTIONAL CENTER ON SMYRNA DELAWARE, AND PLEASE HONORABLE MASTER I AM DISABLED, HURTED, BROKEN, FRACTURED AND DAMAGED OF SOME PARTS OF MY BODY, AND I AM BEARING THIS PAINFUL METALLIC PINS, SCREWS AND METALLIC PLATES THAT ARE HOLDING MY BROKEN BONES FROM MY KNEES TO MY ANKLES ON BOTH LEGS AND MEDICAL DON'T GAVE ME MY DANAKITIES OR EXTRA DIET TRAYS, OR MY EXTRA SNACK, LIKE THEY DO TO EVERY BODY ELSE, BUT TO THIS OLD MAN COWBOYS AND TO MYSELF THEY DON'T GAVE ME NOTHING EVEN KNOWING THAT I AM ONLY TURNING 32 POUNDS, AND THEY DON'T GAVE ME NOTHING BECAUSE THEY SAID THAT I AM JUST AN OLD MOCKED UC---R  WHITE OLD RED NECK WHOM TRY TO GET ZUZANA, BUT IS A LIE, I AM TURNING FIVE (35) YEARS OLD MAN, I DON'T WANT TO GO TO A ZUZANA BRACKITS OR PRISON, SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE. THANK'S FOR YOUR TIME ON THIS MATTER AND FOR YOUR CONSIDERATION.

INMATE'S NAME # IVAN MENDEZ

S.B.I. NUMBER # 453351

"BUILDING'S NUMBER # 18"

CELL # BL-3

ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE, 19977.

S.H.U. [illegible]

people in crime with officer Morrison vice and threatening me that he is going to kill me if I press more charges against some parties of this criminal organization along with Pennsylvania state, and whom send him to do so, and the officer as just as all the others just backing him up, and when I have refused to take a shower the officers don't came to take me out front of my cell door that said inmate took from under his shirt a shampoo bottle filled with his urine (pee) and last inmate myself completely, and the officer came laughing to back him up and take him to the shower room and when he refused the officer let him walk on his own to his cell next to mine as the officer opened the showers door (pee) under my door while I was in front of my cell he threw the rest of his urine (pee) under my door while I was washing my clothing as they never wash clothing on this place neither, and when he answered to empty his shampoo bottle full of urine on my cell, the officer opened his door, so he went inside his room right in front of me to mine, so please, because his urine (pee) caused this nasty infections bleeding wounds on my body that healed and closed his door and every two or three letters addressed to you too, is whom you have found some of my blood on my prior notice of appeal forms addressed to this letter to any body over in Pennsylvania state, because the state of Pennsylvania is just another member of this criminal organization and Honorable Master, can you please hold me to obtain from your Honorable Court's computer Pennsylvania because the police stations and the Court's over in Reading Pennsylvania because the police stations and the Court's over in Pennsylvania and they

The addresses and zip codes of the police stations and the court's over in Reading Pennsylvania because the addresses I requested from the ones almost

CLOSED, PaperDocuments

## U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00800-JJF

Mendez v. Wright
Assigned to: Judge Joseph J. Farnan, Jr.
Related Cases: 1:04-cv-00426-JJF
1:04-cv-00898-JJF
1:04-cv-01409-JJF
1:05-cv-00303-JJF
1:05-cv-00304-JJF
1:05-cv-00305-JJF
1:05-cv-00306-JJF
1:05-cv-00306-JJF
1:06-cv-00780-JJF
1:06-cv-00794-JJF
1:07-cv-00162-JJF
1:07-cv-00236-JJF
1:07-cv-00339-JJF
1:07-cv-00340-JJF
1:07-cv-00450-JJF
1:07-cv-00455-JJF
1:07-cv-00456-JJF
1:07-cv-00831-JJF
1:08-cv-00243-JJF
1:08-cv-00244-JJF
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 12/07/2007
Date Terminated: 02/21/2008
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

Ivan L. Mendez                    represented by    Ivan L. Mendez
                                                     SBI#453351
                                                     Delaware Correctional Center
                                                     1181 Paddock Road
                                                     Smyrna, DE 19977
                                                     PRO SE

V.

**Defendant**

**Ms. Annette Wright**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/07/2007 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Ivan L. Mendez. (lid) (Entered: 12/10/2007) |
| 12/07/2007 | 2 | COMPLAINT filed pursuant to 42:1983 against Annette Wright - filed by Ivan L. Mendez. (Attachments: # 1 Complaint Part 2)(lid) (Entered: 12/10/2007) |
| 12/07/2007 | 3 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (lid) (Entered: 12/10/2007) |
| 12/19/2007 |   | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb) (Entered: 12/19/2007) |

| 12/28/2007 | 4 | ORDER - denying leave to proceed in forma pauperis. Plaintff has filed at least 3 actions that were dismissed as frivolous, malicious, or for failure to state a claim, and plaintiff does not claim to be in imminent danger. Plaintiff has 30 days to reinstate this action by paying the $350.00 filing fee. Failure to submit filing fee shall result in dismissal. (Copy to pltf.)Notice of Compliance deadline set for 1/31/2008. Signed by Judge Joseph J. Farnan, Jr. on 12/28/07. (rwc) (Entered: 01/03/2008) |
| --- | --- | --- |
| 02/21/2008 | 5 | ORDER DISMISSING CASE - without prejudice for plaintiff's failure to pay the $350.00 filing fee - (copy to pltf.) ***(CASE CLOSED). Signed by Judge Joseph J. Farnan, Jr. on 2/21/08. (rwc) (Entered: 02/22/2008) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 05/29/2008 19:29:32 | | | |
| PACER Login: | us3706 | Client Code: | AutoLogin |
| Description: | Docket Report | Search Criteria: | 1:07-cv-00800-JJF Start date: 1/1/1970 End date: 5/29/2008 |
| Billable Pages: | 3 | Cost: | 0.24 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IVAN L. MENDEZ, | : |
| Plaintiff, | : |
| v. | : Civ. No. 07-800-JJF |
| MS. ANNETTE WRIGHT, | : |
| Defendant. | : |

### O R D E R

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on December 28, 2007, the Court entered an Order denying leave to proceed in forma pauperis because Plaintiff had three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant Complaint does not allege an imminent threat of physical injury (D.I. 4);

WHEREAS, to date, payment has not been received from Plaintiff;

THEREFORE, at Wilmington this 2/ day of February, 2008, IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

Joseph J. Farnan
UNITED STATES DISTRICT JUDGE

I/M Ivan Mendez
SBI# 453351   UNIT S.H.U. #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. Court of Appeals for the 10th Circuit
The Byron White U.S. Courthouse
1823 Stout Street
Denver, Colorado
80257